U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 1 2 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

David A. Stebbins

1407 N Spring Rd, APT #5

Harrison, AR 72601

870-204-6024

10-5125

Dear Fayetteville Federal District Court,

My name, address, and phone number are in the top right corner of this page. I would like to file a charge of discrimination against the below name and address.

University of Arkansas

Office of the Chancellor

425 Administration Building

Fayetteville, Arkansas 72701

479-575-4140

The discrimination occurred on June 15, 2010 in violation of Section 504 of the Rehabilitation Act of 1973. Specifically, they upheld their old discrimination from the month of January 2008. The defendants failed to allow me to re-enroll in the University of Arkansas as a student, despite their original reason for my suspension being illegal under Section 504 of the Rehabilitation Act.

The reason for the illegality of this discrimination is because I have Asperger Syndrome. They claimed that I created a direct threat to them, but they made no attempts, whatsoever, to accommodate my disability. Instead, they simply kicked me out without a second thought, and, on June 15, 2010, they refused to cease the discrimination.

Furthermore, the University of Arkansas infringed my first amendment rights by banning me from their campus for a period of one year, disclosing to me over the telephone (and

following up with an email) that if I set foot on the campus during that time, I would be arrested on the spot. This is a violation of my first amendment rights because it was done in direct retaliation to an email that I had sent the Chancellor demanding that he override his employees (the Student Accounts Office of the University of Arkansas) and revoke my suspension on the spot.

Wherefore, I pray for the following relief:

1. An injunction to revoke my ban from the campus.
2. A preliminary injunction to revoke my ban from the campus in the interim that I am litigating this claim.
3. An injunction against the University of Arkansas to destroy any records that they have about any disciplinary actions that are illegally discriminatory, so that, officially, I never broke any of those rules in the first place, and that I merely withdrew from the University of Arkansas, myself, due to "classified reasons."
4. I have suffered the monetary damages of being forced to adhere to my original plan of attending a much more expensive, privately-owned college. Therefore, in accordance with the United States Code, Title 42, Section 2000d-7, I would like the University of Arkansas to cover the difference in overall costs (including living expenses – such as room and board - that would normally be covered at an artificially low price by the University of Arkansas) that I will incur as a result of having to attend this more expensive college.
5. By forcing me to publicly sue them, I will also, simultaneously, suffer a loss of reputation within a particular community that, by way of the eggshell skull rule, is worth $300,000,000. In accordance with the US Code, Title 42, Section 2000d-7, I want to

recover that lost reputation.

Also, I have enclosed an application to proceed in forma pauperis. In the event that you approve this application, in accordance with the Federal Rules of Civil Procedure, Rule 4(c)(3). I would like you to have the US Marshall execute the service of process.

Thank you,

Sincerely,

David Stebbins

*David A. Stebbins*