```
                                          U. S. DISTRICT COURT
                                        WESTERN DISTRICT ARKANSAS
                                                 FILED
```

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JUL 1 2 2010

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

DAVID STEBBINS                                                      PLAINTIFF

v.                              Civil No. 10-5125

UNIVERSITY OF ARKANSAS;
OFFICE OF THE CHANCELLOR                                           DEFENDANTS

## ORDER

David Stebbins submitted this *pro se* action for filing under the provisions of the Rehabilitation Act. The Clerk is directed to file the complaint. Plaintiff has also submitted an application to proceed *in forma pauperis* (IFP). The application is granted.

Plaintiff is further advised that he has an obligation to keep the court informed of any changes in his address. If he fails to do so and the court receives returned mail, the case will be subject to dismissal.

IT IS SO ORDERED this 12th day of July 2010.

/s/ Erin L. Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A (Rev. 8/82)