U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 2 2 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

David A. Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024

Dear Fayetteville Federal District Court,

It has come to my attention that you have ECF, or Electronic Case Filing, which allows parties in a case to file their documents for free, 24/7/365, over the Internet. However, the US Court's Office of the Clerk has explained to me that it is not available to pro se plaintiffs, like myself, because you simply docket that for them.

This forces me to snail mail all my motions for you. Your Honor, you approved my IFP application, yourself, on two separate occasions, so you know better than anybody how much poverty I am in. Even a 44 cent stamp is a lot of money for me, and that is amplified tenfold when I have to buy printer ink (whoever said oil is the most expensive liquid in the world have obviously never bought printer ink; one little cartridge costs $20. My printer, itself, only cost $40. I think that's where they get you).

However, I came up with a creative solution, and I hope you can find it in your heart to agree with me that his is a plausible option: Rather than me snail mailing everything, I can attach the letter, complete with a photocopy of my signature, to an email addressed to web_help[at]arwd.uscourts.gov, which, as I understand it, is your official email for general correspondance. I have a photocopy of my handwritten signature, so I can still sign the letters electronically.

When the clerk's office checks its email, it will receive the attached letter directed to the court, and they can docket it that way, without me having to pay postage, or printer ink.

Alternatively, you can allow me to send a motion via facsimile. I have discovered a website called faxzero.com that allows me to send faxes of up to three pages for free. If you do not mind an advertisement, I can simply do that for you.

Your Honor, I understand why you want original signatures, but you can trust me not to just slap on my photocopied signature to just anything. See, unlike the defendants in my two cases (three if you count the one up in the Western District of Missouri), I am actually a law-abiding citizen. In fact, I would not be asking for such an accommodation if my financial situation was any better than it is. Original signatures, for me, are just so burdensome in my financial situation. Maybe if I win one of these cases and collect on the money, I can afford to no longer need this accommodation. Until then, I have no choice but to humbly ask for your sympathy.

Sincerely,
David Stebbins

*David A. Stebbins*

1407 N. Spring Rd.,
APT #5
Harrison, AR 7260
David Stebbins

Federal District Court
35 E. Mountain St., Rm 510
Fayetteville, AR 72601