U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 2 6 2010

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

David A. Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
870-204-6024

Dear Fayetteville Federal District Court Clerk,

My name is David Stebbins, and I am writing in regards to my case against the University of Arkansas. I cannot remember the case number, however. I believe it is 10-5125, but I am not sure.

Anyway, I am concerned, but hopeful, as to a quick resolution of this dilemma. As you know, the Local Rules, Rule 4.1 (2) and (3) allow me to use the postal service to serve the summons and complaint among defendants, so long as I get a return receipt. Curious, I called you and asked you if you would accept an *electronic* return receipt. I was under the impression that it would, essentially, be the exact same thing as the regular return receipt, merely in electronic form. Essentially, you would be none the wiser that I did not receive the return receipt in the snail mail, and, then, I was the one who scanned it. I even talked to a Post Office employee, prior to committing to sending it, and he gave me the confirmation I sought.

Well, as you can clearly see from the enclosed document, that is not the case.

The Post Office has committed a case of false advertising against me, which would give me a cause of action, per the Federal Tort Claims Act, if I were to sue them. However, as the clerk, you can, potentially, still update my case and credit me as having served the defendant, all the same. I do not see any reason why it should not be this way. After all,

1. The Local Rules do not specify the manner in which the return receipt need be presented.
2. The Post Office is generally considered (at least by the courts, not necessarily by the common man) to be reliable.
3. The employee did, indeed, sign for the package, which is the main reason why the Arkansas Rules of Civil Procedure *want* a return receipt, allowing me to use the Post Office in the *first place*.

I hope you can understand my dilemma. If you cannot, well, as you have already explained over the telephone, the fact that I am proceeding in forma pauperis requires the court to direct the manner of service. Either way, I hope to be updated and credited with serving the defendant in this case, soon, without lifting another finger.

Sincerely,
David Stebbins

*David A. Stebbins*



**UNITED STATES POSTAL SERVICE**

Date: 08/20/2010

David Stebbins:

The following is in response to your 08/20/2010 request for delivery information on your Certified Mail(TM) item number 7009 2820 0002 7747 1244. The delivery record shows that this item was delivered on 08/20/2010 at 08:07 AM in FAYETTEVILLE, AR 72701 to R CANTELL. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service