David Stebbins<br>
1407 N Spring Rd,<br>
APT #5<br>
Harrison, Ar 72601

Dear Fayetteville Federal District Court,

 My name is David Stebbins, and I am writing in regards to my case against the University of Arkansas. I believe the case number is 10-5125, but I am not 100% certain.

 I am writing to file an amended complaint that includes employment discrimination in violation of Section 504 of the Rehabilitation Act, along with the discrimination as a school. On August 14, 2010, I created an account on http://hr.uark.edu – the University of Arkansas' personnel website – so that I could apply for jobs with the University of Arkansas. I was dis considered for any job that I applied for, primarily due to the fact that I was banned from campus, altogether. Therefore, the illegality of the campus ban directly corresponds to the illegality of the employment discrimination.

 I attempted to file a charge of discrimination against the University of Arkansas, but I learned that the EEOC in Little Rock does not handle violations of the Rehabilitation Act of 1973. In fact, unlike other forms of discrimination, I do not even need a Notice of Right to Sue! I can just go ahead and sue them!

 Conclusively, Your Honor, I move to amend my complaint against the University of Arkansas to include two violations of the Rehabilitation Act: One as a college, and one as an employer.

 Thank you, and please respond promptly.

Sincerely,
David Stebbins

*David A. Stebbins*



David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601

U.S. District Court,
35 E Mountain St.
Room 510
Fayetteville, AR 72701