```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

**DAVID STEBBINS**                                                      **PLAINTIFF**

           **v.**          **Civil No. 10-5125**

**UNIVERSITY OF ARKANSAS;**
**OFFICE OF THE CHANCELLOR**                                            **DEFENDANTS**

## O R D E R

Now on this 30th day of August, 2010, comes on for consideration plaintiff's motion (document #4) asking that plaintiff be allowed to e-mail documents to the Clerk of Court, who would then file them for him. This would save him the cost of a stamp, paper, and ink to prepare and mail the documents.

This motion will be denied. It places responsibility on the Clerk that rightly falls on plaintiff, and the Court is not persuaded that the cost of a stamp, and the paper and ink for preparing a motion, are out of reach even for one in plaintiff's straitened circumstances. If a printer cartridge is unavailable, plaintiff may file a handwritten document.

**IT IS THEREFORE ORDERED** that plaintiff's motion to file electronically (document #4) is **denied.**

**IT IS SO ORDERED.**

                                                **/s/ Jimm Larry Hendren**
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**