IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID STEBBINS                                                                    PLAINTIFF

v.                                          Civil NO. 10-5125

UNIVERSITY OF ARKANSAS;
OFFICE OF THE CHANCELLOR                                              DEFENDANT

## MOTION TO DISMISS

Comes Defendant, University of Arkansas, and submits this Motion to Dismiss ("Motion") for the reasons herein set forth. To the extent the Court interprets the Complaint and the Amended Complaint to assert any claims against the Office of the Chancellor of the University of Arkansas, Fayetteville, then the Office of the Chancellor jointly submits this Motion with the University.

1. On July 12, 2010, Plaintiff David Stebbins filed a Complaint against the University of Arkansas. On August 26, 2010, Plaintiff filed an Amended Complaint, and the Court subsequently entered an Order on August 30, 2010, granting Plaintiff's Motion to Amend/Correct. For ease of reference, the Complaint and the Amended Complaint are referred to as the "Complaint" in this Motion.

2. Pursuant to Fed. R. Civ. P. 8(a)(2) and 12(b)(6), Plaintiff fails to state facts upon which relief may be granted with regard to his claims under Section 504 of the Rehabilitation Act of 1973 and the First Amendment to the United States Constitution. The Complaint, therefore, should be dismissed.

3. The Eleventh Amendment to the United States Constitution bars Plaintiff's First Amendment claim against the University of Arkansas as well as the Office of the Chancellor. The Complaint, therefore, should be dismissed.

4. The University of Arkansas and the Office of the Chancellor are not "persons" within the meaning of 42 U.S.C. § 1983, and Plaintiff may not assert a First Amendment claim against either of them. The Complaint, therefore, should be dismissed.

5. No First Amendment liability may be asserted against the University of Arkansas and the Office of the Chancellor under a theory of *respondeat superior*. The Complaint, therefore, should be dismissed.

6. Pursuant to Fed. R. Civ. P. 12(b)(4) and 12(b)(5), the Complaint should be dismissed for insufficient process and insufficient service of process. Based upon Plaintiff's failure to accomplish service of process, this Court lacks jurisdiction over this case.

7. In support of this Motion, the University of Arkansas and the Office of the Chancellor hereby incorporate by reference their Brief in Support of Motion to Dismiss pursuant to Fed. R. Civ. P. 10(c), including, but not limited to, all grounds for dismissal set forth therein as well as all exhibits attached thereto, as if set forth word for word herein.

8. In the event this Motion is denied in whole or in part, the University of Arkansas and the Office of the Chancellor reserve the right to file a responsive pleading, including, but not limited to, any and all pleadings permitted under the Federal Rules of Civil Procedure.

WHEREFORE, Defendant, University of Arkansas, and the Office of the Chancellor, respectfully pray that the Court dismiss the Complaint and the Amended Complaint with prejudice, that the University be awarded its costs incurred, and that the Court award all other relief which it deems just and proper.

Respectfully submitted,


By: /s/ T. Scott Varady
T. SCOTT VARADY
Associate General Counsel
Arkansas Bar No. 93172
E-mail: svarady@uark.edu
WILLIAM R. KINCAID
Associate General Counsel
Ark. Bar No. 93125
E-mail: wkincaid@uark.edu
TAMLA J. LEWIS
Associate General Counsel
Ark. Bar No. 2005237
E-mail: tjlewis@uark.edu
University of Arkansas
421 Administration Building
Fayetteville, AR 72701
Phone: 479-575-5401

　　　　and

JEFFREY A. BELL
Senior Associate General Counsel
Arkansas Bar No. 77009
University of Arkansas
2404 N. University Avenue
Little Rock, AR  72207
(501) 686-2520
E-mail: jbell@uasys.edu

COUNSEL FOR THE UNIVERSITY OF
ARKANSAS AND THE OFFICE OF THE
CHANCELLOR

## **CERTIFICATE OF SERVICE**

      I certify that on this 10th day of September, 2010, I caused a copy of foregoing Motion to Dismiss to be served upon Plaintiff David Stebbins via First-Class U.S. Mail at the following address:

            David Stebbins
            1407 N. Spring Rd.
            Apt. #5
            Harrison, AR  72601

                        /s/ T. Scott Varady
                        T. Scott Varady
                        Associate General Counsel