## Scott Varady

| | |
|---|---|
| **From:** | David Stebbins [stebbinsd@yahoo.com] |
| **Sent:** | Saturday, July 10, 2010 8:05 PM |
| **To:** | Scott Varady |
| **Subject:** | Re: Request to waive service of process |

Actually, no, I think you're a damned liar.

You say you don't have the legal authority to decide such issues. News flash: YOU'RE THE LAWYER OF THE UNIVERSITY OF ARKANSAS! If *anyone* has authority to decide such legal matters, it's you!

Even if you don't have express authority, you still have implied authority.

Ok, let me make myself perfectly clear: Your actions indicate that you are performing work right now. If, by Monday morning, I have not received an email from you that states, point blank, that yes, if you receive the request for waiver via snail mail, you *will* sign it, then that will constitute your admission that you will *not* sign it. Also, if you do not respond telling me that you will not sign it, but then, state what good cause you have for not signing it, then I will *still* assume that you won't sign it, and I will cut straight to invoking my rights under Rule 4(d)(2).

I'm not asking you to agree to that. You're already legally required to.

Oh, and don't give me any bullshit about you being "unauthorized" to do this. I know better. You're their lawyer, you fucking idiot.

---

**From:** Scott Varady <svarady@uark.edu>
**To:** David Stebbins <stebbinsd@yahoo.com>
**Sent:** Sat, July 10, 2010 7:59:31 PM
**Subject:** RE: Request to waive service of process

Dear Mr. Stebbins,

If you comply with the Federal Rules of Civil Procedure regarding a request for a waiver of service of process, I will consult with my client regarding your request and then respond to it. I do not have the legal authority to decide such issues, as I am sure you will understand. The University expressly and affirmatively reserves all of its rights with regard to this matter.

Sincerely,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR 72701
479-575-5401 (Office)
479-575-5046 (Fax)
svarady@uark.edu



EXHIBIT A

1

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Saturday, July 10, 2010 7:53 PM
**To:** Scott Varady
**Subject:** Re: Request to waive service of process

If I send this to you in writing, will you accept the waiver?

If not, for what reason DON'T you accept it?

---

**From:** Scott Varady <svarady@uark.edu>
**To:** David Stebbins <stebbinsd@yahoo.com>
**Sent:** Sat, July 10, 2010 7:33:53 PM
**Subject:** RE: Request to waive service of process

Dear Mr. Stebbins,

Please be advised that I have not "consented to communicate via email" with you regarding your request for a waiver of service of process or any other matter. Additionally, please be advised that your request for waiver of service of process does not comply with the requirements of the Federal Rules of Civil Procedure and is, therefore, invalid. I note that, in your attachment to your email, you request that the United States District Court order service of process in accordance with Fed. R. Civ. P. 4(c)(3). The University has not been properly served in this matter.

The University of Arkansas does not waive its right to receive proper service of process in a form permitted by the Federal Rules of Civil Procedure. In this regard, please be advised that I am not authorized to accept service of process on behalf of the University of Arkansas. The University expressly and affirmatively reserves all of its rights.

Sincerely,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR 72701
479-575-5401 (Office)
479-575-5046 (Fax)
svarady@uark.edu

---

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Friday, July 09, 2010 8:28 PM
**To:** Scott Varady
**Subject:** Request to waive service of process

Dear Thomas Varady, representative of the University of Arkansas,

In accordance with the Federal Rules of Civil Procedure, Rule 4(d)(1), I am writing to request a waiver of the service of process. As you have already consented to communicate via email, this counts as a legitimate request to waive.

For the record, I have filed with the federal district court of Fayetteville, AR.

2

I have attached a copy of the complaint I filed against you, and I will send you this email twice in order to satisfy Rule 4(d)(1)(C).

To satisfy Rule 4(d)(1)(D), let the following be known:

If you return the waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the waiver within 30 days, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

The law says that I must give you a way of responding at no cost to you. So, to respond, simply give me a response to this email, telling me your answer to my request to waive the service. There, I've given you a cost-free way to respond.

Let it be known that the email is being served on July 9, 2010.

Sincerely,
David Stebbins

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

David Stebbins )
　　　　　　　　*Plaintiff* )
v. ) Civil Action No. 10-5125
University of Arkansas Office of the Chancellor )
　　　　　　　　*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  University of Arkansas
　　　　　　　　　　　　　　　　　　Office of the Chancellor
　　　　　　　　　　　　　　　　　　425 Administration Building
　　　　　　　　　　　　　　　　　　Fayetteville, AR 72701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David A. Stebbins
　　　　　　　　　　　　　　　　　　　　　　1407 N Spring Rd, APT #5
　　　　　　　　　　　　　　　　　　　　　　Harrison, AR 72601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8-18-10

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

EXHIBIT B



**UNITED STATES POSTAL SERVICE**

Date: 08/20/2010

David Stebbins:

The following is in response to your 08/20/2010 request for delivery information on your Certified Mail(TM) item number 7009 2820 0002 7747 1244. The delivery record shows that this item was delivered on 08/20/2010 at 08:07 AM in FAYETTEVILLE, AR 72701 to R CANTELL. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service