U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 1 6 2010
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

David Stebbins

1407 N Spring Rd,

APT #5

Harrison, AR 72601

Dear Fayetteville Federal District Court,

My name is David Stebbins, and I am writing in regards to cases 10-5125 and 10-3041.

I am writing in order to drop a portion of each of my cases. For the University of Arkansas, I am dropping my claim for $300,000,000 in lost reputation/profits damages. For my case against Mid States Promotions, I am dropping my claim for $306,000,000 in lost reputation/profits damages.

The dropping of these portions of my cases shall have no impact, whatsoever, on the rest of my cases. I still allege that both entities have discriminated me on the basis of my disability, and I still seek the relief that I had previously prayed for.

Sincerely,

David Stebbins



David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601

U.S. District Court,
35 E. Mountain St., Rm. 510
Fayetteville, AR 72601