IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID STEBBINS                                                                                    PLAINTIFF

v.                            Civil No. 10-5125

UNIVERSITY OF ARKANSAS; and
the OFFICE OF THE CHANCELLOR                                              DEFENDANTS

## ORDER

Plaintiff filed this complaint on July 12, 2010 (Doc. No. 1). He was granted leave to proceed *in forma pauperis* (IFP) that same day. Summons was issued to the Plaintiff on August 18, 2010. Although he filed an affidavit of service (Doc. 5), Plaintiff does not believe he properly served the Defendants (Doc. 5). He now asks for the Court to serve the Defendants (Doc. 14). The motion for service is granted (Doc. 14).

The Court hereby directs the United States Marshal to serve the University of Arkansas by serving its Chief Executive Officer, University of Arkansas President B. Alan Sugg, University of Arkansas System, 2404 N. University Avenue, Little Rock, Arkansas 72207 and to serve the Office of Chancellor by serving Chancellor G. David Gearhart, Office of the Chancellor, University of Arkansas, 425 Administration Building, Fayetteville, Arkansas 72701. Defendants are to be served without prepayment of fees and costs or security therefor. The Defendants are ordered to respond to the complaint within twenty (21) days from the date of service.

IT IS SO ORDERED this 27th day of October 2010.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)