**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DAVID STEBBINS | 10-5125 |
| DEFENDANT | TYPE OF PROCESS |
| UNIVERSITY OF ARKANSAS et al | comp, order, notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chancellor G. David Gearhart
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Office of the Chancellor, University of Arkansas, 425 Administration Building, Fayetteville, Arkansas 72701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

HON. ERIN L. SETSER
John Paul Hammerschmidt Federal Building, Room 213
35 East Mountain
Fayetteville, Arkansas 72701

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

*RECEIVED 2010 OCT 29 PM 1:48 U.S. MARSHALS SERVICE*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: HON. ERIN L. SETSER
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (479) 251-1946
DATE: 10/27/10

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process:
District of Origin No. 10
District to Serve No. 10
Signature of Authorized USMS Deputy or Clerk: Lisa Pfeiffer
Date: 11/5/10

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Marcia Overby, Asso. For Adm, Office of Chancellor

Address (complete only different than shown above):
Same as above.

Date: 11-12-20
Time: 10:06 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 55.00 | 3 mi / 1.50 | — | 56.50 | | |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00