IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID STEBBINS**                                                                                     **PLAINTIFF**

v.                                                   Civil No. 10-5125

**UNIVERSITY OF ARKANSAS;
G. DAVID GEARHART, IN HIS
OFFICIAL CAPACITY AS CHANCELLOR
OF THE UNIVERSITY OF ARKANSAS,
FAYETTEVILLE**                                                                            **DEFENDANTS**

## MOTION FOR EXTENSION OF TIME TO PLEAD

Come Defendants, the University of Arkansas and G. David Gearhart, in his official capacity as Chancellor of the University of Arkansas, Fayetteville (collectively, "Defendants"), acting through their undersigned counsel, and move the Court, pursuant to Fed R. Civ. P. 6(b) and Local Rule 6.2, for an extension of time to file a responsive pleading to the Complaint filed in the above-styled action.

1. On or about July 12, 2010, Plaintiff David Stebbins filed his Complaint in the above-styled case and subsequently caused the Complaint and Summons to be sent to the University of Arkansas on June 25, 2009. On August 26, 2010, Plaintiff filed a motion to amend his initial complaint to include a claim for employment discrimination pursuant to Section 504 of the Rehabilitation Act. On August 30, 2010, the Court granted Plaintiff's motion to amend/correct the Complaint.

2. On September 10, 2010, the University of Arkansas and the Office of the Chancellor filed a Motion to Dismiss the Complaint and Amended Complaint along with a Brief in Support of the Motion to Dismiss.

1

3. On September 16, 2010, Plaintiff filed a motion to dismiss the portion of his Complaint against the University of Arkansas seeking "$300,000,000 in lost reputation/profits damages."

4. In an Order entered on October 4, 2010, the Court granted Plaintiff's letter motion for the partial dismissal of his claim for lost reputation/profits. The Court further held that "service of process upon [the University of Arkansas] has not been perfected." The Court granted Plaintiff, at his request, 45 days from the date of the Order to perfect service. The Court further granted Plaintiff's request to amend the Complaint to name Chancellor G. David Gearhart as a Defendant and took the remainder of the University's Motion to Dismiss under advisement.

5. On October 7, 2010, Plaintiff filed an Amended Complaint and moved the Court to order the United States Marshal to serve the Amended Complaint on each of the Defendants.

6. On October 27, 2010, Magistrate Judge Erin Setser entered an Order directing the United States Marshal to serve the Complaint upon the University and Chancellor Gearhart, and further directed the Defendants to respond to the Complaint within 21 days from the date of service.

7. The United States Marshal served President B. Alan Sugg of the University of Arkansas with the Amended Complaint, as filed by Plaintiff on October 7, 2010, on November 15, 2010. The institution's responsive pleading is currently due on Monday, December 6, 2010. The United States Marshal served Chancellor G. David Gearhart with the Amended Complaint, as filed by Plaintiff on October 7, 2010, on November 17, 2010. Chancellor Gearhart's responsive pleading is currently due on December 8, 2010.

8. After causing the Amended Complaint filed on October 7, 2010, to be served upon the Defendants by the United States Marshal, Plaintiff filed a Motion to Amend Complaint on November 23, 2010. Plaintiff's motion is currently pending with the Court.

9. The University and Chancellor Gearhart respectfully request an extension of time to plead in the interest of the efficient administration of this case, in good faith, and without any purpose of improperly delaying this litigation. At the present time, counsel for Defendants have multiple litigation deadlines in two separate cases involving the University as well as one day of personal travel scheduled that conflict with Defendants' current due dates for filing a responsive pleading. Defendants and their counsel will also need additional time to assess Plaintiff's additional claims if the Court grants Plaintiff's Motion to Amend Complaint.

10. The University and Chancellor Gearhart respectfully request an extension of time for a period of 21 days, excluding the dates the University is officially closed for the institution's winter break, from the date the Court rules on Plaintiff's pending Motion to Amend Complaint. In order to save energy on heating campus facilities and to reduce other operational costs, the University will officially close for the winter break beginning on Friday, December 24, 2010, and then reopen on Monday, January 3, 2011. During this time period, Defendants' counsel will lack certain campus resources to perform their duties and administrative support personnel will not be readily available. Moreover, Plaintiff has repeatedly filed motions to amend his pleadings over an extended period of time, and Plaintiff will not be prejudiced by the Court granting the requested extension.

11. Counsel for Defendants have not sought Plaintiff's consent to this Motion in light of Plaintiff's most recent threatening e-mails to Defendants' counsel. Specifically, in an e-mail dated November 14, 2010, Plaintiff sent Defendants' counsel an e-mail stating as follows:

> Varady, you motherfucker, I am giving you one last chance to settle out of fucking court. I want every single negative record that the UA has with me expunged, $300,000.00 in punitive damages, and I want three years worth of lost wages, totalling [sic] $48,000. I want your oath, by 5PM on Monday, November 15, 2010, that the money is in the mail.
>
> This is your last chance.
>
> David Sebbins

Approximately three minutes later, Plaintiff sent the following e-mail to Defendants' counsel:

> Varady, you fucking cocksucker, you need to understand something: I have a perfectly winnable case against you.
>
> If you respond with anything other than "the money is on its way to your mailbox, and you should get it any day, now," that will constitute your acceptance.
>
> David Stebbins

In light of the threatening nature of these and previous e-mails, Defendants' counsel did not respond to them. A copy of each e-mail received by Defendants' counsel is attached hereto and incorporated herein by reference as Exhibit A.

    12. Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.2, Defendants move for an extension of time for a period of time of 21 days from the date the Court rules on Plaintiff's pending Motion to Amend Complaint, excluding the dates the University is closed for its winter break, to file a responsive pleading to the Complaint. For all of the foregoing reasons, good cause exists and this Motion should be granted. In support of this Motion, Defendants incorporate their Brief in Support of Motion For Extension of Time to Plead herein as if set forth word for word.

    13. This Motion is presented to the Court in good faith and not for the purpose of unnecessary or wasteful delay. The University and Chancellor Gearhart reserve all of their legal

4

rights with regard to this matter, including, but not limited to, the right to assert any and all available defenses to Plaintiff's claims.

WHEREFORE, Defendants, University of Arkansas, and Chancellor G. David Gearhart, pray that the Court grant this Motion for Extension of Time to Plead and extend the time for Defendants to file an answer or other responsive pleading as requested in this Motion.

Respectfully submitted,


By: /s/ T. Scott Varady
T. SCOTT VARADY
Arkansas Bar No. 93172
WILLIAM R. KINCAID
Arkansas Bar No. 93125
TAMLA J. LEWIS
Arkansas Bar No. 2005237
Associate General Counsel
University of Arkansas
421 Administration Building
Fayetteville, AR  72701
Phone: (479) 575-5401
E-mail: svarady@uark.edu

AND

JEFFREY A. BELL
Arkansas Bar No. 77009
Senior Associate General Counsel
University of Arkansas
2404 N. University Avenue
Little Rock, AR  72207
Phone: (501) 686-2520
E-mail: jbell@uasys.edu

## **CERTIFICATE OF SERVICE**

  I certify that on December 1, 2010, I caused a copy of the foregoing Motion for Extension of Time to Plead to be served upon David Stebbins, 1407 North Springs Rd., Apt. 5, Harrison, Arkansas, via First-Class U.S. Mail.

                  /s/ T. Scott Varady
                  T. Scott Varady
                  Associate General Counsel