**Subject:** One last chance
**Date:** Sunday, November 14, 2010 7:48:49 PM CT
**From:** David Stebbins
**To:** Scott Varity

Varady, you motherfucker,

I am giving you one last chance to settle out of fucking court. I want every single negative record that the UA has with me expunged, $300,000.00 in punitive damages, and I want three years worth of lost wages, totalling $48,000. I want your oath, by 5PM on Monday, November 15, 2010, that the money is in the mail.

This is your last chance.

David Stebbins



Page 1 of 1

**Subject:** Follow-up to last one
**Date:** Sunday, November 14, 2010 7:51:07 PM CT
**From:** David Stebbins
**To:** Scott Varity

Varady, you fucking cocksucker, you need to understand something: I have a perfectly winnable case against you.

If you respond with anything other than "the money is on its way to your mailbox, and you should get it any day, now," that will constitute your acceptance.