

*Exhibit A*

**David Stebbins <stebbinsd@gmail.com>**

## Watch this video. It's a formal contract offer.
1 message

**David Stebbins <stebbinsd@gmail.com>**　　　　　　　　　Thu, Jan 27, 2011 at 6:21 PM
To: svarady@uark.edu
Cc: chancell@uark.edu, marvinr@uark.edu

　http://www.youtube.com/watch?v=yGjJTNz3Wzw