*Exhibit B*

## Overview

The following is a contract between David A. Stebbins of Harrison, AR (me, myself, I), and the University of Arkansas (you), collectively known as "the Parties" (we, us). By performing any of the acceptance methods listed below, you hereby agree to be bound by the following terms:

## Findings

1. I am suing you in the United States District Court for the Western District of Arkansas for two violations of Section 504 of the Rehabilitation Act of 1973, and for a violation of my first amendment rights. The case number for this case is 10-5125.
2. You have filed a motion to dismiss, claiming sovereign immunity, as well as failure to state a claim upon which relief can be granted.
3. The court has not yet ruled on the above-mentioned motion to dismiss.
4. You have raised the defense of sovereign immunity against me in the above-mentioned case.
5. If the court denies the above-mentioned motion to dismiss, I have the right to move to impose sanctions for filing a frivolous defense.
6. If the court grants the above-mentioned motion to dismiss, I have the right to appeal the decision.
7. You want me to do neither #5, nor #6.

## My consideration

I will not appeal the decision, if the court rules against me, nor will I accuse you of filing a frivolous defense, if the court rules in my favor, on the motion to dismiss.

## Your consideration

In exchange for the above-mentioned consideration, you agree to pay me a sum of not less than fifty million United States dollars (USD $50,000,000.00). Upon demanding the money, you agree that the amount you owe me shall increase tenfold for every day that it is not paid in full. This will apply, even after the arbitration award has been confirmed.

## Arbitration

You hereby agree to settle all legal disputes with me – even those not related to this contract – to binding arbitration, using the services of either www.net-arb.com, the American Arbitration Association, or the National Arbitration Forum. Furthermore, you hereby agree to transfer the case spoken of in finding #1 to binding arbitration.

## Forfeit Victory

If you are served with an arbitration invitation, and do not accept this arbitration invitation within 24 hours of receiving it, I automatically win, regardless of the merits of the case. If you receive the arbitration invitation in the mail, you must have your acceptance in the mail by the next business day to avoid this forfeit victory clause.

## Acceptance method

You accept this contract if you, or your employees and/or affiliates...
1. Instigate communications with me, in any way, unless you are legally required to communicate with me.
A) This will also apply if you communicate with me in ways that are expected of you, but not required, such as responding to a request for admissions, and admitting even one fact (because, if the fact is admitted, you can always just let the 30 day time limit expire, and the fact is admitted by default).
2. Allowing me to communicate with you for any reason that you are not legally required to entertain me on.
A) This will also apply to allowing me to send emails to you, and not blocking my attempts to communicate, as well as not calling the police if I communicate with you for any reason I am not legally entitled to communicate with you for.
3. Seeing me on your property and not asking me to leave, immediately.