

Exhibit C

David Stebbins <stebbinsd@gmail.com>

# admit it.
2 messages

---

**David Stebbins <stebbinsd@gmail.com>**  Tue, Jun 29, 2010 at 1:47 PM
To: marvinr@uark.edu

Marvin,

I am David Stebbins. I'm using this email because my normal email is not working right now. I have learned that you do not actually have to give Scott Varity this request for admissions, that you, yourself, can answer them on the University of Arkansas' behalf. Therefore, for the purposes of your lawsuit against him, please admit or deny the following facts.

The UA is bound by Section 504 of the Rehabilitation Act.

I have Aspergers.

Aspergers is a disability that makes him very tactless (the Pat Walker Health Center can verify this for you).

At the time that I was enrolled at the University of Arkansas, I was taking a medication called Risperdal for anger management.

So long as I have these medications on a perpetual basis, my anger and violence will likely not extend beyond that of a normal person.

That you made no attempt, whatsoever, to accommodate the disability on the belief that I posed a direct threat to the school.

On June 15, 2010, you upheld my suspension, despite my demand that you revoke it (a simple "admitted" or "denied" will be sufficient.

There is clear hostility between the parties in this case, and, as such, mere injunctive relief will not work.

In the event that I win, the computation of all my damages (sent in the previous email) is accurate.

The lost profits that I have given in the previous email, although speculative, are reasonably likely to occur.

Please respond promptly.

Sincerely,

David Stebbins

---

**David Stebbins <stebbinsd@gmail.com>**  Tue, Jun 29, 2010 at 1:47 PM