Exhibit D



David Stebbins <stebbinsd@gmail.com>

# Sorry, that last one must not have gone through
5 messages

**David Stebbins <stebbinsd@gmail.com>**      Mon, Dec 21, 2009 at 9:10 AM
To: mholland@uark.edu

Dear Monica,

This is David Stebbins from a different email account. I was suspended on Dec. 2007, and I was wondering if I could come back.

If not, I would like to know how to appeal that decision.

Sincerely,
David Stebbins

---

**Monica Holland <mholland@uark.edu>**      Tue, Jan 5, 2010 at 5:04 PM
To: David Stebbins <stebbinsd@gmail.com>

David,

I apologize for the delay in my response. At the time of your e-mail I was out of the office for the winter break. According to your January 10, 2008 All-University Judicial (AUJ) board hearing you were suspended from the University of Arkansas. The AUJ noted that you would be allowed to re-enroll during the Fall 2008 term under the following conditions:

> You are required to participate in mental health counseling through a licensed psychiatrist. You are directed to provide written consent to the Dean of Students or designee allowing for the Dean or his designee to contact your psychiatrist to discuss your progress during these sessions. The AUJ indicated that your sessions with the psychiatrist should address your medication needs, the behaviors that resulted in your referral to the AUJ, and your anger management issues that were discussed within the AUJ hearing.

According to our records, I do not show that this information has been provided to indicate that this condition has been met. Once you submit this information, I can begin discussing with you your ability to return to the University of Arkansas and to discuss the remaining sanctions that will need to be completed upon your re-enrollment.

If I may be of further assistance please do not hesitate to contact me at your convenience.

Exhibit D

Sincerely,

Monica Holland


Monica Holland

Director

Office of Community Standards and Student Ethics

1 University of Arkansas

634 Arkansas Union

Fayetteville, AR 72701

Office: 479-575-5170

Fax: 479-575-7191

E-Mail: mholland@uark.edu

Website: ethics.uark.edu


THIS EMAIL IS CONFIDENTIAL AND INTENDED SOLELY FOR VIEWING BY ITS DESIGNATED RECIPIENTS. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE DESTROY IT IMMEDIATELY AND NOTIFY THE SENDER AT 479-575-5170. THE CONTENTS OF THIS EMAIL ARE PROTECTED BY LAW.


**From:** David Stebbins [mailto:stebbinsd@gmail.com]
**Sent:** Monday, December 21, 2009 9:11 AM
**To:** Monica Holland
**Subject:** Sorry, that last one must not have gone through

[Quoted text hidden]

---

**David Stebbins <stebbinsd@gmail.com>**　　　　　　　　　　　　　　　Fri, Jan 8, 2010 at 4:46 PM
To: Monica Holland <mholland@uark.edu>

Monica,

I would like to know how to appeal that decision to your superiors, such as the chancellor, or whoever it may concern.

Sincerely,

Exhibit D

David
[Quoted text hidden]

---

**David Stebbins <stebbinsd@gmail.com>**  Mon, Jan 11, 2010 at 5:40 PM
To: Monica Holland <mholland@uark.edu>

Monica,

I was generous enough to give you the weekend. However, Monday is a business day, and the fact that you've already replied once proves that you have reconvened for the Spring 2010 semester. This means that, today, you have simply chosen to ignore me.

I'll ask you once again: How do I appeal your decision to not let me back in?

If I don't have an answer by 5PM on Tuesday, January 12, 2010 (tomorrow, as of the time of this writing), I will assume, even if I am wrong, that there is no way to appeal your decision, and that I am completely SOL.

Sincerely,
David Stebbins
[Quoted text hidden]

---

**Monica Holland <mholland@uark.edu>**  Tue, Jan 12, 2010 at 8:38 AM
To: David Stebbins <stebbinsd@gmail.com>

David,

Submitting proof of your participation in mental health counseling with a licensed psychiatrist is a condition for your re-enrollment and cannot be appealed. You were notified at the conclusion of your January 10, 2008 All-University Judicial (AUJ) board hearing of your right to appeal their decision. Specifically, you were informed that you had until January 17, 2008 to submit an appeal for review by the Vice Chancellor for Student Affairs. Furthermore, you were notified that in the event you did not agree with the Vice Chancellor's appellate decision you had the right to appeal to the Chancellor. Office records indicate that you did not submit an appeal to the Vice Chancellor by the date provided and therefore, you forfeited your appellate rights and the decision of the AUJ was upheld and enforced in its entirety. Per the decision of the AUJ, you will not be allowed to re-enroll at the University of Arkansas until you comply with the conditions of your re-enrollment.

Regards,

Monica Holland


Monica Holland

Director

*Exhibit D*

Office of Community Standards and Student Ethics

1 University of Arkansas

634 Arkansas Union

Fayetteville, AR 72701

Office: 479-575-5170

Fax: 479-575-7191

E-Mail: mholland@uark.edu

Website: ethics.uark.edu

THIS EMAIL IS CONFIDENTIAL AND INTENDED SOLELY FOR VIEWING BY ITS DESIGNATED RECIPIENTS. IF YOU HAVE RECEIVED THIS EMAIL IN ERROR, PLEASE DESTROY IT IMMEDIATELY AND NOTIFY THE SENDER AT 479-575-5170. THE CONTENTS OF THIS EMAIL ARE PROTECTED BY LAW.

**From:** David Stebbins [mailto:stebbinsd@gmail.com]
**Sent:** Monday, January 11, 2010 5:41 PM
**To:** Monica Holland
**Subject:** Re: Sorry, that last one must not have gone through

[Quoted text hidden]