

### AAA invitation

From: David Stebbins <stebbinsd@yahoo.com>
To: Scott Varity <s-varity@alsd.edu>

2 Files Download All
Arbitration tips part 1.pdf (102KB), Arbitration tips part 2.pdf (102KB)

Remember, the contract states that you must accept the arbitration *invitation* within 24 hours! This means that I don't have to actually file it with the AAA. Simply fill out these things, sign it, scan that, and return those scanned, signed copies back to my by this time, tomorrow, and I can go ahead and file them with the AAA, for real. Thank you.

Exhibit 8