*Exhibit G*

**From:** Scott Varady (svarady@uark.edu)
**To:** stebbinsd@yahoo.com;
**Date:** Fri, February 4, 2011 6:22:59 PM
**Cc:**
**Subject:** Re: AAA invitation

Dear Mr. Stebbins,

As you know, the University and Chancellor Gearhart are currently defendants in a federal lawsuit you have filed against them. The University and Chancellor Gearhart have previously declined to engage in mediation and/or arbitration with you, and our position on this matter has not changed. The University and Chancellor Gearhart have not violated your legal rights.

Sincerely,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR  72701
479-575-5401 (office)
479-5046 (fax)


**From:** David Stebbins <stebbinsd@yahoo.com>
**Date:** Fri, 4 Feb 2011 13:20:51 -0800
**To:** Scott Varady <svarady@uark.edu>
**Subject:** AAA invitation

Remember, the contract states that you must accept the arbitration *invitation* within 24 hours! This means that I don't have to actually file it with the AAA. Simply fill out these things, sign it, scan that, and return those scanned, signed copies back to my by this time, tomorrow, and I can go ahead and file them with the AAA, for real. Thank you.