**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Please visit our website at www.adr.org if you would like to file this case online.
AAA Customer Service can be reached at 800-778-7879

**SUBMISSION TO DISPUTE RESOLUTION**

| The named parties hereby submit the following dispute for resolution, under the rules of the American Arbitration Association. |
|---|
| **To be completed and signed by all parties (attach additional sheets if necessary).** |

Rules Selected: ☒ Commercial  ☐ Construction  ☐ Employment  ☐ Other (please specify) _____

Procedure Selected: ☒ Binding Arbitration  ☐ Mediation  ☐ Other (please specify) _____ .

**NATURE OF DISPUTE:**
Enforcement of settlement agreement, suit for a violation of Section 504 of the Rehabilitation Act, and an injunction to allow me to immediately re-enroll as a student against the respondents. $50,000,000 of this money shall gain interest at a rate of 328,500% APR, compounding daily. The $300,000 shall gain interest at a rate of 10% APR, compounding monthly.

Dollar Amount of Claim $ 50,300,000.00

Other Relief Sought:  ☐ Attorneys Fees   ☒ Interest   ☐ Arbitration Costs   ☐ Punitive/ Exemplary   ☐ Other _____

PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:
Someone well versed in discrimination law (particularly school discrimination) and settlement contracts.

Amount Enclosed $_____   In accordance with Fee Schedule:  ☐ Flexible Fee Schedule   ☐ Standard Fee Schedule

HEARING LOCALE REQUESTED: desk arbitration

Estimated time needed for hearings overall: _____ hours or  1.00  days

We agree that, if arbitration is selected, we will abide by and perform any award rendered hereunder and that a judgment may be entered on the award.

| Name of Party<br>David Stebbins | | | Name of Party<br>University of Arkansas | | |
|---|---|---|---|---|---|
| Address:<br>1407 N Spring Rd, | | | Address:<br>421 Administration Building | | |
| APT #5 | | | University of Arkansas | | |
| City:<br>Harrison | State<br>AR | Zip Code<br>72601 | City:<br>Fayetteville | State<br>AR | Zip Code<br>72701 |
| Phone No.<br>870-204-6024 | | Fax No. | Phone No.<br>(479) 575-5401 | | Fax No. |
| Email Address:<br>stebbinsd@yahoo.com | | | Email Address:<br>svarady@uark.edu | | |
| Signature (required): | | Date: | Signature (required): | | Date: |
| Name of Representative:<br>not applicable | | | Name of Representative:<br>T. Scott Varady | | |
| Name of Firm (if applicable)<br>not applicable | | | Name of Firm (if applicable) | | |
| Address (to be used in connection with this case)<br>1407 N Spring Rd, APT #5 | | | Address (to be used in connection with this case)<br>421 Amdministration Building, University of Arkansas | | |
| City:<br>Harrison | State<br>AR | Zip Code<br>72601 | City:<br>Fayetteville | State<br>AR | Zip Code<br>72701 |
| Phone No.<br>870-204-6024 | | Fax No. | Phone No.<br>(479) 575-5401 | | Fax No. |
| Email Address:<br>stebbinsd@yahoo.com | | | Email Address:<br>svarady@uark.edu | | |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. Send the original Demand to the Respondent.