**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Please visit our website at www.adr.org if you would like to file this case online. AAA Case Filing Services can be reached at 877-495-4185.

**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| *MEDIATION: If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box. ☐ There is no additional administrative fee for this service.* | | | | | | |
|---|---|---|---|---|---|---|
| Name of Respondent<br>University of Arkansas | | | Name of Representative (if known)<br>T. Scott Varady | | | |
| Address<br>421 Administration Building<br>University of Arkansas | | | Name of Firm (if applicable) | | | |
| | | | Representative's Address<br>421 Administration Building, University of Arkansas | | | |
| City<br>Fayetteville | State<br>AR | Zip Code<br>72701- | City<br>Fayetteville | State<br>AR | Zip Code<br>72701- | |
| Phone No. | | Fax No. | Phone No.<br>(479) 575-5401 | | Fax No. | |
| Email Address:<br>svarady@uark.edu | | | Email Address:<br>svarady@uark.edu | | | |

The named claimant, a party to an arbitration agreement dated February 4, 2011, which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

| THE NATURE OF THE DISPUTE |
|---|
| Enforcement of settlement agreement, suit for a violation of Section 504 of the Rehabilitation Act (as stated below), and an injunction to allow me to immediately re-enroll as a student against the respondents. $50,000,000 of this money shall gain interest at a rate of 328,500% APR, compounding daily. The $300,000 shall gain interest at a rate of 10% APR, compounding monthly. |

| Dollar Amount of Claim  $50,300,000.00 | Other Relief Sought:  ☐ Attorneys Fees  ☒ Interest<br>☐ Arbitration Costs  ☐ Punitive/ Exemplary  ☐ Other ____ |
|---|---|
| Amount Enclosed $_____  In accordance with Fee Schedule: | ☐Flexible Fee Schedule  ☐Standard Fee Schedule |

| PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE: |
|---|
| Someone well versed in discrimination law (particularly school discrimination) and settlement contracts. |

| Hearing locale desk arbitration _____  (check one) ☒ Requested by Claimant  ☐ Locale provision included in the contract |
|---|

| Estimated time needed for hearings overall:<br>_____ hours or  1.00 days | Type of Business:  Claimant ___Individual___<br>Respondent _University_____ |
|---|---|

Is this a dispute between a business and a consumer? ☒Yes ☐ No   Does this dispute arise out of an employment relationship? ☐ Yes ☒ No

If this dispute arises out of an employment relationship, what was/is the employee's annual wage range?  Note: This question is required by California law.  ☐Less than $100,000  ☐$100,000 - $250,000  ☐ Over $250,000

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

| Signature (may be signed by a representative)   Date: | | | Name of Representative<br>No representative | | | |
|---|---|---|---|---|---|---|
| Name of Claimant<br>David Stebbins | | | Name of Firm (if applicable)<br>not applicable | | | |
| Address (to be used in connection with this case)<br>1407 N Spring Rd, | | | Representative's Address<br>not applicable | | | |
| City<br>Fayetteville | State<br>AR | Zip Code<br>72601- | City<br>not applicable | State<br>NA | Zip Code<br>NA | |
| Phone No.<br>870-204-6024 | | Fax No. | Phone No.<br>not applicable | | Fax No.<br>not applicable | |
| Email Address:<br>stebbinsd@yahoo.com | | | Email Address:<br>not applicable | | | |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043.  Send the original Demand to the Respondent.