**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
35 E. Mountain, Room 510
Fayetteville, AR 72701

February 15, 2011

David Stebbins
1407 N. Spring Rd.
Apt. 5
Harrison, AR 72601

    Re: **10-5125** Stebbins v. University of Arkansas and
         **10-3086** Stebbins v. Wal-Mart Stores, Inc.

Dear Mr. Stebbins:

    The Clerk has received from you documents to be filed in cases 10-3086 and 10-5125. I am writing to remind you to carefully review all documents prior to filing. Please make sure that all documents have the correct division name, party names and case numbers.

    You filed a *Brief in Support of Motion* with Harrison named as the division, no case number, and Wal-Mart Stores, Inc. named as the defendant. Because you refer to the UA in the document, the Clerk decided to file the document in case 10-5125. Filing documents with incorrect case information creates confusion for everyone involved.

    In case 10-3086, you filed a document titled *Suggestion in Support of Motion to Confirm Arbitration Award*. The Clerk reviewed the docket sheet for case 10-3086 and no *Motion to Confirm Arbitration Award* has been filed in that case. The *Suggestion in Support of Motion to Confirm Arbitration Award* has been filed, but it was not linked to a motion.

    Docket sheets for both cases are attached for your review.

                                                                Sincerely,
                                                               S. Cummings

cc: U.S. Chief District Judge Hendren
    U.S. District Judge Dawson
    U.S. Clerk