UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 2 3 2011

CHRIS R. JOHNSON, Clerk
By
                    Deputy Clerk

DAVID STEBBINS                                                                PLAINTIFF

v.

UNIVERSITY OF ARKANSAS, DAVID GEARHART,                  DEFENDANTS
JASON JONES, WAL-MART STORES, INC.

## MOTION FOR ECF AND PACER ACCOUNT

    Comes now pro se Plaintiff David Stebbins, who respectfully files the following request for an ECF and PACER account.

    I previously applied for ECF access, but did not word it ideally. You became confused as to what I wanted, and denied my request, accordingly. However, this time, I hope there is no confusion as to what I want. I simply want the same access to the ECF and PACER that attorneys are required to use.

    I currently have pending cases in the Western District of Arkansas against all of the above-named defendants. The University of Arkansas and David Gearhart are the defendants in case #10-5125. Jason Jones is a defendant in case #10-3041. Wal-Mart Stores, Inc. is the defendant in case #10-3086. So far, I have filed my motions via the United States Post Office; however, this is becoming burdensome.

    I currently have a case pending in the United States District Court for the Western District of Missouri. The case number for that case is 10-3305. I am currently using the ECF to file my documents that way, and I am doing just fine. Perhaps you could call the federal district court for Springfield, MO and receive a reference for how well I conduct myself over ECF there, if you are concerned about how I may conduct myself over ECF here.

    I have enclosed an official case filing registration form. This time, I hope for no errors in the registration process.

    Thank you, and please respond promptly.

Sincerely,
David Stebbins

APPENDIX A



# United States District Court
# Western District of Arkansas

## ELECTRONIC CASE FILING REGISTRATION FORM

This form is used to register for an account on the Western District of Arkansas Electronic Case Filing (ECF) System. Registered users will have privileges to electronically submit documents and to view and retrieve electronic docket sheets and documents.

**Instructions:** This form may be submitted online at the Court's website, www.arwd.uscourts.gov. You may also print a hard copy, complete the form, sign and return it to the Clerk's office at the address below. After verification, unless other arrangements have been made, a user login and password for access to the ECF System will be electronically transmitted to the e-mail address listed on the registration form. All information indicated by an asterisk (*) is required.

*First / Middle / Last Name: **David Anthony Stebbins**

*Bar ID Number: **pro se litigant**     *State Issued: **n/a**

Firm Name: _____

*Mailing Address: **1407 N Spring Rd, APT #5**

*City: **Harrison**     *State: **AR**     *Zip Code: **72601**

*Telephone Number: **870-204-6024**     Fax Number: _____

*Primary E-Mail Address: **stebbinsd@yahoo.com**

Secondary E-Mail Address: **stebbinsd@gmail.com**

*Are you admitted to Practice in the Western District of Arkansas?  Yes ☐   No ☒

*If yes, are you a member in good standing?  Yes ☒   No ☒   **n/a**

*Are you admitted to practice pro hac vice in the Western District of Arkansas?  Yes ☐   No ☒

☒  I already have an ECF login that I use at another court. Please assign the same login.
    Existing Login: **DS4148**

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Courts for the Eastern and Western Districts of Arkansas pursuant to Local Rule 83.5 and currently in good standing.

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders, policies and procedures governing the use of the ECF System. The undersigned also consents to receiving the notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) and Fed. R. Crim. P. 49(b)-(d) via the Court's ECF System. The combination of user login and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their password and immediately notify the court if they learn that their password has been compromised.

*Attorney Signature: **David Stebbins**     Date: **Feb. 19, 2011**

This form may be submitted online at the Court's website, www.arwd.uscourts.gov, or print a hard copy, and mail the completed ECF Registration Form to:

Christopher R. Johnson, Clerk of Court
United States District Court
Attention: ECF Registration
P. O. Box 1547
Fort Smith, AR 72902-1547



David Stebbins
407 N. Spring Rd
APT #5
Harrison, AR 72601

Chris Johnson
U.S. District Court
ATTN: ECF Registration
P.O. Box 1547
Fort Smith, AR 72902

72902/1547