UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WESTERN DISTRICT ARKANSAS
FILED
MAR 04 2011
CHRIS R. JOHNSON, CLERK
DEPUTY CLERK

DAVID A. STEBBINS          PLAINTIFF

vs.          Civ. No. 10-5125

UNIVERSITY OF ARKANSAS & GEORGE GEARHART          DEFENDANTS

## MOTION FOR DEFAULT JUDGMENT

Comes now Plaintiff David Stebbins, who respectfully submits the following motion for default judgment in this case.

On February 15, 2011, the court received the following documents from me:

1. A motion to confirm an arbitration award.

2. A brief in support of that motion, along with a table of authorities in support of my arguments of law and exhibits in support of my declarations of fact.

3. A suggestion in support of that motion, bringing to the court's attention a binding precedent in my favor from the United States Court of Appeals for the Eighth Circuit.

I sent the defendants a copy of those three documents at the same time. Since you are both located in Fayetteville, I assume they received those copies at the same time. Even if they didn't, they still received notice on ECF when the court docketed them. Therefore, their deadline to file any motions or suggestions in opposition was midnight on March 2, 2011.

As of the time of this writing, it is now March 3, 2011. It is a few minutes after midnight, and, so far, the defendants in this case are nowhere to be seen.

I now move for default judgment. As all my facts have already been proven in the exhibits that I enclosed with my motion and supporting brief, I do not feel that I need to provide any further proof, or schedule a hearing to prove my damages. The nature of the arbitration

award can be made certain using the exhibits already filed, so I merely need the clerk to enter it.

Wherefore, I respectfully pray that you declare the University of Arkansas to be in default in this case, confirm the arbitration award as specified in Document #, award costs incurred, and other relief that the court finds appropriate.

It is so humbly requested on this 3rd day of March, 2011.

David Stebbins<br>
1407 N Spring Rd,<br>
APT #5<br>
Harrison, AR 72601<br>
Phone: 870-204-6024<br>
stebbinsd@yahoo.com