UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID A. STEBBINS                                                               PLAINTIFF

vs.                                    Civ. No. 10-5125

UNIVERSITY OF ARKANSAS & GEORGE GEARHART                DEFENDANTS

## BRIEF IN SUPPORT OF MOTION

Comes now Plaintiff David Stebbins, who respectfully submits the following brief in support of his motion for default judgment.

1. On the date of Friday, February 11, 2011, I sent both the court and the defendants a motion to confirm an arbitration award, and a brief in support of that motion. On the date of Saturday, February 12, 2011, I used the U.S. Postal Service to send a suggestion in support of that motion to both the court and the defendants. The court received both of these mailings, and subsequently docketed all three documents, on the date of February 15, 2011.

2. Both the court and the defendants are located in Fayetteville. Therefore, it is reasonable to assume that the defendants received their copies of these documents at the same time. Even if the defendants did not receive their copies of these documents the same time that the court did, the defendants were still notified of their existence when the court docketed the documents, and the defendants were immediately notifed via the ECF. Therefore, for all practical intents and purposes, they received notice of these documents on February 15, 2011.

3. Defendants were given two weeks after receiving the motion to file any motions or suggestions in opposition to that motion. See Local Rule 7.2(b). The two week time

frame started on Wednesday, February 16, 2011. See Fed. R. Civ. P. Rule 6(a)(1)(A). Therefore, the final day to file their objections to my motion was March 2, 2011. See Fed. R. Civ. P. Rule 6(a)(1). The defendants have access to ECF. Therefore, they were given until midnight on March 2, 2011 to file any objections to my motion. See Fed. R. Civ. P. Rule 6(a)(4)(A).

4. However, as of the time of this writing, it is past midnight, and my computer's atomic clock states that the date is March 3, 2011. I do not see any documents on pacer that were filed by the defendants, objecting to my motion to confirm the arbitration award. **See Exhibit A**. Therefore, they have not timely filed any objections. Therefore, no objections may be filed, at all.

5. There are a number of legal arguments I could make to justify why I should win the case automatically, including, but not limited to, the following: 1) The defendants have failed to defend themselves against this motion. Therefore, default judgment is proper under Fed. R. Civ. P. Rule 55(a). 2) By not filing any objections within the allotted time, they have, effectively, nothing is denied. Therefore, everything is admitted. See Fed. R. Civ. P. Rule 8(b)(6). 3) The Latin legal phrase *qui tacet consentire videtur* translates into English as "He who is silent is taken to agree." Because the defendants are silent on my motion to confirm this arbitration award, it is taken that they agree that the motion is valid. Those are merely the legal arguments I can think of off the top of my head; I am confident I could find more, if I put a good amount of time and effort into it.

6. I believe that the damages are certain. These nature of the arbitration award to be confirmed was demonstrated in Exhibits H and I of my brief in support of my motion to confirm the arbitration award. Therefore, no hearing is needed to prove my damages.

Instead, the clerk may enter the arbitration award on her own accord. See Fed. R. Civ. P. Rule 55(b)(1).

Wherefore, I respectfully pray that you declare the defendants in default, confirm the arbitration award sought in the Motion to Confirm Arbitration Award, award costs incurred, and award other relief that the court finds appropriate. It is so requested on this 3rd day of March, 2011.

*David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                               PLAINTIFF

vs.                                  10-5125

UNIVERISTY OF ARKANSAS & DAVID GEARHART          DEFENDANTS

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of
    Plaintiff's Motion for Default Judgment
and
    Plaintiff's Brief in Support of Motion for Default Judgment
was served on

T. Scott Varady
421 Administration Building
University of Arkansas
Fayetteville, AR 72701
Phone: (479) 575-5401
Fax: 479-575-5046
svarady@uark.edu
Attorney for: Defendants

by mailing a copy to his office address at 421 Administration Building, University of Arkansas, Fayetteville, AR 72701, on the 3rd day of March, 2011.

*/s/ David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com