*Exhibit A*

ECF   Western District of Arkansas

| Query | Reports | Utilities | Logout |

| | | |
|---|---|---|
| 12/02/2010 | 23 | ORDER denying 8 Motion to Dismiss; denying 18 Motion to Amend/Correct; taking under advisement 21 Motion for Extension of Time to Plead. Order directing the parties to refrain from the use of inappropriate language in their communications. Signed by Honorable Jimm Larry Hendren on December 2, 2010. (src) (Entered: 12/02/2010) |
| 12/08/2010 | 24 | Second MOTION for Extension of Time to File *Defendants Renewed Motion for Extension of Time to Plead* by University of Arkansas. (Attachments: # 1 Exhibit Exhibits A-F)(Varady, T.) (Entered: 12/08/2010) |
| 12/08/2010 | 25 | MEMORANDUM BRIEF in Support *Brief in Support of Defendants Renewed Motion for Extension of Time to Plead* by University of Arkansas. (Varady, T.) Modified text on 12/9/2010 (as). (Entered: 12/08/2010) |
| 12/14/2010 | 26 | ORDER granting 21 Motion for Extension of Time to File; granting 24 Motion for Extension of Time to File. Responses to the complaint and amended complaint are due December 23, 2010. Signed by Honorable Jimm Larry Hendren on December 14, 2010. (src) (Entered: 12/14/2010) |
| 12/23/2010 | 27 | First MOTION to Dismiss *Motion to Dismiss* by University of Arkansas. (Varady, T.) (Entered: 12/23/2010) |
| 12/23/2010 | 28 | MEMORANDUM BRIEF in Support of 27 First Motion to Dismiss by University of Arkansas. (Varady, T.) Modified to add link on 12/27/2010 (jas). (Entered: 12/23/2010) |
| 12/30/2010 | 29 | RESPONSE in Opposition re 27 First MOTION to Dismiss filed by David Stebbins. (tg) (Entered: 12/30/2010) |
| 02/15/2011 | 30 | MOTION to Confirm Arbitration Award by David Stebbins. (src) (Entered: 02/15/2011) |
| 02/15/2011 | 31 | MEMORANDUM BRIEF in Support of 30 MOTION to Confirm Arbitration Award by David Stebbins. (Attachments: # 1 Exhibit A Youtube Link, # 2 Exhibit B Contract Overview, # 3 Exhibit C. 6.25 e-mail, # 4 Exhibit D 12/21/09 e-mail, # 5 Exhibit F 2/4/11 e-mail, # 6 Exhibit G e-mail from Varady, # 7 Exhibit H Dispute Resolution Form, # 8 Exhibit I Arbitration Demand)(src) (Entered: 02/15/2011' |
| 02/15/2011 | 32 | Suggestion in Support of 30 Motion to Confirm Arbitration Award filed by David Stebbins. (src) (Entered: 02/15/2011) |
| 02/15/2011 | 33 | Letter from Clerk to Mr. Stebbins regarding filing (src) (Entered: 02/15/2011) |
| 02/23/2011 | 34 | MOTION for ECF and pacer account by David Stebbins. (rw) (Entered: 02/23/2011) |

*notice time of date*

**PACER Service Center**

**Transaction Receipt**

03/03/2011 00:02:05

| PACER Login: | jps4414 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 5:10-cv-05125-JLH |
| Billable Pages: | 2 | Cost: | 0.16 |

Done