IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID STEBBINS**                                                                                    **PLAINTIFF**

v.                                          **Civil NO. 10-5125**

**UNIVERSITY OF ARKANSAS;**
**OFFICE OF THE CHANCELLOR**                                                  **DEFENDANT**

### RESPONSE IN OPPOSITION TO PLAINTIFF'S SUPPLEMENT TO MOTION FOR DEFAULT AND MOTION TO CONFIRM ARBITRATION AWARD

Come Defendants, University of Arkansas ("University") and G. David Gearhart, in his official capacity as Chancellor of the University of Arkansas, Fayetteville ("Chancellor Gearhart"), and submit this Response in Opposition to Plaintiff's Supplement to Motion For Default and Motion to Confirm Arbitration Award.

On March 21, 2011, Plaintiff David A. Stebbins filed a document titled "Supplement to Motion For Default and Motion to Confirm Arbitration Award." In response to Plaintiff's filing, Chancellor Gearhart and the University filed this response to clarify the record in this case. On December 23, 2010, Defendants file a Motion to Dismiss and a supporting Brief. Among other defenses, the Defendants have asserted immunity to Plaintiff's claims.

In light of the dispositive nature of Defendants' pending Motion and in an effort not to burden the Court with unnecessary filings, Chancellor Gearhart and the University have not responded to Plaintiff's recent filings because they are irrelevant until the Court addresses the pending Motion to Dismiss. For the record, Defendants respectfully advise the Court that they have not agreed to engage in arbitration at any time with Plaintiff. Plaintiff's arguments and assertions are without merit and inaccurate.

For all of the foregoing reasons, Defendants, University of Arkansas and Chancellor G. David Gearhart, respectfully request that the Court grant their Motion to Dismiss and all relief requested therein, as well as deny any and all filings submitted by Plaintiff subsequent to Defendants' Motion to Dismiss, that Defendants be awarded their costs, and that the Court award all other relief which it deems just and proper.

Respectfully submitted,

By: /s/ T. Scott Varady
T. SCOTT VARADY
Associate General Counsel
Arkansas Bar No. 93172
E-mail: svarady@uark.edu
WILLIAM R. KINCAID
Associate General Counsel
Ark. Bar No. 93125
E-mail: wkincaid@uark.edu
TAMLA J. LEWIS
Associate General Counsel
Ark. Bar No. 2005237
E-mail: tjlewis@uark.edu
University of Arkansas
421 Administration Building
Fayetteville, AR 72701
Phone: 479-575-5401

and

JEFFREY A. BELL
Senior Associate General Counsel
Arkansas Bar No. 77009
University of Arkansas
2404 N. University Avenue
Little Rock, AR 72207
(501) 686-2520
E-mail: jbell@uasys.edu

COUNSEL FOR THE UNIVERSITY OF ARKANSAS AND THE OFFICE OF THE CHANCELLOR

## CERTIFICATE OF SERVICE

    I certify that on this 24th day of March, 2011, I caused a copy of the foregoing Response in Opposition to Plaintiff's Supplement to Motion to Default and Motion to Confirm Arbitration Award to be served upon Plaintiff David Stebbins via First-Class U.S. Mail at the following address:

> David Stebbins
> 1407 N. Spring Rd.
> Apt. #5
> Harrison, AR  72601

        /s/ T. Scott Varady
        T. Scott Varady
        Associate General Counsel