UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID A. STEBBINS                                                          PLAINTIFF

vs.                          Civ. No. 10-5125

UNIVERSITY OF ARKANSAS & GEORGE GEARHART              DEFENDANTS

## MOTION FOR IN-PERSON HEARING

Comes now Plaintiff David Stebbins, who respectfully submits the following motion for an in-person hearing to decide the pending motions to dismiss, to confirm the arbitration award, and for default.

The court is taking its dear, sweet time ruling on all three of these motions. Perhaps we can get this show on the road, and rest all arguments, at this in-person hearing.

Before the hearing begins, I insist that the University of Arkansas submit all their legal arguments in opposition to the motion to confirm the arbitration award, and the motion to default.

For transportation reasons, I humbly request that the hearing take place in Harrison. Details will be provided in the brief.

It is so requested, on this 28th day of March, 2011.

*/s/ David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com