US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR 3 1 2011
CHRIS R. JOHNSON, Clerk
By
       Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID A. STEBBINS                                                        PLAINTIFF

vs.                                         Civ. No. 10-5125

UNIVERSITY OF ARKANSAS & GEORGE GEARHART                  DEFENDANTS

### NOTICE OF APPEAL

Comes now David Stebbins, who hereby submits the following notice of appeal.

The Honorable Judge Jimm Larry Hendren is taking far too long to respond to three pending motions. These motions deserve a ruling, and Canon 3 of the Code of Conduct for United States Judges explicitly states that a judge should promptly dispose of the business of the court. As a direct result, I am hereby giving notice of my intent to petition the United States Court of Appeals for the Eighth Circuit for a writ of mandamus.

I am aware that mandamus is an extraordinary writ, but even if this filing is a bit premature, let us not forget that, by the time the Court of Appeals gets around to ruling on it, either the District Court will have passed judgment, and the petition should be denied as moot, or the District Court will have not passed judgment, and Mr. Hendren will have definitely taken too long, then, so the petition should be granted.

In compliance with Rule 3(a) of the Federal Rules of Appellate Procedure, three copies of this notice of appeal is being presented to the Clerk for the United States District Court for the Western District of Arkansas. Thank you, and please update my case promptly.

David Stebbins
1407 N Spring Rd.
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601

NORTHWEST AR PSCF
AR 727 1T
30 MAR 2011 PM

USA FIRST CLASS FOREVER

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

72701+5353