# U.S. COURT OF APPEALS - EIGHTH CIRCUIT

## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet or attach an amended docket sheet with the final style of the case.

### 10-5125  DAVID STEBBINS vs.  UNIVERSITY OF ARKANSAS et al.

Length of Trial:        **NONE**

Financial Status:    Fee Paid?                                    Yes         No **XX**

       If NO, has IFP been granted?              Yes **XX**     No

       Is there a pending motion for IFP?        Yes         No

Are there any other post-judgment motions?       Yes         No


Please identify the court reporter.

    If no court reporter, please check

    Name
    Address

Telephone Number

**CRIMINAL CASES ONLY:**
    Is the defendant incarcerated?                        Yes   No

Please list all other defendants in this case, if there were multiple defendants.


SPECIAL COMMENTS:     CASE IS STILL PENDING - NO FINAL JUDGMENT.
                                      APPEAL IS PREMATURE.