# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 06, 2011

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR  72601

RE:  11-1753  David Stebbins v. University of Arkansas, et al

Dear Mr. Stebbins:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

    Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

    Please contact us if you have any questions about the case.

                                          Michael E. Gans
                                          Clerk of Court

LLB

Enclosure(s)

cc:    Mr. Christopher R. Johnson
       Mr. Thomas Scott Varady

       District Court/Agency Case Number(s):   5:10-cv-05125-JLH

Caption For Case Number:   11-1753

**David Anthony Stebbins**

    Plaintiff - Appellant

v.

**University of Arkansas; Office of the Chancellor**

    Defendants - Appellees

**Addresses For Case Participants:   11-1753**

Mr. David Anthony Stebbins
Apt. 5
1407 N. Spring Road
Harrison, AR  72601

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
35 E. Mountain Street
Suite 510
Fayetteville, AR  72701-5354


Mr. Thomas Scott Varady
UNIVERSITY OF ARKANSAS
Office of General Counsel
421 Administration Building
Fayetteville, AR  72701-0000