## United States Court of Appeals
### FOR THE EIGHTH CIRCUIT

No. 11-1773

in re DAVID STEBBINS ) on Petition for Writ of Mandamus

### PETITION FOR WRIT OF MANDAMUS

Comes now *pro se* petitioner David Stebbins, who respectfully submits the following petition for writ a writ of mandamus against the Honorable Jimm Larry Hendren to pass judgment on two pending motions: A motion for default, and a motion to confirm an arbitration award.

I will provide a brief in support of this petition, and an appendix of case files for this court's review, just as soon as this case has a case number, and I can file electronically.

The court received the motion to confirm the arbitration award in the mail on February 15, 2011, and correctly docketed it under Case No. 10-5125. They received my motion for default on March 4, 2011, and correctly docketed it under the same case. Despite having well over a month to confirm the award, and the defendants not filing *any* suggestions in opposition until well after the deadline set by the local rules, Mr. Hendren is completely silent on the issues.

I am aware that the issue is rather complex, especially considering the process in which the arbitration agreement was formed, but let us not forget that the Defendants' suggestion in opposition to the motion to confirm the arbitration award is too little too late. Any complexity that could potentially be found in this case is essentially negated by the Defendant's default.

RECEIVED

APR 6 2011

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

I have never seen a federal judge take this long to rule on any issue, let alone a simple issue of default.

I feel that I am entitled to a writ of mandamus, ordering Mr. Hendren to pass judgment on the motions for default, and to confirm the arbitration award. A mandamus is an extraordinary writ; I understand that. However, I feel that there is no other writ that I can turn to. I have even asked people on the Internet who claim to be practicing lawyers, and they admit that, in the 20+ years that they have practiced law, a writ of mandamus is the only recourse for a procrastinating judge. Even real lawyers, practicing in the area, that I have actually called, admitted that a writ of mandamus is the proper recourse, even after only giving the judge a month and a half to rule on it. Neither the fact that I am asking for such an extraordinary writ, nor the fact that I am only waiting a month and a half to file this petition, caused the lawyers to not represent me. Instead, it was my inability to pay their retainer, and appellate attorneys do not work on contingency, generally. Clearly, I have a colorable cause of action in this petition.

Wherefore, I respectfully pray that you grant my petition for writ of mandamus, instruct Mr. Hendren to pass competent judgment on my motions for default and to confirm the arbitration award, award costs incurred, and other relief that the court finds appropriate.

It is so requested, on this 5th day of April, 2011.

*David Stebbins* (signature)

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com