# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1773

In re: David Anthony Stebbins

Petitioner

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:10-cv-05125-JLH)

_____

**MANDATE**

In accordance with the judgment of 05/03/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 03, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit