# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-1773

_____

In re: David Anthony Stebbins

Petitioner

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:10-cv-05125-JLH)

_____

**CORRECTED JUDGMENT**

The petition for writ of mandamus has been considered by the court and is denied.

The motion for leave to proceed on appeal in forma pauperis is denied as moot.

The mandate shall issue forthwith.

May 03, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Michael E. Gans