U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 1 0 2011

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                          PLAINTIFF

vs.                                      10-5125

UNIVERISTY OF ARKANSAS & DAVID GEARHART                    DEFENDANTS

## MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff David Stebbins, who respectfully submits the following motion for summary judgment on the motion to confirm an arbitration award.

The Defendants were contractually obligated to accept the arbitration invitation within 24 hours of receiving it, otherwise I won automatically, per the forfeit victory clause. I sent them the invitation to arbitrate on February 4, 2011. The forfeit victory clause kicked in on February 5, 2011.

The Defendants had three months to move to vacate the forfeit victory. They have not done so. Therefore, I should win, automatically, because they are time barred.

Wherefore, I respectfully pray that you confirm the award in the original amount of $50 million, with the outstanding balance increasing tenfold every day, award costs incurred, and other relief that the court finds appropriate.

It is so requested, on this 9th day of May, 2011.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID STEBBINS**                          **PLAINTIFF**

vs.                          10-5125

**UNIVERISTY OF ARKANSAS & DAVID GEARHART**       **DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of
     Plaintiff's Motion for Summary Judgment
and
     Plaintiff's Brief in Support of Motion for Summary Judgment
was served on

T. Scott Varady
421 Administration Building
University of Arkansas
Fayetteville, AR 72701
Phone: (479) 575-5401
Fax: 479-575-5046
svarady@uark.edu
Attorney for: Defendants

by mailing a copy to his office address at 421 Administration Building, University of Arkansas, Fayetteville, AR 72701, on the 9th day of May, 2011.

/s/ David Stebbins
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
Phone: 870-204-6024
stebbinsd@yahoo.com
