**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DAVID STEBBINS**                                              **PLAINTIFF**

**v.**                              **Civil No. 10-5125**

**UNIVERSITY OF ARKANSAS;**
**G. DAVID GEARHART, IN HIS**
**OFFICIAL CAPACITY AS CHANCELLOR**
**OF THE UNIVERSITY OF ARKANSAS,**
**FAYETTEVILLE**                                        **DEFENDANTS**


**BRIEF IN OPPOSITION TO PLAINTIFF'S**
**MOTION FOR SUMMARY JUDGMENT**

Come Defendants, the University of Arkansas and G. David Gearhart, in his official

capacity as Chancellor of the University of Arkansas, Fayetteville (collectively, "Defendants"),

acting through their undersigned counsel, and submit this Brief in Opposition to Plaintiff's

Motion for Summary Judgment.

On May 10, 2011, Plaintiff filed a Motion for Summary Judgment and a Brief in Support

of Motion for Summary Judgment.  Plaintiff contends that "Defendants were contractually

obligated to accept [Plaintiff's] arbitration invitation within 24 hours of receiving it, otherwise

[Plaintiff] won automatically, per the forfeit victory clause."  (Mot. For S.J. at 1.)  Plaintiff

contends that the "forfeit victory clause kicked in on February 5, 2011," and that Defendants

have not moved to vacate the forfeit victory clause.  Accordingly, Plaintiff reasons that he is now

entitled to summary judgment.  Defendants oppose Plaintiff's Motion, and it should be denied.

On December 23, 2010, Defendants filed a Motion to Dismiss and a supporting Brief that

remain pending with the Court at the present time.  In their Motion, Defendants asserted

immunity defenses to Plaintiff's claims.  Until the Court has an opportunity to review and rule on

1

Defendants' immunity defenses to suit, all of Plaintiff's pleadings and filings, including, but not limited to, Plaintiff's Motion for Summary Judgment are moot and irrelevant. As Defendants have also previously informed the Court, they have not agreed to engage in arbitration with Plaintiff at any time, and in fact, have never done so.

In addition to the foregoing grounds to deny Plaintiff's Motion for Summary Judgment, Defendants further state that the Motion should be denied because the parties have not conducted any discovery in this case. Additionally, Plaintiff has failed to comply with Local Rule 56.1 by failing to attach a statement of material facts as to which Plaintiff contends there is no genuine issue to be tried. Moreover, Plaintiff's Motion and Brief are deficient because they constitute nothing more than Plaintiff's unsupported arguments, and Plaintiff fails to support his Motion in a manner that merits an award of summary judgment.

For all of the foregoing reasons, Defendants, University of Arkansas and Chancellor G. David Gearhart, respectfully request that the Court deny Plaintiff's Motion for Summary Judgment and all relief requested therein, as well as deny any and all filings submitted by Plaintiff subsequent to Defendants' Motion to Dismiss, that Defendants be awarded their costs, and that the Court award all other relief which it deems just and proper.

Respectfully submitted,

By: /s/ T. Scott Varady
T. SCOTT VARADY
Arkansas Bar No. 93172
WILLIAM R. KINCAID
Arkansas Bar No. 93125
TAMLA J. LEWIS
Arkansas Bar No. 2005237
Associate General Counsel
University of Arkansas
421 Administration Building
Fayetteville, AR  72701

Phone: (479) 575-5401
E-mail: svarady@uark.edu

          AND

JEFFREY A. BELL
Arkansas Bar No. 77009
Senior Associate General Counsel
University of Arkansas
2404 N. University Avenue
Little Rock, AR  72207
Phone: (501) 686-2520
E-mail: jbell@uasys.edu

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 19th, 2011, I caused a copy of the foregoing Defendants' Brief in Opposition to Plaintiff's Motion for Summary Judgment to be served upon David Stebbins, 1407 North Springs Rd., Apt. 5, Harrison, Arkansas, via First-Class U.S. Mail.


<u>/s/ T. Scott Varady</u>
T. Scott Varady
Associate General Counsel