UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAY 24 2011
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

DAVID A. STEBBINS     PLAINTIFF

vs.     Civ. No. 10-5125

UNIVERSITY OF ARKANSAS & GEORGE GEARHART     DEFENDANTS

## MOTION FOR RECONSIDERATION

Comes now Plaintiff David Stebbins, who hereby submits the following motion for reconsideration.

With l due respect (especially since you actually attempted to provide some sort of intelligent rebuttal of my claim), you erred, first and foremost, in even reaching the merits of the case. Second, in response to your rhetoric regarding a UA employee saying "Hello" to me at the grocery store, first of all, if we are at the grocery store, what are the odds that they are acting in the course and scope of their employment with the UA? Second, responding to the substance and spirit of your hypothetical scenario, yes, such a thing *should* be construed as an acceptance, as long as that person was informed, beforehand, that it would signify acceptance. Details are in the brief.

Wherefore, I respectfully pray that you re-open the motion to confirm the arbitration award, subsequently grant the motion to confirm the arbitration award, award costs incurred, and other relief that the court finds appropriate.

It is so requested on this 22nd day of May, 2011.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com