UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID A. STEBBINS                                    PLAINTIFF

vs.                        Civ. No. 10-5125

UNIVERSITY OF ARKANSAS & GEORGE GEARHART        DEFENDANTS

## REPLY SUGGESTION TO MOTION FOR SUMMARY JUDGMENT

Comes Now Plaintiff David Stebbins, who hereby submits the following reply suggestion to my motion for summary judgment.

1. The Defendants' response in opposition is procedurally deficient because they did not state any facts of material dispute, as required to Local Rule 56.1(b).

2. I may not have stated a seperate statement of undisputed facts, but a small amount of leeway should be given to pro se litigants, when it comes to the styling of documents. See *Haines v. Kerner*, 404 U.S. 519, 520 (1972). The court can reasonably ascertain the facts of which I assert no genuine issue needs to be tried.

Wherefore, premises considered, I respectfully pray that the motion for summary judgment be granted.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID A. STEBBINS                                                              PLAINTIFF

vs.                                         Civ. No. 10-5125

UNIVERSITY OF ARKANSAS & GEORGE GEARHART                 DEFENDANTS

## CERTIFICATE OF SERVICE

I, Plaintiff David Stebbins, hereby certify that a true and correct copy of my motion for reconsideration, my brief in support of my motion for reconsideration, and my reply suggestion to my motion for summary judgment, were all served on Thomas Scott Varady by mailing a copy to 425 Administration Building, University of Arkansas, Fayetteville, AR 72701 on the 22nd day of May, 2011.

/s/ David Stebbins

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com