From: David Stebbins <stebbinsd@yahoo.com>
Date: Sun, 13 Jun 2010 15:50:15 -0700
To: <chancell@uark.edu>
Subject: You're a hair's breadth away from getting sued out your ass.

Listen up, you fucking maggot,

For the purposes of this email, I am not talking to the University of Arkansas; I am talking to David Gearhart in your individual capacity. Remember, since I am addressing, not the UA Chancellor, but David Gearhart, that means that you do not have sovereign immunity.

On January 2008, I was expelled because your fucking inbred, crackpot employees couldn't be bothered to accommodate my disability.

They say I "made a terroristic threat." That is fucking bullshit! I didn't fucking threaten anyone! YOU TOOK IT THAT WAY!

So, listen up, you fucking retard, you fucking inbred, cocksucking piece of shit. I'm not asking you, and I sure as hell am not asking you kindly: You have sixteen business hours - you have until 5PM this Tuesday evening - to do the following:

1. Override the student accounts office (that is why I am talking to you, because, if anyone has the authority to do that, it's you).
2. Remove my suspension. Make it so that, officially, I was never kicked out against my will in the first place; I withdrew on my own.
3. Allow me to re-admit myself to the University of Arkansas on the spot, no applications, no fucking interviews, no jack shit.
4. Send me an email telling me that the above three have been accomplished.

All of them must be completed by Tuesday, June 15, 2010 at 5:00PM CT. If they are not, I will sue you in your individual capacity and collect $50,000 in punitive damages from you.

Thank you, and go to hell.

Sincerely,
David Stebbins
Harrison, AR 72601



**Subject:** RE: Employment with UA
**Date:** Friday, August 20, 2010 10:35:57 AM CT
**From:** Scott Varady
**To:** David Stebbins

Dear Mr. Stebbins:

As I stated in my previous email, you are free to apply for employment at the University of Arkansas subject to the job qualifications as well as University policies. As you know from previous communications, if you have a legitimate business purpose to be on campus, you are supposed to contact the University of Arkansas Police Department to make arrangements.

Again, the University does not agree with your demands and default answers. The University reserves all of its legal rights regarding this matter.

Sincerely,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR 72701
479-575-5401 (Office)
479-575-5046 (Fax)
svarady@uark.edu

**From:** David Stebbins [mailto:stebbinsd@yahoo.com]
**Sent:** Wednesday, August 18, 2010 10:03 PM
**To:** Scott Varady
**Subject:** Re: Employment with UA

Oh yes, Varady, I know that you can't stop me from APPLYING.

However, yes, or no, will you, or will you not, give me equal consideration? After all, I am BANNED from campus.

Yes, or no! YES OR NO! It's that simple!

If you never hear back from you, it will constitute an answer of "no." If your response is anything except "yes," it will constitute an answer of "no."

And, you don't HAVE to accept it. It will be used as evidence against you. You don't HAVE to "accept" something being used as evidence against you, you fucking moron!

**From:** Scott Varady <svarady@uark.edu>
**To:** David Stebbins <stebbinsd@yahoo.com>



EXHIBIT

B

Page 1 of 2

**Sent:** Wed, August 18, 2010 2:25:06 PM
**Subject:** Employment with UA

Dear Mr. Stebbins,

A copy of your email to Lt. Vance Rice was forwarded to me for a response.

You are free to apply for employment with the University of Arkansas subject to all job qualifications as well as the policies of the University.

Due to the press of other University business, it is not always possible, as in this case, to respond to your self-imposed deadlines. The University, therefore, does not agree that you may assume the institution has responded to any of your inquiries (including the one below) unless you receive an actual response to your question. In other words, there are no default answers.

Sincerely,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR 72701
479-575-5401 (Office)
479-575-5046 (Fax)
svarady@uark.edu

---

**From:** David Stebbins <stebbinsd@yahoo.com>
**Date:** Aug 14, 2010 10:10 PM
**Subject:** employment with UA
**To:** M. Vance Rice <marvinr@uark.edu>

Rice,

Please note that your failure to respond by 5PM on Tuesday, August 17, 2010 will be treated as the same as an answer of "yes" to the below question.

I have recently created an account with Uark's Human Resources department, so that I can apply for jobs online.

Can you give me confirmation that, primarily due to our... history... this was a futile gesture, and that I will likely be denied any job I apply for?

Again, refusal to even so much as respond will constitute an answer of "yes."

Thank you.
David Stebbins