```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**DAVID STEBBINS**                                                          PLAINTIFF

        v.        Civil No. 10-5125

**UNIVERSITY OF ARKANSAS, and
G. DAVID GEARHART, in his
Official Capacity as Chancellor
of the University of Arkansas,
Fayetteville**                                                               DEFENDANTS

### O R D E R

Now on this 6th day of June, 2011, comes on for consideration plaintiff's **Motion For Reconsideration** (document #54), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **denied.**

**IT IS SO ORDERED.**

                                                   /s/ Jimm Larry Hendren
                                                  **JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE**