# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-8012
_____

David Anthony Stebbins

Petitioner

v.

University of Arkansas; Office of the Chancellor

Respondents

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:10-cv-05125-JLH)
_____

## JUDGMENT

The petition for permission to appeal filed by Petitioner Stebbins has been considered by the court and is denied. The motion for leave to proceed in forma pauperis is denied.

Mandate shall issue forthwith.

June 13, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans