```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

DAVID STEBBINS                                              PLAINTIFF

       v.        Civil No. 10-5125

UNIVERSITY OF ARKANSAS, and
G. DAVID GEARHART, in his
Official Capacity as Chancellor
of the University of Arkansas,
Fayetteville                                                DEFENDANTS

### O R D E R

Now on this 29th day of June, 2011, comes on for consideration plaintiff's **Motion For Summary Judgment** (document #49), and from said motion, and the response thereto, the Court finds and orders as follows:

1.  Plaintiff David Stebbins ("Stebbins") asks the Court to grant summary judgment confirming a putative arbitration award as to which the Court has already ruled as follows:

> . . . Stebbins has not shown the existence of any arbitration award. . . . [H]e has not even proven the existence of any agreement to arbitrate, much less that an arbitration took place and resulted in an award.

Order dated May 19, 2011.

2.  The Motion For Summary Judgment is supported by no evidence whatsoever, leaving the Court without any basis for altering its previous decision. The motion will, therefore, be denied.

**IT IS THEREFORE ORDERED** that plaintiff's **Motion For Summary**

**Judgment** (document #49) is **denied**.

**IT IS SO ORDERED.**

                                                   **/s/ Jimm Larry Hendren**
                                                   **JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT JUDGE**