UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID A. STEBBINS                                                                  PLAINTIFF

vs.                          Civ. No. 10-5125

UNIVERSITY OF ARKANSAS & GEORGE GEARHART         DEFENDANTS

## NOTICE OF APPEAL

Comes now Appellant David Stebbins, who hereby submits the following notice of appeal.

Per my rights under 9 U.S.C. § 16(a)(1)(D), I intend to appeal the District Court order denying confirmation of an arbitration award, and denying the subsequent motion for reconsideration.

The motion for reconsideration was denied on June 6, 2011. This notice is being filed on July 5, 2011, so the appeal is still timely. It is barely timely, but it is timely nonetheless.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

I, Plaintiff David Stebbins, hereby certify that a true and correct copy of my notice of appeal was served on T. Scott Varady, attorney for the Defense, by faxing a copy to him on the 5th day of July, 2011.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com