**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
POST OFFICE BOX 1547
FORT SMITH, ARKANSAS 72902
(479) 783-6833  FAX (479) 783-6308

**CHRISTOPHER R. JOHNSON**
CLERK

## Notice to Counsel and Pro Se Parties re Appeal

On the 7th day of July, 2011, a Notice of Appeal was filed in the case listed below:

5:10CV5125; David Stebbins v. University of Arkansas, et al

The instructions/forms indicated with an 'X' below are sent for your information/use:

  X    Notice of Appeal (for non-registered CM/ECF parties)

  X    Clerk's docket entries (for non-registered CM/ECF parties)

  ___    Appeal Information Form A  (for **appellant** - complete and forward copies in duplicate to United States Court of Appeals, 8th Circuit with original to appellee)

  ___    Appeal Information Form B (for **appellees** - complete after receipt of appellant's Form A and forward copies in duplicate to United States Court of Appeals, 8th Circuit with original to appellant)

  ___    Transcript order form (if testimony was taken) (Complete separate form for each court reporter and/or ECRO if hearings held before different judicial officers.) File electronically with district clerk or conventionally, if non-registered party. **Note: CJA24 forms must be submitted conventionally to the clerk's office.**

  ___    USCA, 8th Circuit PreHearing Conference Program notice

  ___    Exhibit(s):
        ___    Trial/pre-trial exhibits were retained by the court and **if designated** will be forwarded by the clerk's office to the Court of Appeals.
        ___    Trial/pre-trial exhibits have been returned to counsel and appellant should submit to the Court of Appeals pursuant to 8th Circuit L.R. 10A.
        ___    Other _____

Christopher R. Johnson, Clerk