# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-2465

David Anthony Stebbins

Appellant

v.

University of Arkansas and Office of the Chancellor

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:10-cv-05125-JLH)

_____

## MANDATE

In accordance with the opinion and judgment of 11/10/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 06, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit