United States District Court for the
Western District of Arkansas

David Stebbins                  Plaintiff

vs         Case No. 10-5125

University of Arkansas          Defendant

## NOTICE OF CHANGE OF ADDRESS AND MOTION TO SUSPEND PROCEEDINGS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following notice of change of address and motion to suspend proceedings.

I now reside at 5800 Law Dr., Harrison, AR 72601. I was arrested for a crime I did not commit, and I need to focus on getting acquitted of this criminal charge.

Please do not simply non-suit the case. Even if the non-suit is without prejudice, by the time I am ready to take the case up again, the statute of limitations will have passed. Therefore, please merely suspend the proceedings.

It is so requested on this 3rd day of Jan. 1, 2012.

David Stebbins
/s/ David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 09 2012

CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk

United States District Court for the
Western District of Arkansas

David Stebbins                                      Plaintiff

vs.                    Case No. 11-3057

Legal Aid of Arkansas                               Defendant

## NOTICE OF CHANGE OF ADDRESS AND MOTION TO SUSPEND PROCEEDINGS

Comes now, pro se Plaintiff David Stebbins, who respectfully submits the following notice of change of address and motion to suspend the proceedings.

I currently reside at 5800 Law Dr., Harrison, AR 72601. I was arrested for a crime that I can prove I did not commit, but I must focus my energy on getting acquitted for this crime. Therefore, I also ask that the court suspend proceedings in this case.

Please do not simply non-suit the case. If you do, even if the non-suit is without prejudice, by the time I can take the case up again, the statute of limitations will have long passed. Therefore, please SUSPEND the proceedings.

It is so requested this 3rd day of January, 2012.

David Stebbins
/s/ David Stebbins
5800 Law Dr.
Harrison, AR 72601

David Stebbins
5800 Law Dr
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72601

72701$5315

