IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID STEBBINS                                                                                      PLAINTIFF

v.                                                    Civil NO. 10-5125

UNIVERSITY OF ARKANSAS;
OFFICE OF THE CHANCELLOR                                                              DEFENDANT

## MOTION TO DISMISS FOR FAILURE TO PROSECUTE AND COMPLY WITH THE COURT'S SCHEDULING ORDER

Comes Defendant, University of Arkansas, acting through its undersigned counsel, and submits this Motion to Dismiss for Failure to Prosecute and Comply with the Court's Scheduling Order for the following reasons.

1.      On December 9, 2011, this Court entered a Scheduling Order in the above-captioned proceeding that directed the parties "to conduct their F.R.C.P. 26(f) conference no later than JANUARY 9, 2012, and to file a Joint Report of such conference within fourteen days after it is conducted." (Doc. 67.)

2.      In an effort to comply with the Scheduling Order, Defendant's counsel sent an email to Plaintiff David Stebbins on Tuesday, January 3, 2012, and again on Thursday, January 5, 2012, to set a time for the Rule 26(f) Conference. Defendant's counsel further offered to draft the Joint Report and provide it to Plaintiff for his review. Plaintiff, however, failed to respond to the emails. The emails are attached hereto as Exhibit A and incorporated herein by reference.

3.      On January 9, 2012, Plaintiff filed a "Notice of Change of Address and Motion to Suspend Proceedings" explaining that Mr. Stebbins "reside[s] at 5800 Law Dr., Harrison, AR 72601" and that he "was arrested for a crime [he] did not commit, and [he] need[s] to focus on getting acquitted of this criminal charge." (Doc. 68.) Plaintiff requested an indefinite

1

suspension of the above-styled case to enable him to defend himself in his ongoing criminal proceedings.

4.  According to the Boone County Sheriff's web site, Mr. Stebbins appears to remain incarcerated at the present time at his current address. The Court may take judicial notice of this fact at the following web site: http://boonesheriff.com/roster.php?grp=45

5.  Plaintiff has failed to comply with the Court's Scheduling Order to conduct the Rule 26(f) conference no later than January 9, 2012, despite the efforts of Defendant's counsel to communicate with him. Further, Mr. Stebbins has not responded or communicated with Defendant's counsel at all.

6.  Rule 41(b) of the Federal Rules of Civil Procedure grants authority to this Court to dismiss this case for failure to prosecute or comply with court orders. Dismissal is warranted for either reason. Mr. Stebbins has violated the Scheduling Order, and he is not prosecuting his case and has effectively acknowledged that he is unable to do so until his criminal case is resolved. The University of Arkansas, however, should not be subjected to an indefinite suspension of this action for Plaintiff's convenience. Every Defendant is entitled to have a case administered fairly as required by this Court and consistent with the Federal Rules of Civil Procedure.

7.  In conjunction with this Motion, Defendant is submitting a supporting Brief, which is hereby incorporated by reference.

WHEREFORE, Defendant, University of Arkansas, prays that the Court dismiss this case for failure to comply with the Court's Scheduling Order and for failure to prosecute this case as well as to grant all other relief the Court deems just and proper.

Respectfully submitted,


By: /s/ T. Scott Varady_____
T. SCOTT VARADY
Arkansas Bar No. 93172
WILLIAM R. KINCAID
Ark. Bar No. 93125
Associate General Counsel
University of Arkansas
421 Administration Building
Fayetteville, AR 72701
Phone: 479-575-5401
E-mail: svarady@uark.edu

and

JEFFREY A. BELL
Arkansas Bar No. 77009
Senior Associate General Counsel
University of Arkansas
2404 N. University Avenue
Little Rock, AR  72207
(501) 686-2520
E-mail: jbell@uasys.edu

COUNSEL FOR DEFENDANT

**EXHIBIT A**

**From:** Scott Varady <svarady@uark.edu>
**Date:** Tue, 3 Jan 2012 11:27:16 -0600
**To:** David Stebbins <stebbinsd@yahoo.com>
**Cc:** Kim Harriman <harriman@uark.edu>
**Subject:** Re: 26(f) conference

Dear Mr. Stebbins,

Consistent with the District Court's order for the parties to conduct a Rule 26(f) conference on or before January 9, 2012, I am writing to request a chance to set up a conference call with you tomorrow afternoon.  I will take the lead of drafting the report after our conference call and then provide it to you for review.  As you will note in the Court's order, we have 14 days after the Rule 26(f) conference to submit the report to the Court.

Thank you for letting me know your availability tomorrow afternoon.

Sincerely,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR  72701
479.575.5401 (office)
479.575.5046 (fax)
479.856.4348 (cell)

**From:** Scott Varady <svarady@uark.edu>
**Date:** Thu, 5 Jan 2012 09:22:21 -0600
**To:** David Stebbins <stebbinsd@yahoo.com>
**Cc:** Kim Harriman <harriman@uark.edu>
**Subject:** Re: 26(f) conference

Dear Mr. Stebbins,

I am sorry that we weren't able to connect yesterday to conduct the Rule 26(f) conference as required by the Court.  I am currently away from the office for the remainder of the week.  Can you please let me know what time we can conduct our conference on Monday?  I'll be happy to call you if you'll share your phone number with me.

Thanks,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR  72701
479.575.5401 (office)
479.575.5046 (fax)
479.856.4348 (cell)

## **CERTIFICATE OF SERVICE**

      I certify that on January 25, 2012, I caused a copy of Defendants' Motion to Dismiss for Failure to Prosecute and Comply with the Court's Scheduling Order, to be served upon David Stebbins, via First-Class U.S. mail at the following address:

David Stebbins
5800 Law Dr.
Harrison, AR  72601

                                        /s/ T. Scott Varady_____
                                        T. Scott Varady
                                        Associate General Counsel