IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID STEBBINS                                                                                          PLAINTIFF

v.                                              Civil NO. 10-5125

UNIVERSITY OF ARKANSAS;
OFFICE OF THE CHANCELLOR                                                                DEFENDANT

### DEFENDANT'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO SUSPEND PROCEEDINGS

Comes Defendant, University of Arkansas, acting through its undersigned counsel, and submits this Brief in Opposition to Plaintiff's Motion to Suspend Proceedings.

On January 9, 2012, Plaintiff David Stebbins filed a "Notice of Change of Address and Motion to Suspend Proceedings." Defendant University of Arkansas opposes Plaintiff's Motion to Suspend Proceedings because imposing an indefinite and uncertain delay will be prejudicial to justice and impose additional costs upon the University. Additionally, the University further opposes Plaintiff's Motion to Suspend Proceedings for all of the reasons set forth in the institution's Motion to Dismiss for Failure to Prosecute and to Comply with Scheduling Order and the Brief in Support of Motion to Dismiss for Failure to Prosecute and to Comply with Scheduling Order, each of which is hereby adopted and incorporated herein by reference as permitted by Fed. R. Civ. P. 10(c).

For all of the foregoing reasons, Defendant University of Arkansas prays that the Court deny Plaintiff's Motion to Suspend Proceedings and that Defendant be granted all other relief that the Court deems just and proper.

Respectfully submitted,

By: /s/ T. Scott Varady
T. SCOTT VARADY
Arkansas Bar No. 93172
WILLIAM R. KINCAID
Ark. Bar No. 93125
Associate General Counsel
University of Arkansas
421 Administration Building
Fayetteville, AR 72701
Phone: 479-575-5401
E-mail: svarady@uark.edu

and

JEFFREY A. BELL
Arkansas Bar No. 77009
Senior Associate General Counsel
University of Arkansas
2404 N. University Avenue
Little Rock, AR  72207
(501) 686-2520
E-mail: jbell@uasys.edu

COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I certify that on January 25, 2012, I caused a copy of Defendants' Brief in Opposition to Plaintiff's Motion to Suspend Proceedings, to be served upon David Stebbins, via First-Class U.S. mail at the following address:

David Stebbins
5800 Law Dr.
Harrison, AR  72601

                                      /s/ T. Scott Varady_____
                                      T. Scott Varady
                                      Associate General Counsel