U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
FEB 02 2012
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

United States District Court for the Western District of Arkansas

David Stebbins            Plaintiff

vs      Case No. 10-5125

University of Arkansas      Defendant

## MOTION FOR RECONSIDERATION AND FOR SANCTIONS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following motion for the court to reconsider its order denying my motion to stay proceedings, and also to impose sanctions on Defendant.

Court claims that many prison inmates have civil matters pending. However, those situations are distinguishable because the prison in Little Rock has a law library, allowing prison inmates to conduct legal research. But the jail does not have that.

Secondly, there is the problem of 26(a) initial disclosures. My disclosures are on my computer, and I don't have my computer right now. Even if I had emailed my disclosures to myself as a precaution, I need the Internet to get to them. If I had the Internet, I would not need this stay.

If it is any consolation, I have been offered a conditional bail that I can afford, and my public defender is working hard to get me

the conditions I need to ~~bond~~ bail out. If the court will grant me this stay, I promise I will notify the court the minute I bail out. I have every intention of pursuing this case; I would not have filed it in the first place (pro se, mind you) if I were not willing to see it through to the end. I've come this far; the last thing I want to do is just give up, but I never expected <u>this</u> to happen.

As a seperate matter, Defendant never served me with copies of Documents #70, 71, or 72. I did not even know that these documents existed until I received Documents #73 and 74. At first, I considered the possibility that the jail just did not give it to me, but then it hit me: I have a case pending against Legal Aid of Arkansas. The case number for that suit is 11-3057 in this court. The defense in that case has had no trouble at all contacting me in jail, and yet Defendant in this case has?

When I bail out (IF I bail out), I can file an FOIA request with the jail to see if they know anything at all about this. I wonder what their answer will be! Hmmmm!

In any event, there is one sanctionable

offense Defendant definitely comitted. Defendant admits that I have been incarcerated since at least Nov. 25, 2011, and yet, judging from the order denying their motion to dismiss, Defendant appears to have nonetheless accused me of "simply ignoring" the case. This is directly violative of Rule 11 of the Federal Rules of Civil Procedure, since it is a lie and they know it.

Wherefore, I request that the court overturn its decision to deny my motion to stay proceedings, and if the court finds it necessary, sanction Defendant for its behavior in this case in the past few days.

/s/ David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

CERTIFICATE OF SERVICE

Defendant has been served with this document by allowing them to veiw it on ECF.

/s/ David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701