United States District Court for
Western District of Arkansas

David Stebbins                                          Plaintiff

vs.                    Case No. 10-5125

University of Arkansas                              Defendant

## CERTIFICATE OF SERVICE

I, pro se Plaintiff David Stebbins, do hereby certify under penalty of perjury that a true and correct copy of Plaintiff's First and Second Requests for Admissions, First set of Interrogatories, and First Request for Production was served on Defendants' counsel by mailing them to the following name and address:

T. Scott Varady
Office of the General Counsel
University of Arkansas
421 Administration Building
Fayetteville, AR 72701

on the 6th day of February, 2012.

David Stebbins
/s/ David Stebbins
5800 Law Dr.
Harrison, AR 72601



David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. Dist
35 E Mo
Room 510
Fayetteville,