U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
FEB 13 2012
CHRIS R. JOHNSON, Clerk
By
    Deputy Clerk

RECEIVED
WD/AR
FEB 13 2012
U.S. CLERK'S OFFICE

United States District Court for the Western District of Arkansas

David Stebbins                    Plaintiff

vs                Case No. 10-5125

University of Arkansas            Defendant

REPLY TO RESPONSE TO MOTION FOR RECONSIDERATION AND FOR SANCTIONS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following reply to Defendant's response to my motion for reconsideration and for sanctions.

Defendant says that my motion should be denied "for all the reasons contained in Defendant's Brief in Opposition to Plaintiff's Motion to Suspend Proceedings," which Defendant incorporates by reference. However, Defendant conveniently ignores one important fact: Even to this day, I have not received that document! How can I give a meaningful reply to a document unless I have the document on hand?!

Defendant states that I "did not assign fault to them, and that I failed to "request that the court take any action" regarding the situation. I am simply astounded by their complete inability and sheer lack of reading comprehension. Defendant should be sanctioned for frivolous arguments.

Defendant says that my accusation of Defendant accusing me of "simply ignoring" the case is

"unsupported by a review of the pleadings filed by Defendant." Again, it would help matters if I actually had the documents Defendant speaks of!

Defendant raises the frivolous argument that their actions are not sanctionable under Rule 11. This argument is frivolous. Rule 11 of the FRCP cleary allows a court to sanction a party if their written statements are not based on sound fact. If Defendant accused me of simply ignoring the case when it has direct evidence to the contrary, it falls under that category of sanctionable offenses.

Wherefore, premises considered, I respectfully request that the motion for reconsideration and sanctions be granted.

David Stebbins

David Stebbins
5800 Law Dr.
Harrison, AR 72601

## CERTIFICATE OF SERVICE

Defendant was served with this document by allowing them to view it on ECF.

David Stebbins

David Stebbins
5800 Law Dr.
Harrison, AR 72601

David Stebbins
800 Law Dr.
Harrison, AR 72601

U.S. District Court
35 E Mountain St.
Room 510
Fayetteville, AR 72701




02 1P
0001711481  FEB 10 2012
MAILED FROM ZIP CODE 72601
$ 000.45⁰