United States District Court for the Western District of Arkansas

David Stebbins                                    Plaintiff

vs        Case No. 10-5125

University of Arkansas                            Defendant

## CERTIFICATE OF SERVICE

I, pro se Plaintiff David Stebbins, do hereby swear under penalty of perjury that the 26(f) disclosures that I was able to obtain were served on defendant by mailing them to

University of Arkansas
Office of General Counsel
421 Administration Bldg.
Fayetteville, AR 72701

on the 24th day of Feb., 2012.

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
FEB 27 2012
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

David Stebbins
800 Law Dr.
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701