United States District Court for the Western District of Arkansas

David Stebbins                                    Plaintiff

vs              Case No. 10-5125

University of Arkansas                            Defendant

CERTIFICATE OF SERVICE

I, pro se Plaintiff David Stebbins, do hereby certify that a true and correct copy of my third interrogatory by mailing it to

421 Administration Bldg
University of Arkansas
Fayetteville, AR 72701

on the 24th day of February 2012.

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701