# UNIVERSITY OF ARKANSAS

Office of the General Counsel

March 1, 2012

**VIA FIRST CLASS U.S. MAIL**

Mr. David Stebbins
5800 Law Drive
Harrison, AR 72601

Dear Mr. Stebbins:

    Enclosed please find the following documents previously filed with the Court:

- Motion to Dismiss For Failure to Prosecute and Comply with the Court's Scheduling Order (Doc. #70);

- Brief in Support of Motion to Dismiss For Failure to Prosecute and Comply with the Court's Scheduling Order (Doc. #71); and

- Defendant's Brief in Opposition to Plaintiff's Motion to Suspend Proceedings (Doc. #72).

As noted in the pleadings, the University previously served each of these documents to you on January 25, 2012. As ordered by the Court yesterday, the University is now re-serving these same pleadings on you. The University will confirm its compliance with the Court's Order by filing this letter (without enclosures) with the Court.

    If you have any questions or need any additional information, please feel free to contact us.

Sincerely,

T. Scott Varady
Associate General Counsel

421 Administration Building • Fayetteville, AR 72701 • 479-575-5401 • Fax: 479-575-5046

University of Arkansas, Fayetteville • University of Arkansas at Little Rock • University of Arkansas at Pine Bluff
University of Arkansas for Medical Sciences • University of Arkansas at Monticello • Division of Agriculture • Criminal Justice Institute
Arkansas Archeological Survey • Phillips Community College of the University of Arkansas
University of Arkansas Community College at Hope • University of Arkansas Community College at Batesville
Cossatot Community College of the University of Arkansas • University of Arkansas Community College at Morrilton
Arkansas School for Mathematics, Sciences, and the Arts • University of Arkansas Clinton School of Public Service
University of Arkansas at Fort Smith

*The University of Arkansas is an equal opportunity/affirmative action institution.*