United States District Court for the Western District of AR

David Stebbins                                    Plaintiff

vs                    Case No. 10-5125

University of Arkansas                           Defendant

CERTIFICATE OF SERVICE

I, pro se Plaintiff David Stebbins, do hereby certify under penalty of perjury that my ~~fourth~~* interrogatory has been served on Defense counsel by mailing it to

421 Administration Building
University of Arkansas
Fayetteville, AR 72701

on the 9th day of March, 2012.

David Stebbins
*David Stebbins*
5800 Law Dr.
Harrison, AR 72601

*5th and 6th