United States District Court for the
Western District of Arkansas

David Stebbins                                          Plaintiff

vs            Case No. 10-5125

University of Arkansas                              Defendant

## RENEWED MOTIONS FOR SANCTIONS

Comes now, pro se Plaintiff David Stebbins, who, pursuant to the court's invitation in Document #81, hereby renews my motion for Defendant to be sanctioned for violating FRCP 11.

A review of Defendant's Motion to Dismiss shows that Defendant did not use the exact words "simply ignoring" to describe my conduct. But they do not have to. Reviewing the documents shows a clear implication on Defendant's part of bad faith. The argument and implication alone are sufficient to trigger FRCP 11.

Even if Defendant believed I was acting in bad faith at first, but by the time they actually filed the motion, they had received notice of my incarceration, yet they still saw fit to accuse me of bad faith, even though I had given a perfectly good reason for my inability to proceed with the 26(f) conference. Remember, there is a difference between failure and refusal; see Davis v. Nationsbank from the AR Supreme Court.

Because Defendant accused me of bad

faith, despite knowing it to be untrue, it has violated the requirement of FRCP 11 by giving an argument that is not ~~based~~ well grounded in fact, and should be sanctioned accordingly.

Wherefore, premises considered, I respectfully pray that Defendant be sanctioned for raising a frivolous argument.

David Stebbins
*David Stebbins*
5800 Law Dr.
Harrison, AR 72601