United States District Court for the Western District of Arkansas

David Stebbins                                    Plaintiff

vs          Case No. 10-5125

University of Arkansas                            Defendant

CERTIFICATE OF SERVICE

I, pro se Plaintiff David Stebbins, do hereby certify that a request for production of documents was served on defendant on March 12, 2012 by mailing it to

T. Scott Varady
421 Administration Bldg.
University of Arkansas
Fayetteville, AR 72701

*David Stebbins*
David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR 13 2012
CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk