~~University~~ U.S. District Court for the Western District of Arkansas

David Stebbins     Plaintiff

vs     Case No. 10-5125

University of Arkansas     Defendant

### CERTIFICATE OF SERVICE

~~Comes~~ I, pro se Plaintiff David Stebbins, do hereby affirm that my second set of requests for admissions were served on Defendant on March 12, 2012 by mailing them to Defense counsel at

421 Administration Building
University of Arkansas
Fayetteville, AR 72701

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR 13 2012
CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk