U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 2 3 2012

CHRIS R. JOHNSON, Clerk
By
　　　Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID STEBBINS**　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

VS.　　　　　　　　　　CASE NO. 10-5125

**UNIVERSITY OF ARKANSAS**　　　　　　　　　　　　　　　　　DEFENDANT

### NOTICE OF CHANGE OF ADDRESS

I, *pro se* Plaintiff David Stebbins, do hereby certify that I now reside at the address listed in the signature of this pleading.

So certified this 21th day of March, 2012.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St., APT D
Harrison, AR 72601
870-204-6165
stebbinsd@yahoo.com

### CERTIFICATE OF SERVICE

I, *pro se* Plaintiff David Stebbins, hereby certify that Defense Counsel was served with this motion by allowing them to view it on ECF.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St., APT D
Harrison, AR 72601
870-204-6165
stebbinsd@yahoo.com