U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR 30 2012
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID A. STEBBINS**                                                                  **PLAINTIFF**

vs.                               Civ. No. 10-5125

**UNIVERSITY OF ARKANSAS**                                      **DEFENDANTS**

## MOTION TO COMPEL DISCOVERY

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to compel discovery.

On February 24, 2012, I served Defendant with my 26(a) initial disclosures (or at least, those disclosures which I could obtain while incarcerated). See Document #79. I also simultaneously served Defendant with a third interrogatory. See Document #80.

I do not have a copy of the interrogatory, as it was hand-written. However, I assure the Court, under penalty of perjury, that the interrogatory was worded thusly: "Provide an exhaustive and thorough set of objections you have to the factual accuracy of all documents I give you." If Defendant disagrees that this is what the interrogatory stated, they may produce the original which I sent them to refute my claim.

The word "Document" includes the 26(a) initial disclosures. That is *why* I included the interrogatory simultaneously with the disclosures; they were the first document which triggered the interrogatory.

It is now past March 28, 2012, the date the response to my interrogatory was due, and I do not have the response. Therefore, I am entitled to an order compelling discovery.

It should be noted that, pursuant to Fed. R. Civ. P. 33(b)(4), Defendant has lost the opportunity to object to this interrogatory. As a result, they must fully comply with it, no matter

how many objections – even legitimate objections – they may possibly raise against it.

Wherefore, premises considered, I respectfully request that Defendant be ordered to provide their response to my third interrogatory within ten (10) days. It is so requested on this 29th day of March, 2012.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

Defense counsel has been served with this document by allowing them to view it on ECF.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge
Apt D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St
Room 510
Fayetteville, AR 72701

RECEIVED
WD/AR
MAR 30 2012
U.S. CLERK'S OFFICE