U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
APR 0 4 2012
CHRIS R. JOHNSON, Clerk
By
      Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID A. STEBBINS                                                    PLAINTIFF

vs.                                    Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                          DEFENDANTS

## SECOND MOTION FOR SANCTIONS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following second motion for sanctions (Document #85 was a renewal of the original motion for sanctions, so it is still a "first" motion).

Defendant has failed to serve me with their response to my renewed motion for sanctions, and their response to my motion for leave to file an amended complaint, forcing me to spend $1.10 to look at the documents on Pacer.

Before resorting to using Pacer, I contacted Defense counsel via email and requested that they serve me with the documents. They agreed to do exactly that on Monday, April 2, 2012, which means that I should have received them no later than Tuesday, April 3, 2012. See Exhibit A.

I did, indeed, receive something from Defendant on Tuesday, April 3, 2012. However, by their own admission, it was only their response to my motion to compel discovery, not the other two documents which I actually requested. See Exhibit B.

Even if the other two documents were lost in the mail, Defendant is negligent in this issue, as they could have included all three documents in the same envelope, and even more so, acquired a tracking number for the delivery. The latter would have been especially wise, as they have already been accused once in this case of not serving me with a document.

Because Defendant has, on two occasions, failed to serve me with the same two documents, I ask that they be ordered to compensate me for the $1.10 that I had to spend to view the documents on Pacer.

Wherefore, premises considered, I respectfully request that this relief be granted, and that the Court award such other relief as it finds appropriate.

*David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W Ridge
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

72701135353

