U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 16 2012

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID A. STEBBINS**                                                          **PLAINTIFF**

**vs.**                                          **Civ. No. 10-5125**

**UNIVERSITY OF ARKANSAS**                                          **DEFENDANTS**

## CERTIFICATE OF SERVICE REGARDING DISCOVERY

I, *pro se* Plaintiff David Stebbins, do hereby certify under penalty of perjury that my responses to Defendant's first set of discovery requests have been mailed to Defense Counsel at 421 Administration Building University of Arkansas Fayetteville, AR 72701 on the 14th day of April, 2012.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W Ridge St.
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St
Room 510
Fayetteville, AR 72701

NW ARKANSAS AR 727

14 APR 2012 PM 2 T

FOREVER