**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DAVID STEBBINS**                                                        **PLAINTIFF**

**v.**                                                **Civil No. 10-5125**

**UNIVERSITY OF ARKANSAS;**
**G. DAVID GEARHART, IN HIS**
**OFFICIAL CAPACITY AS CHANCELLOR**
**OF THE UNIVERSITY OF ARKANSAS,**
**FAYETTEVILLE**                                              **DEFENDANTS**

**BRIEF IN OPPOSITION TO PLAINTIFF'S**
**SECOND MOTION FOR SANCTIONS**

Come Defendant, University of Arkansas, acting through its undersigned counsel, and submits this Brief in Opposition to Plaintiff's Second Motion for Sanctions.

In his Second Motion for Sanctions, Plaintiff David Stebbins contends: "Defendant has failed to serve me with their [sic] response to my renewed motion for sanctions, and their response to my motion for leave to file an amended complaint, forcing me to spend $1.10 to look at the documents on Pacer." Plaintiff's accusations against Defendant are false, and he should not be permitted to abuse the judicial process with such frivolous filings. Additionally, although Plaintiff's Second Motion for Sanctions references "Exhibit A" and "Exhibit B," no such attachments were included in the pleading served upon Defendant. Moreover, the version of the Second Motion for Sanctions filed with the Court on PACER does not contain an Exhibit A or an Exhibit B.

On March 29, 2012, Defendant served its Brief in Opposition to Plaintiff's Renewed Motion for Sanctions upon Plaintiff at his new address: 123 W. Ridge, Apt. D, Harrison, AR 72601. On the same day, Defendant served its Brief in Opposition to Plaintiff's Motion for

Leave to File Amended Complaint upon Plaintiff at the same address. In both instances, the pleadings were served via First-Class U.S. Mail.

At Plaintiff's request, Defendant's counsel sent the pleadings to Plaintiff for a second time as reflected in the email thread attached as Exhibit A and incorporated herein by reference. In sum, there is no basis in fact to support Plaintiff's assertions that Defendant has ever failed to serve all pleadings upon Plaintiff in this case. To the contrary, this Court should take judicial notice that Defendant has been a litigant in this Court on multiple occasions in previous years. In all that time, Defendant has never been accused of failing to serve all pleadings upon any opposing party. Defendant has complied in all respects with the service requirements in the Federal Rules of Civil Procedure in this case as well. Plaintiff's Second Motion for Sanctions is frivolous and should be denied.

WHEREFORE, Defendant, University of Arkansas, respectfully requests that Plaintiff's Second Motion for Sanctions be denied and that the Court grant Defendant all other relief it deems just and proper.

Respectfully submitted,

By: /s/ T. Scott Varady
T. SCOTT VARADY
Arkansas Bar No. 93172
WILLIAM R. KINCAID
Arkansas Bar No. 93125
TAMLA J. LEWIS
Arkansas Bar No. 2005237
Associate General Counsel
University of Arkansas
421 Administration Building
Fayetteville, AR 72701
Phone: (479) 575-5401
E-mail: svarady@uark.edu

AND

2

JEFFREY A. BELL
Arkansas Bar No. 77009
Senior Associate General Counsel
University of Arkansas
2404 N. University Avenue
Little Rock, AR  72207
Phone: (501) 686-2520
E-mail: jbell@uasys.edu

## CERTIFICATE OF SERVICE

I certify that on April 26, 2012, I caused a copy of the foregoing Brief in Opposition to Plaintiff's Second Motion for Sanctions to be served as follows:

David Stebbins
123 W. Ridge, Apt. D
Harrison, AR  72601

/s/ T. Scott Varady
T. Scott Varady
Associate General Counsel

**Subject:** Briefs
**Date:** Sunday, April 8, 2012 1:13:12 PM Central Daylight Time
**From:** Scott Varady
**To:** stebbinsd@yahoo.com
**CC:** Kim Harriman

Dear Mr. Stebbins,

Attached please find Defendant's Brief in Opposition to Plaintiff's Motion to File An Amended Complaint and Defendant's Brief in Opposition to Plaintiff's Renewed Motion for Sanctions.  As stated below, these pleadings were served upon you previously by US Mail. I was away from the office on business travel for part of the week and tied up on other matters when I returned on Thursday.

The University denies that there is any basis for any of your motions for sanctions.

Sincerely,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR  72701
479.575.5401 (office)
479.575.5046 (fax)
479.856.4348 (cell)



EXHIBIT

A

**From:** Scott Varady <svarady@uark.edu>
**Date:** Sat, 31 Mar 2012 14:37:50 -0500
**To:** David Stebbins <stebbinsd@yahoo.com>
**Subject:** Re: 26(f) conference

Mr. Stebbins,

Yes, I mailed the documents referenced in your email at the U.S. Post Office on Dickson Street in Fayetteville, Arkansas. Yes, we will send them to you for a second time on Monday. We have complied with the Federal Rules of Civil Procedure and served you with any required pleadings or other documents throughout this case.

Sincerely,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR 72701
479.575.5401 (office)
479.575.5046 (fax)
479.856.4348 (cell)

**From:** David Stebbins <stebbinsd@yahoo.com>
**Reply-To:** David Stebbins <stebbinsd@yahoo.com>
**Date:** Sat, 31 Mar 2012 09:11:21 -0700
**To:** Scott Varady <svarady@uark.edu>
**Subject:** Re: 26(f) conference

Varady,

Are you sure you mailed those responses in opposition to my motion for sanctions and motion for leave to file amended pleading? I still have not gotten your responses. Can you send them again? It is not my responsibility to look on Pacer when *you* are responsible for serving me with the documents.