IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID STEBBINS**                                                                                        **PLAINTIFF**

v.                                                                    **Civil No. 10-5125**

**UNIVERSITY OF ARKANSAS;**
**OFFICE OF THE CHANCELLOR**                                                          **DEFENDANTS**

**BRIEF IN OPPOSITION TO PLAINTIFF'S**
**MOTION TO COMPEL DISCOVERY**

Comes Defendant, University of Arkansas, acting through its undersigned counsel, and submits this Brief in Opposition to Plaintiff's Motion to Compel Discovery.

In his Motion to Compel Discovery, Plaintiff David Stebbins contends: "Defendant has raised many frivolous objections, and has also failed to supplement their [sic] responses to my previous discovery requests, which are now incomplete due to the new discovery requests." In support of his Motion, Plaintiff attaches four documents: Defendant's Responses to Plaintiff's Interrogatories and Requests for Production of Documents (Ex. A); Defendant's Response to Plaintiff's Second Request for Admissions (Ex. B); Defendant's Responses to Plaintiff's Third Set of Interrogatories (Ex. C); and Defendant's Response to Plaintiff's Second Set of Production Requests (Ex. D).

A review of the discovery in this case reflects that Defendant has acted in good faith and gone above and beyond the requirements of the Federal Rules of Civil Procedure to respond to Plaintiff's discovery requests, which are often difficult to understand, overly broad and unclear. The fact that Plaintiff does not like or agree with a response from Defendant does not mean that the particular response or objection is deficient or inconsistent with the Federal Rules of Civil

Procedure.  To the contrary, an examination of all discovery in this case reflects that Defendant has fully complied with the Federal Rules of Civil Procedure.

In his Brief in Support of Motion to Compel Discovery ("Brief"), Plaintiff apparently contends that Defendants' responses are insufficient.  (Pl.'s Br. at 1.)  With regard to Defendant's Response to Plaintiff's Second Request for Admissions, Defendant states that its responses comply fully with Fed. R. Civ. P. 36, including, without limitation, Rule 36(a)(4).  (Ex. B to Pl.'s Mot. to Compel.)

In his Brief, Plaintiff argues that Defendant failed to respond to the first interrogatory contained in Plaintiff's Second Set of Interrogatories and that Defendant's objection is frivolous.  (Pl.'s Br. at 1.)  A review of Exhibit C attached to Plaintiff's Motion to Compel, however, undermines Plaintiff's assertions.  In response to Interrogatory No. 1, Defendant provided a detailed set of objections.  Without waiving those objections, Defendant then substantively responded to Plaintiff's interrogatory in full.  The fact that Plaintiff may not like Defendant's answer does not make it non-responsive or inconsistent with the requirements of the Federal Rules of Civil Procedure.

Overall, the ambiguity and conclusory nature of Plaintiff's Motion and supporting Brief make it virtually impossible to respond to specific alleged deficiencies with Defendant's discovery responses.  Accordingly, Defendant states that it has responded fully to Plaintiff's discovery requests in this case.  In fact, Defendant believes that it has spent additional time and effort to respond because Plaintiff's discovery requests are generally vague and ambiguous.  Nevertheless, Defendant has attempted to put forth its defenses and positions on various issues as evidenced in its discovery responses provided to Plaintiff.  In sum, a thorough review of all

discovery in this case demonstrates that no basis exists in fact or law to support Plaintiff's Motion to Compel.

    WHEREFORE, Defendant, University of Arkansas, respectfully requests that Plaintiff's Motion to Compel Discovery be denied and that the Court grant Defendant all other relief which the Court deems just and proper.

    Respectfully submitted,

By: /s/ T. Scott Varady
T. SCOTT VARADY
Arkansas Bar No. 93172
WILLIAM R. KINCAID
Arkansas Bar No. 93125
TAMLA J. LEWIS
Arkansas Bar No. 2005237
Associate General Counsel
University of Arkansas
421 Administration Building
Fayetteville, AR  72701
Phone: (479) 575-5401
E-mail: svarady@uark.edu

    AND

JEFFREY A. BELL
Arkansas Bar No. 77009
Senior Associate General Counsel
University of Arkansas
2404 N. University Avenue
Little Rock, AR  72207
Phone: (501) 686-2520
E-mail: jbell@uasys.edu

COUNSEL FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I certify that on April 26, 2012, I caused a copy of the foregoing Brief in Opposition to Plaintiff's Motion to Compel to be served as follows:

David Stebbins
123 W. Ridge, Apt. D
Harrison, AR  72601

                                            /s/ T. Scott Varady
                                            T. Scott Varady
                                            Associate General Counsel