U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAY 01 2012
CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID A. STEBBINS**                                                    **PLAINTIFF**

vs.                               Civ. No. 10-5125

**UNIVERSITY OF ARKANSAS**                                  **DEFENDANTS**

### REPY TO RESPONSE TO SECOND MOTION FOR SANCTIONS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following reply to Document #99, Defendant's Reply to my Second Motion for Sanctions.

### Defendant's response is untimely, and thus admitted by default.

The motion in question is a non-dispositive one. According to Local Rule 7.2(b), a nonmovant to any motion other than one for summary judgment has fourteen (14) days to respond to it. Local Rule 7.2(f) unequivocally states that, if a party fails to file a timely brief in opposition to a non-dispositive motion, the motion should be granted automatically.

A brief review of the PACER files in this case clearly shows that Defendant's response in opposition to the second motion for sanctions is clearly outside the fourteen-day time limit; therefore, Local Rule 7.2(f) should be triggered.

### Defendant's email service is inadequate

Defendant attempts to claim that they served me with the documents... *over email*! According to FRCP 5(b)(2)(E), email is only a sufficient service if the parties agree in writing to be served.

Not only have the parties in this case not agreed to be served by email, but Defense Counsel himself flatly rejected my offer to do so! See Exhibit A.

Therefore, there is legally insufficient, even if...

**Defendants' service came too late.**

Defendant sent me that email only after I had already filed the motion for sanctions. By then, I had already suffered the injury of having to view the documents on PACER. At that point, serving me by email did no good; I *already* had the documents they were supposed to serve me with.

**Conclusion**

Wherefore, premises considered, I respectfully request that the second motion for sanctions be denied.

*David Stebbins*

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

*Exh. A*

| | |
|---|---|
| Subject: | Re: 26(f) conference |
| From: | Scott Varady (svarady@uark.edu) |
| To: | stebbinsd@yahoo.com; |
| Date: | Thursday, March 22, 2012 3:54 PM |

Dear Mr. Stebbins,

The University will not agree to conduct all discovery via email.

Please advise me of your current address. I have not received any notice of a change of address.

Thanks,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR 72701
479.575.5401 (office)
479.575.5046 (fax)
479.856.4348 (cell)

**From:** David Stebbins < >
**Reply-To:** David Stebbins < >
**Date:** Fri, 16 Mar 2012 18:42:13 -0700
**To:** Scott Varady < >
**Subject:** Re: 26(f) conference

Varady,

I have bonded out of jail. The Court should receive my Notice of Change of Address shortly, and you can see it on ECF.

For now, however, I want to ask you: Would you agree to conduct the remainder of discovery via email?

Sincerely,
David Stebbins

**From:** Scott Varady < >
**To:** David Stebbins < >
**Cc:** Kim Harriman < >
**Sent:** Tuesday, January 3, 2012 11:27 AM
**Subject:** Re: 26(f) conference

Dear Mr. Stebbins,

Consistent with the District Court's order for the parties to conduct a Rule 26(f) conference on or before January 9, 2012, I am writing to request a chance to set up a conference call with you tomorrow afternoon. I will take the lead of drafting the report after our conference call and then provide it to you for review. As you will note in the Court's order, we have 14 days after the Rule 26(f) conference to submit the report to the Court.

Thank you for letting me know your availability tomorrow afternoon.

Sincerely,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR 72701
479.575.5401 (office)
479.575.5046 (fax)
479.856.4348 (cell)

**From:** David Stebbins < >
**Reply-To:** David Stebbins < >
**Date:** Wed, 16 Nov 2011 09:42:22 -0800
**To:** Scott Varady < >
**Subject:** 26(f) conference

Ok, Varady,

Since I can't appeal the arbitration decision immediately, and I have to wait for a final judgment, we may as well conduct the 26(f) conference. Respond to this email telling me what hours you'll be available to conduct the conference over the phone.

Thanks
David Stebbins

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701