U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 0 1 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID A. STEBBINS                                                                PLAINTIFF

vs.                                          Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                              DEFENDANTS

### REPLY TO RESPONSE TO MOTION TO COMPEL DISCOVERY

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following reply to Document #100, Defendant's Response to Plaintiff's Second Motion to Compel Discovery.

**The Exhibits were included.**

First, Defendants argue that I have not included the four exhibits that I cited in the motion. This is simply a lie. The problem is that the Clerks chose to file all these documents in one giant 65-page PDF document (including a motion for summary judgment in a case completely different from this one; that mistake has since been corrected, though the irrelevant motion for summary judgment still appears on the PACER files in this case). If that confused Defense Counsel, that is the Clerks' fault, not mine.

However, the exhibits are still there. Exhibit A begins on page 3 of Document #98; Exhibit B begins on Page 14; Exhibit C begins on Page 25, and Exhibit D begins on page 30. The brief in support of my motion begins on page 50 of the document, and the irrelevant motion for summary judgment begins on Page 53. Everything from Page 53 onward can be disregarded by this Court, as that case is presided over by an entirely different judge, and the motion has since been filed in the correct case.

**Defendants' previous discovery responses due not excuse deficient current ones.**

Defendant attempts to use as a crutch their discovery history in this case, as if it somehow

justifies a total lack of cooperation in discovery that they are currently displaying. They gave **one** good response to my **first** batch of discovery requests, and they think that this somehow allows them to sandbag it for the rest of the case?! Your Honor, that deserves an *additional* sanction, on top of the first two motions thereof which I filed, for clearly violating the requirement in FRCP 11 that a pleading must be well-grounded in law, the creation of new law, or the reasonable argument for the extension or modification of existing law. I am simply flabbergasted at how absurd their arguments are! When has past actions *ever* justified otherwise unjustifiable current ones? Am I missing something here?

### Conclusion

It appears that Defendants' only other arguments against my second motion to compel discovery amount to simple denials (e.g. their claim that my accusation of failure to cooperate is "unsupported by a review of the discovery record," but providing no details accordingly), and thus give me nothing to reply to.

Wherefore, premises considered, I respectfully request that the motion to compel discovery be granted.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

