IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID STEBBINS                                        PLAINTIFF

v.                          Case No. 10-5125

UNIVERSITY OF ARKANSAS, ET AL.                        DEFENDANTS

## ORDER SETTING SETTLEMENT CONFERENCE

        This case has been referred to the undersigned for a
settlement conference.  All parties and their lead counsel are
hereby **ORDERED TO APPEAR** before the undersigned at the U. S.
Federal Building, 35 E. Mountain, Fayetteville, Arkansas, in Room
213 at **9:00 A.M.** on **November 1, 2012**.  An insured party shall
appear by a representative of the insurer with the complete
authority to agree to a settlement up to the policy limits. An
uninsured corporate party shall appear by a representative
authorized to agree to a settlement.  If a public entity is a
party, all of the members of the board of the public entity who
have complete authority to agree to a settlement--or representative
given such authority by the board members--shall appear.  **The
complete authority to agree to a settlement means that the
representative must have the authority to make an independent
assessment of the value of the case and proposed settlement terms
as the settlement discussions proceed.**

        Each party shall, before arriving at the settlement
conference, ascertain in good faith the best settlement proposal
that such party can make and be prepared, if asked by the
undersigned, to communicate that settlement proposal to the under-
signed in confidence.  If no settlement discussions have taken
place, the court encourages an exchange of demands and offers prior
to the settlement conference.

        Each party shall provide the undersigned via email to at
ELSsettle@arwd.uscourts.gov a concise, confidential settlement
statement **no later than <u>one week prior to the scheduled conference</u>.**
The statement shall contain a brief statement of the claims and
defenses, a brief statement of the evidence which the party expects
to produce at trial, an itemized statement of damages claimed or
relief sought, and a description of settlement discussions to date.

        The purpose of the settlement conference is to precipitate
settlement of this case, if that is appropriate.  It will be
conducted in such a manner as not to prejudice any party in the
event settlement is not reached.  To that end, all matters
communicated to the undersigned in confidence will be kept
confidential by the undersigned, and will not be disclosed to any

other party, or to the trial judge.  The undersigned, of course, will not serve as the trial judge in this case.

At the settlement conference, the parties' counsel shall give a brief (5 minute) presentation outlining the factual and legal highlights of their case.  Separate caucuses will then be held with each party and the party's representative(s).

The request for parties' personal appearance is intended to increase the efficiency and effectiveness of the settlement conference by reducing the time for communication of offers and expanding the ability to explore options for settlement.

**All parties and attorneys are to be aware the settlement conference will continue until adjourned by the undersigned.  The parties and attorneys should arrange their schedules accordingly.**

If a party has a conflict with the scheduled time, please promptly notify Gina Hellums, Courtroom Deputy, via email to ELSsettle@arwd.uscourts.gov or Gina_Hellums@arwd.uscourts.gov. In the event of settlement prior to the conference date, the court should be advised by notifying Ms. Hellums, Courtroom Deputy, at the email addresses above or at (479) 251-1946.

Finally, if **all** parties agree that a settlement conference would not be productive and that they do not wish to participate in the scheduled settlement conference, they shall notify the undersigned via email to ELSsettle@arwd.uscourts.gov.

IT IS SO ORDERED this 15th day of May,2012.


/s/ Erin L. Setser
HONORABLE ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE