U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUN 1 9 2012

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                                                       PLAINTIFF

vs.                                       Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                                                          DEFENDANTS

### CERTIFICATE OF SERVICE REGARDING DISCOVERY

I, *pro se* Plaintiff David Stebbins, do hereby certify under penalty of perjury that

Plaintiff's Third Request for Production was served on Defendant by mailing a copy to...

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR 72701

...on the 18th day of June, 2012.

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W Ridge St,
APT D
Harrison AR 72601

72701$5353

US District Court
Room 510
Fayetteville AR

Equality
FOREVER
USA
2012