FILED FOR RECORD

2012 JUL 18 AM 9:03

IN THE CIRCUIT COURT OF BOONE COUNTY, ARKANSAS
CRIMINAL DIVISION JEANNIE STEEN, CLERK

BY __MKH__ DC

STATE OF ARKANSAS                                                      PLAINTIFF

VS.                          NO. DR 2011-324-4

DAVID ANTHONY STEBBINS                                                 DEFENDANT

## AMENDED NO CONTACT ORDER

Now on this day, the Court being advised of the Order in the cause of David Stebbins vs. University of Arkansas, *et. al.*, pending in the United States District Court, Western District of Arkansas, Fayetteville Division 10-5125 filed July 17, 2012 doth hereby amend the no contact order as follows:

1. The no contact order entered in this cause on behalf of the Defendant's father David D. Stebbins, the alleged victim was made a condition of a bond for the Defendant.

2. Due to pending litigation the Court herby amends the no contact order: The Defendant is permitted to be in the same courtroom or other designated place with the alleged victim under the circumstances of a legal proceeding when a bailiff is present or a safety officer is present in locations such as a courtroom proceeding or a legally scheduled deposition. The cost of the safety officer is to be paid by the person or entity whom has requested and properly scheduled the deposition or other outside the courtroom legal proceeding.

3. In all other circumstances except as set forth above the no contact order entered in this cause as a condition of the Defendant's bond remains in full force and effect.

**IT IS SO ORDERED**

_____
CIRCUIT JUDGE GORDON WEBB