U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 23 2012
CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                                                           PLAINTIFF

vs.                                        Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                               DEFENDANTS

## THIRD MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to compel discovery.

1. On June 18, 2012, I served Defendant with a discovery request. See Document #107 in this case. A copy of the discovery request is hereby attached as Exhibit A.

2. It is now July 19, 2012, and Defendant has not served me with the documents requested, nor have they even *attempted* to certify to the Court that have done so.

3. Please find attached Exhibit B, an email I sent to Defense Counsel, demanding the discovery be provided. I also certify that, on July 19, I called Defense Counsel's office on two separate occasions, and both times, Defense Counsel refused to speak to me.

4. I wish that Defendant be ordered to provide this discovery, and also that they be issued an appropriate sanction for their bad faith decision to completely ignore the discovery request, rather than, at the very least, provide some sort of objection to it.

Wherefore, premises considered, I respectfully request that this motion be granted.

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                    PLAINTIFF

vs.                                    Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                              DEFENDANTS

### PLAINTIFF'S THIRD SET OF REQUEST FOR PRODUCTION

Comes now, Plaintiff David Stebbins, who hereby submits the following request for production.

When you first sent the CD containing the audio recording for my AUJ hearing, it was confiscated by the jail staff. I did not get it back after being released from jail. Therefore, I ask that you send it again, as the jail staff must have thrown it away. It may not be your fault, but it is not my fault either, and without that, one of the biggest pieces of evidence that this case has is gone.

                                                             *David Stebbins*
                                                             David Stebbins
                                                             123 W. Ridge St.
                                                             APT D
                                                          Harrison, AR 72601
                                                            870-204-6516
                                                      stebbinsd@yahoo.com

Subject: Discovery
From: David Stebbins (stebbinsd@yahoo.com)
To: svarady@uark.edu;
Date: Thursday, July 19, 2012 9:52 AM

Varady,

Take a look at Document #107 in our case. See where it says that I served you with a discovery request?

Well, where the hell is your response to it? It's due today!

Sincerely,
David Stebbins

David Stebbins
1407 N. Ridge St.
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701