IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID STEBBINS**                                             **PLAINTIFF**

**v.**                            **Civil No. 10-5125**

**UNIVERSITY OF ARKANSAS;**
**OFFICE OF THE CHANCELLOR**                          **DEFENDANT**

### BRIEF IN OPPOSITION TO PLAINTIFF'S
### SECOND MOTION TO STAY PROCEEDINGS

Comes Defendant, University of Arkansas ("University"), acting by and through its undersigned counsel, and submits this Brief in Opposition to Plaintiff's Second Motion to Stay Proceedings.

On July 18, 2012, Plaintiff David Stebbins ("Plaintiff") filed a Second Motion to Stay Proceedings ("Motion"). In support of his Motion, Plaintiff asserted that the ruling in the Eighth Circuit Court of Appeals in *Stebbins v. Reliable Heat & Air, LLC* (No. 11-3639) may prove dispositive of the legal issues in this case. Plaintiff, therefore, contends that the Court should delay the proceedings in this matter until that appeal is resolved.

The University opposes the Motion, and Plaintiff's request to delay these proceedings. Moreover, Plaintiff's Motion is now moot because the Eighth Circuit issued its opinion in Plaintiff's appeal. Specifically, the Eighth Circuit affirmed the district court's grant of summary judgment against Plaintiff's disability discrimination claim and related hostile work environment claim. The Eighth Circuit also affirmed the district court's denial of Plaintiff's "motion to confirm arbitration award." Given that the opinion is unpublished, the University is attaching a copy of the decision as Exhibit A and incorporating it herein by reference.

1

For all of the foregoing reasons, Defendant University of Arkansas prays that Plaintiff's Second Motion to Stay Proceedings be denied and that the University be granted all other relief which the Court deems just and proper.

                Respectfully submitted,

                By:/s/ T. Scott Varady
                T. SCOTT VARADY
                Associate General Counsel
                Arkansas Bar No. 93172
                E-mail: svarady@uark.edu
                WILLIAM R. KINCAID
                Associate General Counsel
                Ark. Bar No. 93125
                E-mail: wkincaid@uark.edu
                TAMLA J. LEWIS
                Associate General Counsel
                Ark. Bar No. 2005237
                E-mail: tjlewis@uark.edu
                University of Arkansas
                421 Administration Building
                Fayetteville, AR 72701
                Phone: 479-575-5401

                and

                JEFFREY A. BELL
                Senior Associate General Counsel
                Arkansas Bar No. 77009
                University of Arkansas
                2404 N. University Avenue
                Little Rock, AR  72207
                (501) 686-2520
                E-mail: jbell@uasys.edu

                COUNSEL FOR THE UNIVERSITY OF ARKANSAS

## CERTIFICATE OF SERVICE

      I certify that on this 24th day of July, 2012, I caused a copy of the foregoing Defendant's Brief in Opposition to Plaintiff's Second Motion to Stay Proceedings to be served upon Plaintiff David Stebbins via First-Class U.S. Mail at the following address:

      David Stebbins
      123 W. Ridge Street, Apt. D
      Harrison, AR  72601

      /s/ T. Scott Varady
      T. Scott Varady
      Associate General Counsel