IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID STEBBINS**                                                                           **PLAINTIFF**

v.                                        **Civil No. 10-5125**

**UNIVERSITY OF ARKANSAS;**
**OFFICE OF THE CHANCELLOR**                                         **DEFENDANT**

## BRIEF IN OPPOSITION TO PLAINTIFF'S
## THIRD MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

      Comes Defendant, University of Arkansas ("University"), acting by and through its undersigned counsel, and submits this Brief in Opposition to Plaintiff's Third Motion to Compel Discovery and for Sanctions ("Motion").

      On July 23, 2012, the Plaintiff David Stebbins filed a Motion seeking discovery and sanctions against the University.

      As a procedural matter, the Motion should be dismissed for a variety of reasons. Plaintiff failed to confer in good faith with Defendant's counsel regarding this Motion. Additionally, Plaintiff failed to submit a supporting brief for his Motion.

      As a substantive matter, Plaintiff's Motion is wholly without merit and contains false information. As reflected in Plaintiff's Third Set of Request for Production, the University previously produced a disk containing the audio recording of Plaintiff's All-University Judicial Board hearing. As Plaintiff notes in his production request, the disk was not returned to Plaintiff after he was released from jail. Plaintiff further acknowledges that it is not the University's "fault that he no longer had an audio recording of the hearing previously provided to him." Accordingly, the University is not responsible for the loss of discovery materials previously produced to Plaintiff.

Plaintiff's assertions that "Defense Counsel refused to speak" to him on July 19 are false. Shortly after receiving Plaintiff's request for another copy of the audio recording of the judicial hearing, counsel for Defendant went out of town on business. At that time, defense counsel thought another copy of the audio recording was sent to Plaintiff. Unfortunately, due to an inadvertent oversight, the disk was not mailed to Plaintiff. Upon learning this fact when Plaintiff contacted defense counsel's office on July 19, 2012, the University mailed another copy of the audio recording on a disk to Plaintiff the same day. Moreover, defense counsel even notified Plaintiff that it was not necessary for him to serve formal discovery requests if he misplaced a record, such as the audio recording, because the University would be happy to provide him with another copy. By the time Plaintiff filed the pending Motion on July 23, 2012, he should have received another copy of the audio recording through the U.S. Mail. No basis exists in fact or law to support this Motion, and it should be denied.

For all of the foregoing reasons, Defendant University of Arkansas prays that Plaintiff's Third Motion to Compel Discovery and For Sanctions be denied and that the Court award all other relief which the Court deems just and proper.

Respectfully submitted,

By:/s/ T. Scott Varady
T. SCOTT VARADY
Associate General Counsel
Arkansas Bar No. 93172
E-mail: svarady@uark.edu
WILLIAM R. KINCAID
Associate General Counsel
Ark. Bar No. 93125
E-mail: wkincaid@uark.edu
TAMLA J. LEWIS
Associate General Counsel
Ark. Bar No. 2005237
E-mail: tjlewis@uark.edu

        University of Arkansas
421 Administration Building
Fayetteville, AR 72701
Phone: 479-575-5401

            and

JEFFREY A. BELL
Senior Associate General Counsel
Arkansas Bar No. 77009
University of Arkansas
2404 N. University Avenue
Little Rock, AR 72207
(501) 686-2520
E-mail: jbell@uasys.edu

COUNSEL FOR THE UNIVERSITY OF ARKANSAS

## **CERTIFICATE OF SERVICE**

      I certify that on this 24th day of July, 2012, I caused a copy of the foregoing Defendant's Brief in Opposition to Plaintiff's Third Motion to Compel Discovery and For Sanctions to be served upon Plaintiff David Stebbins via First-Class U.S. Mail at the following address:

>David Stebbins
>123 W. Ridge Street, Apt. D
>Harrison, AR  72601

               /s/ T. Scott Varady
               T. Scott Varady
               Associate General Counsel