U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 25 2012
CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID A. STEBBINS**                      **PLAINTIFF**

vs.                Civ. No. 10-5125

**UNIVERSITY OF ARKANSAS**              **DEFENDANTS**

## REPLY TO RESPONSE TO SECOND MOTION FOR PROTECTIVE ORDER

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following reply to Defendant's response to my second motion for a protective order.

1. Defendants list a variety of reasons for why it is "reasonable" for me to come to Harrison, but they are missing the point. Reasonable or not, I cannot afford to. I intent on finding a way to make it to Fayetteville for the trial, but I will have months to save up the money I need for that trip. Here, I was given less than two weeks notice of the deposition.

2. Defendants assert that to have my deposition over the phone would prevent them form (1) assessing my demeanor, and (2) showing me exhibits. This is not true. My demeanor can be assessed if the deposition were conducted over webcam, and I can view exhibits that are emailed to me.

3. Defendants assert that I failed to attend a deposition here in Harrison, but their belief is unfounded. In Case No. 11-3057 in this Court, I provided a perfectly legitimate explanation for missing that deposition, one that Defense Counsel in that case could not refute. Therefore, I should not be punished by having to travel to Fayetteville when I can't afford to.

4. Defense Counsel defames me by saying that "true objective" is to avoid giving a deposition in this case. This is straight-up defamation, and they have no proof whatsoever of this accusation. My goal is to make attendance of the deposition plausible.

5. Defense Counsel sent me a check for $128.80, but it wasn't enough. If they fund my trip

for $540 (they probably spent more than that just typing up their response to this motion), I can make the trip. They can get this money back as a cost if they win (and if I win, I'd just get the travel expenses back as costs, anyway, so really, this is just a matter of who-pays-first. The looser will pay all, when it's all said and done).

6.      I'll even throw in this bonus: If I deposit the check for $540, and I still don't come without good reason (e.g the taxi breaks down), I will *consent* to this entire case being dismissed with prejudice. How's that for proving sincerity?

As this Court can see, despite Defendant's defamatory claims, I have intention of submitting to this deposition, as long as I am *able to*. Like I said, even if a means of discovery is reasonable, it can still be the basis of a protective order if there is other means of achieving the discovery that is less burdensome to me. Therefore, the motion for protective order should be granted.

*David Stebbins*
David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
223 W. Ridge St
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701