U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 27 2012
CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID A. STEBBINS**                                                                                 **PLAINTIFF**

vs.                                                    Civ. No. 10-5125

**UNIVERSITY OF ARKANSAS**                                         **DEFENDANTS**

## URGENT PETITION FOR ISSUANCE OF SUBPOENA

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following petition for the Court to issue a subpoena to Rita F. Stebbins to testify at the trial in the above-mentioned action.

1. In her deposition, dated July 26, 2012, she said that she absolutely would attend the trial and testify if she were subpoenaed. However, when asked if she would still testify, even without a subpoena, she said she would have to "think about it." If Defense counsel disagrees with that last sentence, they may state accordingly in their response to this petition.

2. Rita Stebbins' testimony is far, far too important to my case for her to only give it if she feels like it. She must be subpoenaed.

3. Defendants – the ones who asked if she would testify willingly – are represented by counsel. Therefore, they can issue a subpoena without leave of court. If they do so, and reply that she has been subpoenaed, then this motion may be denied as moot. Otherwise, I ask the Court to issue said subpoena, since I am *pro se*, and thus cannot issue a subpoena myself.

So requested this 26th day of July, 2012.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

Case 5:10-cv-05125-JLH   Document 120   Filed 07/27/12   Page 2 of 2 PageID #: 638

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601

7270185353 0005

U.S. District Court
35 E. Mountain St.,
Room 510
Fayetteville, AR 72701

