```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**DAVID STEBBINS**                                                      **PLAINTIFF**

        v.            Civil No. 10-5125

**UNIVERSITY OF ARKANSAS, and**
**G. DAVID GEARHART, in his**
**Official Capacity as Chancellor**
**of the University of Arkansas,**
**Fayetteville**                                                         **DEFENDANTS**

### O R D E R

Now on this 30th day of July, 2012, comes on for consideration plaintiff's **Second Motion To Stay Proceedings** (document #113), and from said motion, and the response thereto, the Court finds and orders as follows:

1. Plaintiff David Stebbins ("Stebbins") contends that the University of Arkansas ("UA") discriminated against him, in violation of Section 504 of the Rehabilitation Act of 1973, by failing in 2010 to allow him to re-enroll as a student after he was banned from campus in 2007. Stebbins contends that he has Asperger Syndrome, and that UA made no attempt to accommodate this disability.

2. Stebbins moves for a stay of the proceedings, contending that he has a case currently on appeal to the United States Court of Appeals for the Eighth Circuit in which two issues relevant to the case at bar will be resolved. He suggests that it would conserve judicial resources to await a ruling before proceeding with the case at bar.

    3.    Defendant responds that the case in question has now been resolved adversely to Stebbins on both issues. **Stebbins v. Reliable Hat & Air, LLC**, 2012 WL 3002552 (8th Cir. 2012) (unpublished). It thus provides no basis for a stay in this case.

    4.    The Court has reviewed the cited case, and agrees that it provides no basis for a stay. The motion will, therefore, be denied.

**IT IS THEREFORE ORDERED** that plaintiff's **Second Motion To Stay Proceedings** (document #113) is **denied**.

**IT IS SO ORDERED.**

                                      /s/ Jimm Larry Hendren
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**