```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**DAVID STEBBINS**                                              **PLAINTIFF**

        **v.**            **Civil No. 10-5125**

**UNIVERSITY OF ARKANSAS, and**
**G. DAVID GEARHART, in his**
**Official Capacity as Chancellor**
**of the University of Arkansas,**
**Fayetteville**                                                 **DEFENDANTS**

## O R D E R

Now on this 30th day of July, 2012, comes on for consideration plaintiff's **Third Motion To Compel Discovery And For Sanctions** (document #115), and from said motion, and the response thereto, the Court finds and orders as follows:

1.   Plaintiff David Stebbins ("Stebbins") contends that the University of Arkansas ("UA") discriminated against him, in violation of Section 504 of the Rehabilitation Act of 1973, by failing in 2010 to allow him to re-enroll as a student after he was banned from campus in 2007.  Stebbins contends that he has Asperger Syndrome, and that UA made no attempt to accommodate this disability.

2.   The parties are currently conducting discovery, and Stebbins now moves to compel.  He asserts that he served a discovery request on defendants on June 18, 2012, and as of July 19, 2012, he had not received a response.  He suggests that this is the result of bad faith, and asks for sanctions.

3.   Defendant responds, pointing out that it had already

timely produced the requested document once, and that Stebbins lost it.  Hence, the second request for its production.  Defendant also points out that, through oversight, it failed to send Stebbins a second copy when he submitted the second request for it, but that it had no objection to doing so, and that this second copy was mailed out immediately when Stebbins contacted its attorney about the matter on July 19, 2012.

    4.   Under these circumstances, there is no basis to compel, and certainly no basis for sanctions.  The motion will be denied.

**IT IS THEREFORE ORDERED** that plaintiff's **Third Motion To Compel Discovery And For Sanctions** (document #115) is **denied**.

**IT IS SO ORDERED.**

                                                                                                                                /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**