U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 3 0 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS     PLAINTIFF

vs.     Civ. No. 10-5125

UNIVERSITY OF ARKANSAS     DEFENDANTS

## SUPPLEMENT TO [111] SECOND MOTION FOR PROTECTIVE ORDER

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following supplement to Document #11, Plaintiff's Second Motion for Protective Order.

1. As this Court is aware from the original motion, I seek a protective order because the University of Arkansas was uncooperative in my attempts to schedule my deposition in Harrison, instead insisting that I travel to Fayetteville, despite not having the funds to do so.

2. I proposed that the UA conduct the depositions for my parents and me all at once, but the UA expressed doubt as to their ability to conduct three depositions in one sitting.

3. On July 26, 2012, however, the defendants and I conducted the depositions for both Rita F. and David D. Stebbins, husband-and-wife. David D. Stebbins went second of the two, and he finished his deposition slightly after 1PM. Yes, we blew through both depositions in only three and a half hours.

4. At that time, I volunteered to have my deposition taken, right then and there, since it appears that a third deposition in that sitting was entirely plausible. However, Scott Varady refused.

5. Notice I said "Scott Varady" refused. This means that the blame for not taking advantage of this opportunity rests entirely on the Defendants, since their counsel is responsible.[1] If the

---

[1] See *Comiskey v. JFTJ CORP.*, 989 F. 2d 1007, 1010 (8th Cir. 1993) ("A [party] chooses counsel at his [or her] peril... It is a well-established principle that a party is responsible for the actions and conduct of his [or her] counsel")

Court Reporter refused, just wanting to go home, that would not have been the Defendants' fault. If Jim Goldie – the attorney whose law office hosted the depositions – did not wish to host mine, that would not have been the Defendants' fault. However, Scott Varady himself, Counsel for the UA, refused the opportunity to take my deposition.

6.      Due to their failure to take advantage of an opportunity literally standing right in front of them, and literally asking them to take it, they should not be entitled to take my deposition in Fayetteville, even if they otherwise might have been entitled to.

Wherefore, premises considered, I respectfully request that the motion for sanctions be granted.

So requested this 27th day of July, 2012.

*David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David A. Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.,
Room 510
Fayetteville, AR 72701

