IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID STEBBINS**                                                                                 **PLAINTIFF**

**v.**                                           **Civil No. 10-5125**

**UNIVERSITY OF ARKANSAS;**
**OFFICE OF THE CHANCELLOR**                                        **DEFENDANT**

### BRIEF IN OPPOSITION TO PLAINTIFF'S SUPPLEMENT TO SECOND MOTION FOR PROTECTIVE ORDER

Comes Defendant, University of Arkansas ("University" or "Defendant"), acting by and through its undersigned counsel, and submits this Brief in Opposition to Plaintiff's Supplement to Second Motion for Protective Order ("Motion") filed on July 30, 2012.

The Motion is moot because the Court entered an Order on July 27, 2012, denying Plaintiff's Second Motion for Protective Order. Nevertheless, Defendant submits this Brief because Plaintiff seeks to justify his pleading by presenting false information to the Court. Plaintiff asserts that, after the conclusion of his parents' respective depositions, he "volunteered to have [his] deposition taken, right then and there, since it appear[ed] that a third deposition in that sitting was entirely plausible." (Mot. at 1 ¶ 4.) Plaintiff then presents a blatant, written falsehood to this Court by stating that defense counsel "refused" Plaintiff's offer to submit to a deposition.

Contrary to his misrepresentations to this Court, Plaintiff did not "volunteer" to provide a deposition, and defense counsel never "refused" because the issue was never discussed. Immediately following the conclusion of his father's deposition, Plaintiff left immediately and had no further conversation of any nature whatsoever with defense counsel, the court reporter or anyone else at the Law Office of James Goldie.

Even if Plaintiff had offered to be deposed, defense counsel would have declined because various motions were pending with the Court related to Plaintiff's deposition, defense counsel did not have exhibits prepared for Plaintiff's deposition, and defense counsel had not made any arrangements with the court reporter for Plaintiff's deposition to be taken that day.  Plaintiff's supplemental Motion offers no basis to overturn or modify the Court's Order of July 27, 2012, and once again, Plaintiff failed to comply with Local Rule 7.2 and provide a supporting brief.  Most egregiously and troubling, however, Plaintiff misrepresents the truth to this Court by falsely representing that he offered to be deposed that day and defense counsel refused.  If desired by the Court, Defendant will obtain an affidavit from the court reporter who can confirm that Plaintiff's statements are false.

For all of the foregoing reasons, Defendant University of Arkansas prays that the Court deny Plaintiff's Supplement to Second Motion for Protective Order, dismiss Plaintiff's case for presenting false information to the Court, and for all other relief which the Court deems just and proper.

    Respectfully submitted,

By:/s/ T. Scott Varady
T. SCOTT VARADY
Associate General Counsel
Arkansas Bar No. 93172
E-mail: svarady@uark.edu
WILLIAM R. KINCAID
Associate General Counsel
Ark. Bar No. 93125
E-mail: wkincaid@uark.edu
TAMLA J. LEWIS
Associate General Counsel
Ark. Bar No. 2005237
E-mail: tjlewis@uark.edu

University of Arkansas
421 Administration Building
Fayetteville, AR 72701
Phone: 479-575-5401

and

JEFFREY A. BELL
Senior Associate General Counsel
Arkansas Bar No. 77009
University of Arkansas
2404 N. University Avenue
Little Rock, AR  72207
(501) 686-2520
E-mail: jbell@uasys.edu

COUNSEL FOR THE
UNIVERSITY OF ARKANSAS

## **CERTIFICATE OF SERVICE**

      I certify that on this 31st day of July, 2012, I caused a copy of the foregoing Defendant's Brief in Opposition to Plaintiff's Supplement to Second Motion for Protective Order to be served upon Plaintiff David Stebbins via First-Class U.S. Mail at the following address:

            David Stebbins
            123 W. Ridge Street, Apt. D
            Harrison, AR  72601

                        /s/ T. Scott Varady
                        T. Scott Varady
                        Associate General Counsel