IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID STEBBINS**                                                                                                   **PLAINTIFF**

v.                                                          Civil No. 10-5125

**UNIVERSITY OF ARKANSAS;**
**OFFICE OF THE CHANCELLOR**                                                             **DEFENDANT**

### MOTION FOR LEAVE OF COURT TO TAKE PLAINTIFF'S DEPOSITION BEYOND THE DISCOVERY CUT-OFF DATE

Comes Defendant, University of Arkansas ("University" or "Defendant"), acting by and through its undersigned counsel, and submits this Motion for Leave of Court to Take Plaintiff's Deposition ("Motion") pursuant to Fed. R. Civ. P. 30 and the inherent authority of this Court.

1. On July 12, 2012, counsel for the University caused a Notice of Deposition and a subpoena, and witness and mileage fees to be served upon Plaintiff David Stebbins ("Plaintiff").

2. Plaintiff subsequently advised counsel for the University that Plaintiff had a hearing in his criminal case on July 27, 2012, and would not be available for a deposition on that date.

3. To accommodate Plaintiff's scheduling conflict, defense counsel issued an Amended Notice of Deposition and subpoena setting Plaintiff's deposition for August 1, 2012.

4. In an Order dated July 27, 2012, this Court ordered Plaintiff to appear for his deposition in Fayetteville. As explained herein, Plaintiff did not appear for his deposition today, August 1, 2012, because he was taken into custody.

5. On July 30, 2012, counsel for Plaintiff's parents, James F. Goldie, sent a letter to defense counsel stating that Plaintiff's bond had been revoked due to Plaintiff's "acting out" in the courtroom on the morning of July 27, 2012, at his criminal proceeding. The letter further states that Plaintiff is currently in the custody of the Boone County Sheriff's Office. Mr. Goldie further explains that a law enforcement officer from the Boone County Sheriff's Office is expected to take Plaintiff to his previously scheduled mental examination on July 31, 2012, in Little Rock, Arkansas. Accordingly, Mr. Goldie states that Plaintiff will not be available for his deposition in Fayetteville on August 1, 2012. A copy of Mr. Goldie's letter is attached as Exhibit A and is incorporated herein by reference.

6. A review of the Boone County Sheriff's Office website confirms that Plaintiff's bond was revoked, and Plaintiff was booked into custody Friday evening at 8:23 pm on July 27, 2012.

7. The discovery cut-off date in this case is scheduled for August 3, 2012.

8. Given that Plaintiff is unavailable for his deposition due to his incarceration, the University seeks leave of court to take Plaintiff's deposition after the discovery cut-off date whenever Plaintiff becomes available or arrangements can be made. The University is not moving to extend the discovery cut-off date.

9. In support of this Motion, Defendant hereby attaches and incorporates by reference its Brief in Support of Motion for Leave to Take Plaintiff's Deposition.

WHEREFORE, Defendant, University of Arkansas, respectfully prays that the Court grant its Motion for Leave of Court to Take Plaintiff's Deposition Beyond the Discovery Cut-Off Date, permit the University to take Plaintiff's deposition as soon as

possible after arrangements can be made depending on Plaintiff's custodial status, and grant all other relief which the Court deems just and proper.

        Respectfully submitted,

        By:/s/ T. Scott Varady
        T. SCOTT VARADY
        Associate General Counsel
        Arkansas Bar No. 93172
        E-mail: svarady@uark.edu
        WILLIAM R. KINCAID
        Associate General Counsel
        Ark. Bar No. 93125
        E-mail: wkincaid@uark.edu
        TAMLA J. LEWIS
        Associate General Counsel
        Ark. Bar No. 2005237
        E-mail: tjlewis@uark.edu
        University of Arkansas
        421 Administration Building
        Fayetteville, AR 72701
        Phone: 479-575-5401

        and

        JEFFREY A. BELL
        Senior Associate General Counsel
        Arkansas Bar No. 77009
        University of Arkansas
        2404 N. University Avenue
        Little Rock, AR 72207
        (501) 686-2520
        E-mail: jbell@uasys.edu

        COUNSEL FOR THE
        UNIVERSITY OF ARKANSAS

## CERTIFICATE OF SERVICE

I certify that on this 1st day of August, 2012, I caused a copy of the foregoing Defendant's Motion For Leave of Court to Take Plaintiff's Deposition Beyond the Discovery Cut-Off Date to be served upon Plaintiff David Stebbins via First-Class U.S. Mail at the following address:

        David Stebbins
        123 W. Ridge Street, Apt. D
        Harrison, AR  72601

        David Stebbins
        5800 Law Dr.
        Harrison, AR  72601

        /s/ T. Scott Varady
        T. Scott Varady
        Associate General Counsel

# James E. Goldie
Attorney at Law
103 West Industrial Park Road, Suite B
P.O. Box 1595
Harrison, AR 72602-1595

Telephone: (870) 741-4800          Fax: (870) 741-6897

e-mail: goldie@goldielawfirm.arcoxmail.com

---

July 30, 2012

T. Scott Varady
Attorney at Law
University of Arkansas
421 Administration Building
Fayetteville, AR 72701
VIA FAX: 1-479-575-5046

RE: David A. Stebbins

Dear Scott Varady:

Here is the printout of the Boone County Sheriff Roster wherein David A. Stebbins was booked September 27, 2012. The Bondsmen felt insecure due to the actions of David Stebbins on Friday morning in the courtroom wherein David was acting out. We anticipate the Boone County Sheriff will take David Stebbins to his mental examination this week. We also anticipate that he will not be available for the deposition in Fayetteville which you have scheduled. If I hear any more, I will let you know. Thank you.

Respectfully,

*[signature]*

James E. Goldie

JEG/nc
Enclosure

**EXHIBIT A**

Roster View - Boone County Sheriff AR — Page 1 of 1



**Boone County Sheriff's Office**
Arkansas

HOME | PRESS RELEASES | SEX OFFENDERS | MOST WANTED | CONTACT US

Sign Up For Alerts
- Administration
- CID
- Current Events
- Employment
- FAQ
- Jail
- Inmate Roster
- Patrol
- Reserves
- Resources
- School Resource Officer
- Warrants

Crime Tip Hotline
870-741-8404
or submit via email

David A Stebbins

photo not available

Booking #: 64619-2
Age: 23
Gender: Male
Race: Caucasian
Address: Harrison, AR
Arresting Agency:
Booking Date: 07-27-2012 - 6:23 pm
Charges:
Bond Revocation

Note: The charges and bail amounts may change after court appearances and may not be current. Bond companies and persons wishing to post bail should contact the Detention Center staff at 870-741-8404 for correct bail amount, charges and case numbers.



Phone:
(870) 741-8404
(24 hours)

Email | Map

5600 Law Drive
Harrison, Arkansas 72601

Administrative Office
Hours: M-F 6am - 4:30pm

Boone County Sheriff's Office | © 2012
Boone County, Arkansas



Web hosting provided by: BJM Brooks Jeffrey

http://boonesheriff.com/roster_view.php?booking_num=64613-2 — 7/29/2012