IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID STEBBINS                                                                          PLAINTIFF

v.                                              Civil No. 10-5125

UNIVERSITY OF ARKANSAS;
OFFICE OF THE CHANCELLOR                                                    DEFENDANT

### BRIEF IN SUPPORT OF MOTION FOR LEAVE OF COURT TO TAKE PLAINTIFF'S DEPOSITION BEYOND THE DISCOVERY CUT-OFF DATE

Comes Defendant, University of Arkansas ("University" or "Defendant"), acting by and through its undersigned counsel, and submits this Brief in Support of Motion for Leave of Court to Take Plaintiff's Deposition.

On July 12, 2012, counsel for the University caused a Notice of Deposition and a subpoena, and witness and mileage fees to be served upon Plaintiff David Stebbins ("Plaintiff"). Plaintiff subsequently advised counsel for the University that Plaintiff had a hearing in his criminal case on July 27, 2012, and would not be available for a deposition on that date. To accommodate Plaintiff's scheduling conflict, defense counsel issued an Amended Notice of Deposition and subpoena setting Plaintiff's deposition for August 1, 2012. As the Court is aware, Plaintiff opposed travelling to Fayetteville for his deposition and sought an order directing Defendant's counsel to take the deposition in Harrison, by phone or to cancel it. In an Order dated July 27, 2012, this Court ordered Plaintiff to appear in Fayetteville for his deposition on August 1, 2012.

On July 30, 2012, counsel for Plaintiff's parents, James F. Goldie, sent a letter to Defendant's counsel stating that Plaintiff's bond had been revoked due to Plaintiff's "acting out" in the courtroom on the morning of July 27, 2012, at his criminal

proceeding. (Ex. A.) The letter further states that Plaintiff is currently in the custody of the Boone County Sheriff's Office, and it is expected that a law enforcement officer from the Boone County Sheriff's Office would take Plaintiff to his previously scheduled mental examination in Little Rock, Arkansas, on July 31, 2012. (*Id.*) Finally, the letter states that Plaintiff will not be available for his deposition in Fayetteville today, August 1, 2012. (*Id.*) In fact, Plaintiff did not appear for his deposition.

A review of the Boone County Sheriff's Office website confirms that Plaintiff's bond was revoked, and Plaintiff was booked into custody Friday evening at 8:23 p.m. on July 27, 2012. http://boonesheriff.com/roster_view.php?booking_num=64613-2 Currently, the discovery cut-off date in this case is scheduled for August 3, 2012. Defense counsel understands that Plaintiff was scheduled to have a forensic mental examination yesterday, July 31, 2012.

Given that Plaintiff failed to appear for his deposition due to his incarceration, the University believes that the Court should grant the University leave pursuant to Fed. R. Civ. P. 30 and its inherent authority to take Plaintiff's deposition after the discovery cut-off date whenever Plaintiff becomes available or arrangements can be made to do so. The University is not moving to extend the discovery cut-off date or to delay the trial of this matter. To the contrary, the University opposes any such delays and believes sufficient uncontroverted evidence exists to support an award of summary judgment in favor of Defendant as a matter of law. Accordingly, Defendant intends to seek summary judgment consistent with the Court's existing Scheduling Order.

For all of the foregoing reasons, Defendant, University of Arkansas, respectfully prays that the Court grant its Motion for Leave of Court to Take Plaintiff's Deposition

Beyond the Discovery Cut-Off Date, permit the University to take Plaintiff's deposition as soon as possible after arrangements can be made depending on Plaintiff's custodial status, and grant all other relief which the Court deems just and proper.

                                        Respectfully submitted,

                                        By:/s/ T. Scott Varady
                                        T. SCOTT VARADY
                                        Associate General Counsel
                                        Arkansas Bar No. 93172
                                        E-mail: svarady@uark.edu
                                        WILLIAM R. KINCAID
                                        Associate General Counsel
                                        Ark. Bar No. 93125
                                        E-mail: wkincaid@uark.edu
                                        TAMLA J. LEWIS
                                        Associate General Counsel
                                        Ark. Bar No. 2005237
                                        E-mail: tjlewis@uark.edu
                                        University of Arkansas
                                        421 Administration Building
                                        Fayetteville, AR 72701
                                        Phone: 479-575-5401

                                              and

                                        JEFFREY A. BELL
                                        Senior Associate General Counsel
                                        Arkansas Bar No. 77009
                                        University of Arkansas
                                        2404 N. University Avenue
                                        Little Rock, AR  72207
                                        (501) 686-2520
                                        E-mail: jbell@uasys.edu

                                        COUNSEL FOR THE
                                        UNIVERSITY OF ARKANSAS

## CERTIFICATE OF SERVICE

I certify that on this 1st day of August, 2012, I caused a copy of the foregoing Defendant's Brief in Support of Motion For Leave of Court to Take Plaintiff's Deposition Beyond the Discovery Cut-Off Date to be served upon Plaintiff David Stebbins via First-Class U.S. Mail at the following address:

> David Stebbins
> 123 W. Ridge Street, Apt. D
> Harrison, AR  72601
>
> David Stebbins
> 5800 Law Dr.
> Harrison, AR  72601
>
> /s/ T. Scott Varady
> T. Scott Varady
> Associate General Counsel