UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF AR

David Stebbins
vs
Univ. of AR

Case No. 10-5125

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 09 2012

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

RESPONSE TO MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITOIN PAST-DUE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following response to Defendant's above-mentioned motion.

Defendant requests to take my deposition "whenever [I] become available or arrangements can be made." Little does Defendant know that arrangements can be made! In case no. 11-3057 in this Court, case of Stebbins v. Legal Aid, Jason Day - Boone County Jail Admin. - was very cooperative in helping that case's defense counsel schedule a deposition with me. I wonder if they have even attempted that remedy.

For the record, I still do not object to taking this deposition. I am not afraid of the questions they might ask me. I will gladly submit to this deposition if the jail and defense counsel can make these arrangements.

On another note, Defendant is not entitled to the relief it seeks. In neither its motion nor brief does Defendant point to one single solitary legal authority granting the Court power to extent any portion of discovery.

To the contrary, I believe the final scheduling order states that inability and/or failure to complete discovery in time would not constitute grounds to extend discovery [in whole or in part]! Therefore, although I pledge to work with them if they work with, they are no longer entitled to have the court compel me to do so. Therefore, this motion should be denied; any depositions should be worked out between the parties.

David Stebbins
David Stebbins
5800 Law Dr.
Harrison, AR 72601

David Stebbins
800 Law Dr.
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701