United States District Court
for the Western District of AR

David Stebbins                                Plaintiff
vs
Univ. of AR         Case No. 10-5125          Defendant

## REPLY TO RESPONSE TO EMERGENCY MOTION FOR SANCTIONS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following reply to Defendant's response to my emergency motion for sanctions.

Defendant claims that my motion should be denied simply for failure to include a brief. This court, however, has routinely tolerated my lack of briefs. Furthermore, Defendant fails to specify exactly how my lack of brief has compromised its rights. Therefore, their argument should be rejected for lack of injury.

That being said, it appears that the rest of Defendants arguments either have already been debunked in the original motion (such as lack of relevance) or requires the transcripts for this court to adjudicate the dispute, such as Defendant's allegations of good faith. If this court does not wish to subpoena the transcripts, please deny this motion without prejudice. Defense counsel has promised me a "courtesy" transcript; I will send the Court a copy when I get it.

Wherefore, I respectfully request the motion for sanctions be granted.

David Stebbins
5800 Law Dr.
Harrison, AR 72601

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 09 2012

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

David Stebbins
5800 Law Dr.
Harrison, AR 72601

72701835853

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701