IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 18 2012
CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

DAVID STEBBINS                                            PLAINTIFF

VS.                              CASE NO. 10-5125

UNIVERSITY OF ARKANSAS                                    DEFENDANT

## NOTICE OF CHANGE OF ADDRESS

I, *pro se* Appellant David Stebbins, do hereby certify under penalty of perjury that my new address is listed below. Please also find enclosed a replacement motion for summary judgment... so that Defendant will stop whining.

So certified this 17th day of September, 2012.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com



POSTAGE REQUIRED.

FIRMLY



**UNITED STATES POSTAL SERVICE** **Click-N-Ship®**

P
usps.com  9405 5036 9930 0141 8461 08 0049 0001 0117 2701
$4.90
US POSTAGE
Flat Rate Env



Commercial Base Pricing
09/17/12   Mailed from 72601   062S0000001311

## USPS PRIORITY MAIL®

DAVID A STEBBINS                                    0006
123 W RIDGE AVE
APT D
HARRISON AR 72601-4207

SHIP
TO:  U.S. DISTRICT COURT
     35 E MOUNTAIN ST
     STE 510
     FAYETTEVILLE AR 72701-5353

ZIP - e/ USPS DELIVERY CONFIRMATION™



420 72701 9405 5036 9930 0141 8461 08

Electronic Rate Approved #038555749





EP14F