U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 18 2012
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                             PLAINTIFF

vs.                                         Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                      DEFENDANTS

## MOTION FOR SUMMARY JUDGMENT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion for summary judgment.

Defendant's own discovery has yielded all the evidence I need to entitle me to summary judgment. The Court should keep in mind that, when I say "all the evidence I need," I am incorporating the precedent of Matsushita Electric Industrial Co., v. Zenith Radio Corporation 475 U.S. 574 (1986) (holding that "the issue of fact must be 'genuine.' When the moving party has carried its burden under Rule 56(c), its opponent must do more than simply show that there is some metaphysical doubt as to the material facts." citations omitted). There may be some doubts, but they are far beyond "genuine" disputes. Details are in the brief.

Defendants were fixated on demonstrating that I was a "direct threat" to the University and its people, but they lost sight of what was truly important: Reasonable accommodations. They believed that a direct threat relieved them of their duty to provide reasonable accommodations, when in fact, the exact opposite is true; the direct threat exception only exists in the first place if reasonable accommodations were exhausted.

Although Defendant has attempted to dodge discovery, I have still been able to amass enough evidence of the costs of tuition and fees to know the tuition and rates that Defendant must offer me.

Please find enclosed the following exhibits:

**Exhibit A** – Defendant's Response to Plaintiff's First Request for Admissions.

**Exhibit B** – Defendant's Response to Plaintiff's First and Second Interrogatories.

**Exhibit C** – Defendant's Response to Plaintiff's Second Request for Production.

**Exhibit D** – Plaintiff's Credit Report as of June 5, 2012.

**Exhibit E** – Webpage of Defendant's website, proving that they receive FAFSA.

**Exhibit F** – A computer disk containing the audio recording of the AUJ hearing. I will not make references to any specific minute or second of the recording, because the *entire* hearing is relevant to the facts I intend to prove using it.

I request that the Defendant be ordered to immediately reinstate me into its clientel, as soon as my felony charges are finished and I am allowed to leave the geographic jurisdiction of the state court, along with the same tuition and costs that I would have received had I not been expelled (details in the brief), that Defendant be ordered to pay off all of my student loans, and that they be ordered to offer me additional loans, with interest not to exceed that of a PLUS loan, so that I will not have a tuition deficit. Last but not least, they should be ordered to permanently and perpetually cease and desist their discriminatory activities. Details of the requested relief will be provided in the brief in support of this motion.

Wherefore, premises considered, I respectfully request that this relief be granted.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com



**USPS PRIORITY MAIL®**

DAVID A STEBBINS
123 W RIDGE AVE
APT D
HARRISON AR 72601-4207

0006

SHIP TO: U.S. DISTRICT COURT
35 E MOUNTAIN ST
STE 510
FAYETTEVILLE AR 72701-5353

ZIP - e/ USPS DELIVERY CONFIRMATION™

420 72701 9405 5036 9930 0141 8461 08

Electronic Rate Approved #038555749