Exh. C

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID STEBBINS**                                                               **PLAINTIFF**

v.                                       **Civil NO. 10-5125**

**UNIVERSITY OF ARKANSAS;**
**OFFICE OF THE CHANCELLOR**                              **DEFENDANT**

**DEFENDANT'S RESPONSE TO PLAINTIFF'S**
**SECOND SET OF PRODUCTION REQUESTS**

Comes Defendant, University of Arkansas ("University" or "Defendant"), acting by and through its undersigned counsel, pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure and submits these Responses to Plaintiff's Second Set of Production Requests.

PRODUCTION REQUEST NO. 1: Please produce documentation showing your complete fee schedule for the past ten years for all of the following items:

1. Tuition;

2. All Student Fees;

3. Meal Plans;

4. Residence Halls (all of them);

5. Anything else the University charges for, other than petty shopping (e.g. snack bar). Remember, textbooks do NOT count as "petty shopping" nor do scantron sheets; or any other materials necessary for classes. The accounting books for the bookstore should suffice for the essential class supplies.

RESPONSE TO PRODUCTION REQUEST NO. 1: Objection. Defendant objects to Production Request No. 1 as irrelevant, not seeking information reasonably calculated to lead to the discovery of admissible evidence, overly broad, unduly burdensome, and harassing. Plaintiff first enrolled at the University of Arkansas for the fall, 2007 semester. Plaintiff was interimly

1

suspended in December, 2007, and the suspension was upheld by the All-University Judicial Board in January, 2008. Accordingly, all records prior to Plaintiff's enrollment in the fall of 2007, have no bearing on this case whatsoever, and Defendant objects to producing them. Additionally, in response to Plaintiff's Paragraph 5 ("Anything else the University charges for . . ."), Defendant objects because this aspect of the Production Request is too vague, ambiguous, and unlimited in scope so as to render it impossible to answer.

Subject to and without waiving any of the foregoing objections, Defendant is producing certain responsive records and providing other information in response to this Production Request.

In response to Plaintiff's request for Tuition and Student Fees, please see the attached Tuition and Fee Schedules for the Academic Years 2007-2008 through 2011-2012. *See* bate-stamped UA000394-UA000405

In response to Plaintiff's request for records pertaining to Meal Plans and Residence Hall charges, Defendant is providing the following summary for the Academic Years 2007-2008 through 2011-2012.

**Meal Plans:**

    10 Meal Plan:
      2007-08 - $2360.00
      2008-09 - $2460.00
      2009-10 - $2576.00
      2010-11 - $2654.00
      2011-12 - $2774.00

    15 Meal Plan:
      2007-08 - $2560.00
      2008-09 - $2660.00
      2009-10 - $2780.00
      2010-11 - $2862.00
      2011-12 - $2990.00

15 Plus Meal Plan:
  2007-08 - $2630.00
  2008-09 - $2730.00
  2009-10 - $2860.00
  2010-11 - $2946.00
  2011-12 - $3080.00

Unlimited Meal Plan:
  2007-08 - $2770.00
  2008-09 - $2880.00
  2009-10 - $3020.00
  2010-11 - $3110.00
  2011-12 - $3250.00

Unlimited Plus Meal Plan:
  2007-08 0 $2840.00
  2008-09 - $2950.00
  2009-10 - $3090.00
  2010-11 - $3182.00
  2011-12 - $3326.00

Jr./Sr. Meal Plan:
  2007-08 - $1642.00
  2008-09 - $1710.00
  2009-10 - $1790.00
  2010-11 - $1844.00
  2011-12 - $1926.00

**Residence Halls:**

Buch Droke – Female Hall
  2007-08 - $3638.00
  2008-09 - $3802.00
  2009-10 - $3955.00
  2010-11 - $4074.00
  2011-12 - $4237.00

Futrall Double
  2007-08 - $3638.00
  2008-09 - $3802.00
  2009-10 - $4080.00
  2010-11- $4284.00
  2011-12 - $4455.00

Gibson Double
  2007-08 - $3754.00

3

   2008-09 - $3924.00
   2009-10 -$4080.00
   2010-11 - $4284.00
   2011-12 - $4455.00

Gregson Double
   2007-08 - $3754.00
   2008-09 - $3924.00
   2009-10 - $4080.00
   2010-11 - $4284.00
   2011-12 - $4455.00

Gladson Ripley Double
   2007-08 - $3638.00
   2008-09 - $3802.00
   2009-10 - $3955.00
   2010-11 - $4074.00
   2011-12 - $4237.00

Holcombe Double
   2007-08 - $3754.00
   2008-09 - $3924.00
   2009-10 - $4080.00
   2010-11 - $4284.00
   2011-12 - $4455.00

Humphreys Double
   2007-08 - $3395.00
   2008-09 - $3548.00
   2009-10 - $3690.00
   2010-11 - $3875.00
   2011-12 - $3991.00

Maple Hill Double Suite:
   2007-08 - $5826.00
   2008-09 - $5994.00
   2009-10 - $6115.00
   2010-11 - $6176.00
   2011-12 - $6423.00

NW Quad Suite:
   2007-08 - $6075.00
   2008-09 - $6250.00
   2009-10 - $6500.00
   2010-11 - $6565.00
   2011-12 - $6828.00

Pomfret Double
2007-08 - $3638.00
2008-09 - $3802.00
2009-10 - $3955.00
2010-11 - $4153.00
2011-12 - $4278.00

Reid Hall – Female Hall
2007-08 - $3638.00
2008-09 - $3924.00
2009-10 - $4080.00
2010-11 - $4284.00
2011-12 - $4455.00

Walton Suites
2007-08 – Closed
2008-09 – Closed
2009-10 – Closed
2010-11 – $5658.00
2011-12 - $5884.00

In addition to the foregoing responses, Defendant is supplementing its Initial Disclosures to include a summary of Plaintiff's billing account with University Housing. (UA000406)

**RESERVATION OF RIGHTS AND SUPPLEMENT TO DEFENDANT'S INITIAL DISCLOSURES:** Defendant affirmatively reserves the right to supplement the foregoing response as permitted by the Federal Rules of Civil Procedure. The foregoing response shall also supplement Defendant's Initial Disclosures. Nothing contained in Defendant's Response to Plaintiff's Second Set of Requests for Production shall be deemed, construed or operate as an admission of liability in this case, and all of Plaintiff's allegations of a violation of any law, including, without limitation, the Rehabilitation Act, are denied.

Respectfully submitted,

By: _____
T. SCOTT VARADY