Return to AnnualCreditReport.com        Frequently Asked Questions        Contact AnnualCreditReport.com

Welcome, David Stebbins  Help

*Exh. D*

Credit Report

Initiate a Dispute

# Personal Credit Report

**DAVID A. STEBBINS**
**Source: TransUnion**

June 5, 2012
Available until July 5, 2012

-Begin Credit Report-

## Personal Information

**File Number:** 322223865

| | | | |
|---|---|---|---|
| **Name:** | DAVID A. STEBBINS | **SSN:** | XXX-XX-4148 |
| | | **Date of Birth:** | 12/29/1988 |
| | | **Telephone:** | 743-4386 |
| **Other Names:** | ANTHONY STEBBINS | | |

Your SSN is partially abbreviated for your protection.

You have been on our files since 06/01/2001

### CURRENT ADDRESS

| | |
|---|---|
| **Address:** | 8527 HOPEWELL RD |
| | HARRISON, AR 72601 |
| **Reported:** | 09/30/2007 |

### OTHER ADDRESSES

| | |
|---|---|
| **Address:** | 1407 N SPRING RD 5 |
| | HARRISON, AR 72601 |
| **Reported:** | 03/31/2009 |
| **Address:** | 821 HILLENDALE DR |
| | HATTIESBURG, MS 39402 |

### EMPLOYMENT DATA REPORTED

| | |
|---|---|
| **Employer Name:** | NOT WORKING FULL TIME STUDENT |
| **Date Verified:** | 11/01/2009 |
| **Employer Name:** | SCHOOL INCOME |
| **Date Verified:** | 10/03/2007 |

Special Notes: The display of your Social Security number has been abbreviated and your account numbers have been modified in this report for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MEDICAL-', it includes medical information and the data following 'MEDICAL-' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |
|---|---|---|---|---|---|---|

## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

### CAPITAL ONE BANK USA NA   #400344700643****

PO BOX 30281
SALT LAKE CITY, UT 84130
(800) 258-9319

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 06/03/2010 |
| High Balance: | $1,004 |
| Credit Limit: | $500 |
| Last Payment: | 02/22/2010 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 04/08/2008 |
| Date Closed: | 05/07/2010 |
| Date Paid: | 02/22/2010 |

Loan Type: CREDIT CARD
Remarks: ACCOUNT CLOSED BY CONSUMER
>Maximum Delinquency of 120 days occurred in 08/2009 for $186<

**Late Payments** (25 months)    **Last 25 months**

may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may

4   4   2

### DELL FINANCIAL SERVICES   #87945012905995****

1 DELL WAY PS2DF-22
ROUND ROCK, TX 78682
(800) 283-2210

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 06/30/2010 |
| High Balance: | $1,268 |
| Credit Limit: | $1,500 |
| Last Payment: | 03/23/2010 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 01/17/2008 |
| Date Paid: | 03/23/2010 |

Loan Type: CHARGE ACCOUNT
Remarks: CLOSED BY CREDIT GRANTOR
>Maximum Delinquency of 120 days occurred in 04/2009 for $61<

**Late Payments** (29 months)    **Last 29 months**

may apr mar feb '10 dec nov oct sep aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb 08

0   2   2

### DEPT OF ED / NELNET   #90000008368****

3015 PARKER RD
SUITE 400
AURORA, CO 80014
(888) 486-4722

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 03/28/2011 |
| High Balance: | $3,500 |

| | |
|---|---|
| Pay Status: | >Account 120 Days Past Due Date< |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Terms: | $38 Monthly for 120 months |
| Date Opened: | 09/21/2009 |
| Date Closed: | 03/28/2011 |

Loan Type: STUDENT LOAN
Remarks: TRANSFERRED TO ANOTHER OFFICE
>Maximum Delinquency of 120 days occurred in 02/2011 for $152<
**Estimated month and year that this item will be removed: 09/2017**

**Late Payments** (7 months)    **Last 7 months**

feb '11 dec nov oct sep aug

0   0   2

### DEPT OF ED / NELNET   #90000008368****

3015 PARKER RD
SUITE 400
AURORA, CO 80014
(888) 486-4722

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 03/28/2011 |
| High Balance: | $1,576 |

| | |
|---|---|
| Pay Status: | >Account 120 Days Past Due Date< |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Terms: | $19 Monthly for 120 months |
| Date Opened: | 10/08/2009 |
| Date Closed: | 03/28/2011 |

Loan Type: STUDENT LOAN
Remarks: TRANSFERRED TO ANOTHER OFFICE
>Maximum Delinquency of 120 days occurred in 02/2011 for $76<
**Estimated month and year that this item will be removed: 09/2017**

**Late Payments** (7 months)    **Last 7 months**

feb '11 dec nov oct sep aug

0   0   2

## FEDLOAN SERVICING   #7161594096FD0****

POB 69184
HARRISBURG, PA 17106
(800) 699-2908

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | >Account 120 Days Past Due Date< |
| Date Updated: | 10/21/2011 | | |
| High Balance: | $3,500 | Account Type: | Installment Account |
| | | Responsibility: | Individual Account |
| | | Terms: | Monthly for 120 months |
| | | Date Opened: | 09/21/2009 |
| | | Date Closed: | 10/21/2011 |

Loan Type: STUDENT LOAN
Remarks: STUDENT LOAN PERM ASSIGN GOVT
>Maximum Delinquency of 120 days occurred in 06/2011 for $343<
**Estimated month and year that this item will be removed: 09/2017**

| Late Payments | Last 4 | |
|---|---|---|
| (4 months) | months | sep aug jul jun |

0   0   4

## FEDLOAN SERVICING   #7161594096FD0****

POB 69184
HARRISBURG, PA 17106
(800) 699-2908

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | >Account 120 Days Past Due Date< |
| Date Updated: | 10/21/2011 | | |
| High Balance: | $1,576 | Account Type: | Installment Account |
| | | Responsibility: | Individual Account |
| | | Terms: | Monthly for 120 months |
| | | Date Opened: | 10/08/2009 |
| | | Date Closed: | 10/21/2011 |

Loan Type: STUDENT LOAN
Remarks: STUDENT LOAN PERM ASSIGN GOVT
>Maximum Delinquency of 120 days occurred in 06/2011 for $171<
**Estimated month and year that this item will be removed: 09/2017**

| Late Payments | Last 4 | |
|---|---|---|
| (4 months) | months | sep aug jul jun |

0   0   4

## Fed Loan Servicing   #7161594096FD0****

PO Box 69184
HARRISBURG, PA 17106
(717) 720-1669

| | | | |
|---|---|---|---|
| Balance: | $3,500 | Pay Status: | >In Collection< |
| Date Updated: | 09/30/2011 | Account Type: | Installment Account |
| High Balance: | $3,500 | Responsibility: | Individual Account |
| Past Due: | >$504< | Terms: | $38 Monthly for 120 months |
| | | Date Opened: | 09/19/2008 |
| | | Date Closed: | 09/30/2011 |

Loan Type: STUDENT LOAN
Remarks: CONTACT SUBSCRIBER
**Estimated month and year that this item will be removed: 08/2017**

## Fed Loan Servicing   #7161594096FD0****

PO Box 69184
HARRISBURG, PA 17106
(717) 720-1669

| | | | |
|---|---|---|---|
| Balance: | $2,238 | Pay Status: | >In Collection< |
| Date Updated: | 09/30/2011 | Account Type: | Installment Account |
| High Balance: | $2,000 | Responsibility: | Individual Account |
| Past Due: | >$334< | Terms: | $25 Monthly for 120 months |
| | | Date Opened: | 09/19/2008 |
| | | Date Closed: | 09/30/2011 |

Loan Type: STUDENT LOAN
Remarks: CONTACT SUBSCRIBER
**Estimated month and year that this item will be removed: 08/2017**

6/6/2012 1:25

**GECRB/WALMART   #603220358041****

PO BOX 965024
ORLANDO, FL 32896-5024
(877) 294-7880

| | | |
|---|---|---|
| Balance: | $0 | |
| Date Updated: | 12/07/2009 | |
| High Balance: | $543 | |
| Credit Limit: | $590 | |
| Last Payment: | 05/17/2009 | |

| | |
|---|---|
| Pay Status: | >Charged Off< |
| Account Type: | Revolving Account |
| Responsibility: | Individual Account |
| Date Opened: | 02/04/2008 |
| Date Closed: | 05/06/2009 |
| Date Paid: | 05/17/2009 |

**Loan Type:** CHARGE ACCOUNT
**Remarks:** PURCHASED BY ANOTHER LENDER
**Estimated month and year that this item will be removed:** 02/2016


**LOAN TO LEARN   #1201000002****

21680 RIDGETOP CIR
STERLING, VA 20166
(866) 398-7741

| | |
|---|---|
| Balance: | $4,572 |
| Date Updated: | 03/30/2012 |
| High Balance: | $5,350 |
| Last Payment: | 03/07/2012 |

| | |
|---|---|
| Pay Status: | Current; Paid or Paying as Agreed |
| Account Type: | Installment Account |
| Responsibility: | Joint Account |
| Terms: | $35 Monthly for 240 months |
| Date Opened: | 08/17/2007 |

**Loan Type:** STUDENT LOAN
>Maximum Delinquency of 90 days occurred in 07/2009 for $87<

| Late Payments (48 months) | Last 48 months | |
|---|---|---|
| | | feb '12 dec nov oct sep aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar |
| 1  3  2 | | feb '10 dec nov oct sep aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar |


**LVNV FUNDING LLC   #603220358041****

PO BOX 10497
GREENVILLE, SC 29603
(866) 464-1183

| | |
|---|---|
| Balance: | $867 |
| Date Updated: | 05/15/2012 |
| High Balance: | $789 |
| Original Creditor: | GE CAPITAL WAL MART (Financial) |
| | |
| Past Due: | >$867< |

| | |
|---|---|
| Pay Status: | >In Collection< |
| Account Type: | Open Account |
| Responsibility: | Individual Account |
| Date Opened: | 11/23/2009 |

**Loan Type:** FACTORING COMPANY ACCOUNT
**Remarks:** ACCT INFO DISPUTED BY CONSUMR
**Estimated month and year that this item will be removed:** 10/2015


**MOHELA   #3278165000MO0****

14528 S OUTER 40
CHESTERFIELD, MO 63017-5785
(800) 666-4352

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/30/2011 |
| High Balance: | $1,750 |
| Last Payment: | 09/16/2011 |

| | |
|---|---|
| Pay Status: | >Account 120 Days Past Due Date< |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Terms: | Monthly for 96 months |
| Date Opened: | 08/08/2007 |
| Date Closed: | 09/30/2011 |

**Loan Type:** STUDENT LOAN
**Remarks:** STUDENT LOAN PERM ASSIGN GOVT
>Maximum Delinquency of 120 days occurred in 01/2011 for $119<
**Estimated month and year that this item will be removed:** 08/2017

| Late Payments (48 months) | Last 48 months | |
|---|---|---|
| | | aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep |
| 0  1  9 | | aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct sep |

**MOHELA   #3278165000MO0\*\*\*\***

14528 S OUTER 40
CHESTERFIELD, MO 63017-5785
(800) 666-4352

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 09/30/2011 |
| High Balance: | $1,599 |
| Last Payment: | 09/16/2011 |

| | |
|---|---|
| Pay Status: | >Account 120 Days Past Due Date< |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Terms: | Monthly for 96 months |
| Date Opened: | 10/19/2007 |
| Date Closed: | 09/30/2011 |

Loan Type: STUDENT LOAN
Remarks: STUDENT LOAN PERM ASSIGN GOVT
>Maximum Delinquency of 120 days occurred in 01/2011 for $130<
Estimated month and year that this item will be removed: 08/2017

| Late Payments<br>(46 months) | Last 46<br>months | aug jul jun may apr mar feb '11 dec nov oct sep aug jul jun may apr mar feb '10 dec nov oct sep |
|---|---|---|
| 0    1    9 | | aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov |

---

**SLC STUD LOAN TRUST   #4257141\*\*\*\***

P O BOX 6497
SIOUX FALLS, SD 57117-6497
(800) 967-2400

| | |
|---|---|
| Balance: | $2,812 |
| Date Updated: | 04/30/2012 |
| High Balance: | $2,597 |
| Past Due: | >$60< |

| | |
|---|---|
| Pay Status: | >Charged Off< |
| Account Type: | Installment Account |
| Responsibility: | Primary Borrower on Account |
| Terms: | $50 for 240 |
| Date Opened: | 06/12/2008 |
| Date Closed: | 01/31/2011 |

Loan Type: STUDENT LOAN
Remarks: >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 09/2017

---

**STUD LN GUAR FOUNDTN AR   #1921419\*\*\*\***

C/O SALLIE MAE
PO BOX 9460 MC E2142
WILKES-BARRE, PA 18773-9460
(800) 331-2314

| | |
|---|---|
| Balance: | $2,382 |
| Date Updated: | 05/31/2012 |
| High Balance: | $1,874 |
| Original Creditor: | ARVEST BANK (Educational) |
| Past Due: | >$2,382< |

| | |
|---|---|
| Pay Status: | >In Collection< |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 09/16/2011 |
| Date Closed: | 12/31/2011 |

Loan Type: STUDENT LOAN
Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 08/2017

---

**STUD LN GUAR FOUNDTN AR   #2921419\*\*\*\***

C/O SALLIE MAE
PO BOX 9460 MC E2142
WILKES-BARRE, PA 18773-9460
(800) 331-2314

| | |
|---|---|
| Balance: | $2,604 |
| Date Updated: | 05/31/2012 |
| High Balance: | $2,049 |
| Original Creditor: | ARVEST BANK (Educational) |
| Past Due: | >$2,604< |

| | |
|---|---|
| Pay Status: | >In Collection< |
| Account Type: | Installment Account |
| Responsibility: | Individual Account |
| Date Opened: | 09/16/2011 |
| Date Closed: | 12/31/2011 |

Loan Type: STUDENT LOAN
Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 08/2017

6/6/2012 1:25

**NCO FINANCIAL    #4774\*\*\*\***

POB 15270
WILMINGTON, DE 19850
(877) 433-9990

| | | | |
|---|---|---|---|
| **Balance:** | $209 | **Pay Status:** | >In Collection< |
| **Date Updated:** | 07/31/2009 | **Account Type:** | Open Account |
| **Original Amount:** | $209 | **Responsibility:** | Individual Account |
| **Original Creditor:** | MEDICAL-NORTH ARKANSAS EMERG PHYSICI (Medical/Health Care) | | |
| **Past Due:** | >$209< | | |

**Loan Type:** COLLECTION AGENCY/ATTORNEY
**Date Placed for Collection:** 06/09/2009
**Remarks:** >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 04/2015

## Satisfactory Accounts

The following accounts are reported with no adverse information.

**ACS/DEPT OF EDUCATION    #425714****
501 BLEEKER STREET
UTICA, NY 13501
(800) 835-4611

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Date Updated: | 03/02/2010 | | |
| High Balance: | $5,500 | Account Type: | Installment Account |
| Original Creditor: | ARVEST BANK OSLA (Educational) | Responsibility: | Individual Account |
| | | Date Opened: | 09/19/2008 |
| | | Date Closed: | 03/02/2010 |

**Loan Type:** STUDENT LOAN
**Remarks:** ACCT CLOSED DUE TO TRANSFER

**FST FINANCIAL BANK USA    #540770303802****
363 W ANCHOR DR
DAKOTA DUNES, SD 57049-5154
(800) 733-1732

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Date Updated: | 02/15/2010 | | |
| High Balance: | $0 | Account Type: | Revolving Account |
| Credit Limit: | $150 | Responsibility: | Individual Account |
| | | Date Opened: | 11/09/2007 |
| | | Date Closed: | 02/10/2009 |

**Loan Type:** CREDIT CARD
**Remarks:** ACCOUNT CLOSED BY CONSUMER

| Late Payments | Last 27 | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |
|---|---|---|
| (27 months) | months | '10 dec nov oct sep aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb |
| | | OK OK OK |
| | | '08 dec nov |

0    0    0

**OK STUDENT LOAN AUTHORTY    #51880****
PO BOX 18145
OKLAHOMA CITY, OK 73154-0145
(405) 556-9200

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Date Updated: | 08/11/2010 | | |
| High Balance: | $3,500 | Account Type: | Installment Account |
| | | Responsibility: | Individual Account |
| | | Terms: | $39 Monthly for 120 months |
| | | Date Opened: | 09/21/2009 |
| | | Date Closed: | 08/11/2010 |

**Loan Type:** STUDENT LOAN
**Remarks:** TRANSFERRED TO ANOTHER OFFICE

| Late Payments | Last 6 | X OK OK OK OK OK |
|---|---|---|
| (6 months) | months | jul jun may apr mar feb |

0    0    0

**OK STUDENT LOAN AUTHORTY    #53789****
PO BOX 18145
OKLAHOMA CITY, OK 73154-0145
(405) 556-9200

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Date Updated: | 08/11/2010 | | |
| High Balance: | $1,576 | Account Type: | Installment Account |
| | | Responsibility: | Individual Account |
| | | Terms: | $20 Monthly for 120 months |
| | | Date Opened: | 10/08/2009 |
| | | Date Closed: | 08/11/2010 |

**Loan Type:** STUDENT LOAN
**Remarks:** TRANSFERRED TO ANOTHER OFFICE

| Late Payments | Last 6 | X OK OK OK OK OK |
|---|---|---|
| (6 months) | months | jul jun may apr mar feb |

0    0    0

**UNIVERSITY OF ARKANSAS** **#425714148PE\*\*\*\***

215 ADMIN BLDG
STUDENT LOANS
FAYETTEVILLE, AR 72701
(501) 575-3447

**Loan Type:** STUDENT LOAN

| | | |
|---|---|---|
| **Balance:** | | |
| **Date Updated:** | 10/05/2009 | |
| **High Balance:** | $750 | |

| | |
|---|---|
| **Pay Status:** | Current; Paid or Paying as Agreed |
| **Account Type:** | Installment Account |
| **Responsibility:** | Individual Account |
| **Date Opened:** | 08/14/2007 |

| Late Payments (27 months) | Last 27 months |
|---|---|
| 0   0   0 | OK OK OK OK OK  x  x  OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK<br>sep aug jul jun may apr mar feb '09 dec nov oct sep aug jul jun may apr mar feb '08 dec nov oct<br>OK OK OK<br>sep aug jul |

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**CONSERVE ED**
PO BOX 7
FAIRPORT, NY 14450
Phone number not available

**Requested On:** 03/27/2012
**InquiryType:** Individual

**INTEGRITY FINANCIAL PART**
4370 W 109TH ST
STE 100
OVERLAND PARK, KS 66211
(913) 312-3333

**Requested On:** 03/08/2012
**InquiryType:** Individual

**PIONEER - ARKANSAS EA**
26 EDWARD ST
ARCADE, NY 14009
Phone number not available

**Requested On:** 09/18/2011
**InquiryType:** Individual

**JC CHRISTENSEN**
200 14TH AVE E
SARTELL, MN 56377
Phone number not available

**Requested On:** 03/29/2011
**InquiryType:** Individual

**DCS**
333 NORTH CANYON P
#100
LIVERMORE, CA 94551
(925) 690-4800

**Requested On:** 02/16/2011
**InquiryType:** Individual

**SALLIE MAE**
1002 ARTHUR DRIVE
LYNN HAVEN, FL 32444
Phone number not available

**Requested On:** 07/20/2010, 06/18/2010
**InquiryType:** Individual

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**21ST CENTURY**
ONE AIG CENTER
WILMINGTON, DE 19803
Phone number not available

**Requested On:** 08/15/2011

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**NCO FINANCIAL SYSTEMS**
507 PRUDENTIAL ROA
HORSHAM, PA 19044
Phone number not available

**Requested On:** 04/04/2012

**CONSERVE ACCTS RECEIVABL**
PO BOX 7
FAIRPORT, NY 14450
(800) 724-7500

**Requested On:** 03/27/2012

**LTD FINANCIAL SERVICES**
7322 SOUTHWEST FRE
SUITE 1600
HOUSTON, TX 77074
(713) 414-2100

**Requested On:** 08/17/2011

**NCO FINANCIAL SYSTEMS**
507 PRUDENTIAL ROA
HORSHAM, PA 19044
Phone number not available

**Requested On:** 04/02/2012

**INTEGRITY FINCL PRTNRS**
4370 W 109TH ST
SUITE 100
OVERLAND PARK, KS 66211
Phone number not available

**Requested On:** 03/06/2012, 02/28/2012

**ARS NATIONAL**
201 WEST GRAND
ESCONDIDO, CA 92025
Phone number not available

**Requested On:** 07/07/2010

**-End of Credit Report-**

### Should you wish to contact TransUnion, you may do so,

**Online:**
To learn about reec program services you may do so.
For answers to general questions, please visit: www.transunion.com

**By Mail:**
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

**-Begin Additional Information-**

## Additional Information

The following disclosure of information is provided as a courtesy to you. This information is not part of your TransUnion credit report, but may be provided when TransUnion receives an inquiry about you from an authorized party. This additional information can include Special Messages, Possible Office of Foreign Assets Control ("OFAC") Name Matches, Income Verification and Inquiry Analysis information. Any of the previously listed information that pertains to you will be listed below.

## Inquiry Analysis

The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested your report provided the following information.

**CONSERVE ED**
**Requested On:** 03/27/2012

Identifying information they provided:
DAVID STEBBINS
8527 HOPEWELL RD
HARRISON, AR 72601-8407
(870) 743-4396

**INTEGRITY FINANCIAL PART**
**Requested On:** 03/08/2012

Identifying information they provided:
DAVID A. STEBBINS
8527 HOPEWELL RD
HARRISON, AR 72601-8407

**-End of Additional Information-**

## Consumer Rights

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A, 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to** www.ftc.gov/credit, **or write to Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave., N.W., Washington. D.C. 20580.**

**You must be told if information in your file has been used against you.**
Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment -- or to take another adverse action against you -- must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.**
You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for more information.

**You have the right to ask for a credit score.**
Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.**
If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.**
Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, the consumer reporting agency is not required to remove accurate derogatory information from your file unless it is outdated (as described below) or cannot be verified. A consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.**
In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.**
A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.**
A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.**
Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT).

**You may seek damages from violators.**
If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.**
For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more**

rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below. | Federal Trade Commission<br>Consumer Response Center - FCRA<br>Washington, DC 20580<br>1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219<br>1-800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Consumer Help<br>PO Box 1200<br>Minneapolis, MN 55480<br>1-888-851-1920<br>Website Address: www.federalreserveconsumerhelp.gov<br>Email Address: ConsumerHelp@FederalReserve.gov |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Complaints<br>Washington, DC 20552<br>1-800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314<br>1-703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Consumer Response Center<br>2345 Grand Avenue, Suite 100<br>Kansas City, Missouri 64108-2638<br>1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation<br>Office of Financial Management<br>Washington, DC 20590<br>1-202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture<br>Office of Deputy Administrator - GIPSA<br>Washington, DC 20250<br>1-202-720-7051 |

**Information Regarding State Laws**
**Arkansas Residents**
NOTICE OF RIGHTS: Arkansas Consumers Have the Right to Obtain a Security Freeze

If you are a victim of identity theft you have the right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. A security freeze must be requested in writing by certified mail.

The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit repot may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, government services or payments, rental housing, employment, investment, license, cellular phone, utilities, digital signature, Internet credit card transaction, or other services, including an extension of credit at point of sale.

When you place a security freeze on your credit report, you will be provided a personal identification number or password to use if you choose to remove the security freeze on your credit report or authorize the release of your credit report for a period of time after the security freeze is in place. To provide that authorization you must contact the consumer reporting agency by one (1) of the methods that it requires and provide all of the following:

1. Your personal identification number or password;
2. Proper identification to verify your identity;
3. The proper information regarding the period of time for which the consumer report shall be available; and
4. Payment of the appropriate fee, if any.

A consumer reporting agency must authorize the release of your credit report no later than three (3) business days after receiving all of the above items by any method that the consumer reporting agency allows.

A security freeze does not apply to a person or an entity, or its affiliates, or collection agencies acting on behalf of the person or entity with which you have an existing account that requests information in your credit report for the purpose of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increase, and account upgrades and enhancements.

You have the right to bring a civil action against anyone, including a consumer reporting agency that willfully or negligently fails to comply with any requirement of the Arkansas Consumer Report Security Freeze Act.

A consumer reporting agency has the right to charge victims of identity theft up to ten dollars ($10.00) to place a security freeze on your credit report, up to ten dollars ($10.00) to temporarily lift a security freeze on your credit report, and up to ten dollars ($10.00) to remove a security freeze from your credit report.

©2012 TransUnion LLC. All Rights Reserved.      TransUnion.com    Privacy Policy    Terms of Use