Exh. E

# University of Arkansas

## Enrollment Services
## Financial Aid

The University of Arkansas Office of Financial Aid is located at 114 Silas Hunt Hall. Hunt Hall is on the corner of Maple and Garland across from the Pat Walker Health Center.

**Alert:**
The application to apply for financial aid or Free Application for Federal Student Aid (FAFSA) application is *FREE* to complete, please do not pay to fill out the FAFSA. You may visit http://www.fafsa.gov/ (http://www.fafsa.gov/) to get access to the free application.

Each semester, every student's financial aid is evaluated for aid eligibility based upon their enrollment on the term's census date. For the fall and spring terms, the census date is 11 in-service days from the term begin date. As always, the Financial Aid Office is ready to help or assist you in any way we can. If you have any questions regarding enrollment changes and how your aid could be affected, please visit our office to speak with your financial aid counselor. Our office is in Silas Hunt Hall, room 114. We are available Monday through Friday, 8am to 5pm.

Please be sure to check out the Pathway to Financial Aid Success (http://finaid.uark.edu/16.php). We look forward to assisting you with your Financial Aid needs!

The FATV logo appears throughout the Financial Aid site near topics that have a related short video which provides additional information. Just click the FATV logo and you will link to a FATV (http://uark.financialaidtv.com) video presentation!

The Office of Financial Aid is "going green"; many of our communications will be sent electronically. Students and applicants should ensure that we have the most up-to-date email address, and should remember to regularly check ISIS (http://isis.uark.edu).

Watch this video to get ideas for college funding. Practically everyone is eligible for some type of financial aid. Learn what types of financial aid may be available and how apply for federal assistance.