U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 18 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

**DAVID A. STEBBINS**                                                                 **PLAINTIFF**

vs.                                    Civ. No. 10-5125

**UNIVERSITY OF ARKANSAS**                                                **DEFENDANTS**

### STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following statement of facts in support of my motion for summary judgment.

1. In the fall of 2007, I was enrolled as a student at Defendant's school. See Exhibit A, Admission #1.

2. I have Asperger Syndrome, qualifying me for reasonable accommodations. See Exhibit A, Admissions #2 and #3.

3. Defendant receives federal financial assistance in the form of FAFSA money, consisting of Pell Grants, Stafford Loans, Perkins Loans, and federal work-study, among other things. See Exhibit E.

4. On December 5, 2007, Defendant evicted me from their campus in reaction to statements perceived by Defendant to be threats. See Exhibit A, Admission #9.

5. Defendant's decision to expel me drove me to depression to the point where I literally contemplated suicide. See Vance Rice's testimony in Exhibit F.

6. In the month of January 2008 (although the precise date is disputed, it seems to be a rather minute detail that does not detract from the grand scheme of things), Defendant gave me a hearing over the alleged threats. See Exhibit A, Admission #10. See also Exhibit F.

7. At the AUJ hearing spoken of in Undisputed Fact #5, Plaintiff requested the reasonable

accommodation that the Defendant be patient with what Plaintiff said, and to not think of anything stated as being a threat unless it was clearly intended to be interpreted that way. For example, if I were to say "I'LL FUCKING KILL YOU," that would be clearly meant to be interpreted as a threat. However, they should give me any benefit of the doubt, as search for just about any peaceful meaning that could reasonable be construed from my words. See Exhibit F.

8. Despite being perfectly capable of implementing these accommodations, Defendants failed to do so. See Exhibit F.

9. My current outstanding student loan debt is $41,109.00. See Exhibit D. This is calculated by finding all the accounts that are labeled "Account Type: STUDENT LOAN," taking the greater of either the balance or the high balance (one for each account), and adding those figures up.

10. At the time I was expelled, Defendants had no evidence whatsoever that I was actually a risk to the health or safety of others. This is not evidenced by any exhibit, but rather, the *lack* of an exhibit in Defendant's favor. Details are in the brief.

Wherefore, premises considered, I respectfully request that the Defendants be ordered to give the relief requested in the Motion for Summary Judgment and elaborated on in the brief.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com



POSTAGE REQUIRED.

FIRMLY

**UNITED STATES POSTAL SERVICE** **Click-N-Ship®**

P
usps.com  9405 5036 9930 0141 8461 08 0049 0001 0117 2701
$4.90
US POSTAGE
Flat Rate Env

09/17/12       Commercial Base Pricing
               Mailed from 72601    062S0000001311

## USPS PRIORITY MAIL®

DAVID A STEBBINS                                    0006
123 W RIDGE AVE
APT D
HARRISON AR 72601-4207

SHIP
TO: U.S. DISTRICT COURT
    35 E MOUNTAIN ST
    STE 510
    FAYETTEVILLE AR 72701-5353

ZIP - e/ USPS DELIVERY CONFIRMATION™



420 72701 9405 5036 9930 0141 8461 08

Electronic Rate Approved #038555749




This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; Oct. 2008; All rights reserved.

EP14F