```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**DAVID STEBBINS**                                                **PLAINTIFF**

    v.    Civil No. 10-5125

**UNIVERSITY OF ARKANSAS, and**
**G. DAVID GEARHART, in his**
**Official Capacity as Chancellor**
**of the University of Arkansas,**
**Fayetteville**                                                **DEFENDANTS**

## O R D E R

  Now on this 21st day of September, 2012, comes on for consideration plaintiff's **Urgent Petition For Issuance Of Subpoena** (document #120).  Plaintiff David Stebbins ("Stebbins") asks that a subpoena be issued for his mother, Rita F. Stebbins, whom he says is an important witness in his claim that the University of Arkansas ("UA") discriminated against him, in violation of Section 504 of the Rehabilitation Act of 1973, by failing in 2010 to allow him to re-enroll as a student after he was banned from campus in 2007.

  Stebbins does not indicate why he considers his mother an important witness, and it is not immediately apparent to the Court. Stebbins submitted portions of his mother's deposition to the Court in his Supplement To Motion For Sanctions (document #137).  In it, Stebbins questions his mother about two knife attacks he apparently committed on family members; a contract pursuant to which he had been allowed to live with his mother and father; his mother's opinions about his violent tendencies and whether he actually threatened

anyone at UA; and his father's history of violence.

To the extent that any of this material is relevant, it appears unhelpful to Stebbins, tending to establish that he is capable of carrying out threats of violence.  The only testimony that might be helpful to Stebbins is his mother's opinion that he did not actually threaten anyone at UA during the incident in suit, but her opinion is irrelevant on that issue and would not be admitted in evidence.

For these reasons, the Court will deny the motion, without prejudice to its renewal upon a showing of why Mrs. Stebbins should be subpoenaed to testify at trial.

**IT IS THEREFORE ORDERED** that plaintiff's **Urgent Petition For Issuance Of Subpoena** (document #120) is **denied without prejudice**.

**IT IS SO ORDERED.**

                                                 /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**