UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                        PLAINTIFF

vs.                                   Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                  DEFENDANTS

### RENEWED PETITION FOR ISSUANCE OF SUBPOENA

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following renewed motion of my petition for the Court to subpoena Rita Stebbins.

The previous motion (Document #120) was denied without prejudice because the Court was unsatisfied that she had anything of consequence to testify about. See Document #143.

I intend to have Ms. Stebbins testify about at least two things. They are...

1. I have Asperger Syndrome, thus qualifying for protection under the Rehabilitation Act.

2. I did not "threaten" the University of Arkansas on December 5, 2007; they just took it that way. This is something she testified in her July 26, 2012 deposition in this case (a portion of the transcript for same was included in Document #137).

Wherefore, premises considered, I respectfully request that this subpoena be granted.

                                                      David Stebbins
                                                      123 W. Ridge St.
                                                      APT D
                                                  Harrison, AR 72601
                                                  870-204-6516
                                                 stebbinsd@yahoo.com

*U.S. DISTRICT COURT*
*WESTERN DIST ARKANSAS*
*FILED*
*SEP 27 2012*
*CHRIS R. JOHNSON, Clerk*
*By _____ Deputy Clerk*

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

72701 3553

US District Court
[illegible]
[illegible]

20 SEP 2012

Freedom
FOREVER