Monday, October 1, 2012 3:43:09 PM Central Daylight Time

**Subject:** Re: Request to Extension of Time
**Date:** Monday, October 1, 2012 2:53:06 PM Central Daylight Time
**From:** David Stebbins
**To:** Scott Varady

Varady,

My mother told me that October 15 would be a good date for her to take me to Fayetteville.

Also, I still need that $128.20 you said that you were going to re-send me.

Sincerely,
David Stebbins

---

**From:** Scott Varady <svarady@uark.edu>
**To:** David Stebbins <stebbinsd@yahoo.com>
**Cc:** Kim Harriman <harriman@uark.edu>
**Sent:** Monday, October 1, 2012 12:43 PM
**Subject:** Re: Request to Extension of Time

Mr. Stebbins,

I am not responsible to arrange your transportation, and I decline to negotiate over extensions. As you are probably aware, litigants routinely grant extensions to each other to help manage cases and schedules without needing to bother the Court. Based on your response, I understand that you have declined to agree to an extension. I will simply include this email thread as an exhibit to the motion for extension of time to plead. We have tried, in good faith, to seek your consent.

Sincerely,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR  72701
479.575.5401 (office)
479.575.5046 (fax)
479.856.4348 (cell)

---

**From:** David Stebbins <stebbinsd@yahoo.com>
**Reply-To:** David Stebbins <stebbinsd@yahoo.com>
**Date:** Monday, October 1, 2012 12:37 PM
**To:** Scott Varady <svarady@uark.edu>
**Subject:** Re: Request to Extension of Time

Tell you what? Why don't you work it out directly with my mother. Her landline phone number is


EXHIBIT A

870-743-4386. Her cell phone number is 870-416-2929.

If you can make said arrangements, so that transportation is a non-issue, then I'll accept your second extension.

---

**From:** Scott Varady <svarady@uark.edu>
**To:** David Stebbins <stebbinsd@yahoo.com>
**Cc:** Kim Harriman <harriman@uark.edu>
**Sent:** Monday, October 1, 2012 12:34 PM
**Subject:** Re: Request to Extension of Time

Dear Mr. Stebbins,

1. An extension is necessary because we have not taken your deposition yet. Information obtained during the deposition will be relevant to responding to your summary judgment motion. Additionally, it will be relevant for the University to file a summary judgment motion as well.

2. What days can your mother bring you to Fayetteville? Please provide me with the specific dates. I am out of state on October 10-12. Could your mother bring you on October 9 or 15? Please let me know immediately because I have file a motion this morning seeking an order to compel you to appear on October 8, or in the alternative to dismiss this case for failure to cooperate in scheduling your deposition. I can withdraw that motion if we reach an agreement on the date of your deposition.

3. What is the status of your criminal case as far as any hearing dates in that matter?

Thanks,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR 72701
479.575.5401 (office)
479.575.5046 (fax)
479.856.4348 (cell)

---

**From:** David Stebbins <stebbinsd@yahoo.com>
**Reply-To:** David Stebbins <stebbinsd@yahoo.com>
**Date:** Monday, October 1, 2012 11:11 AM
**To:** Scott Varady <svarady@uark.edu>
**Subject:** Re: Request to Extension of Time

Two things:

1. Why do you need this extension?

2. Are you willing to provide a tad more cooperation in scheduling my deposition in exchange for this extension? My mother has agreed to take me to Fayetteville in exchange for the $128.20 that you still need to re-send me, but it has to be on a day she has no commitments, and October 8 is not an option because she has to go to a Missouri court. She works at a gas station in Ridgedale, and has been charged with the crime of selling tobacco to a minor.

---

**From:** Scott Varady <svarady@uark.edu>
**To:** David Stebbins <stebbinsd@yahoo.com>
**Sent:** Monday, October 1, 2012 9:12 AM
**Subject:** Request to Extension of Time

Dear Mr. Stebbins:

I am writing in good faith to seek your consent to an extension of time for Defendant to respond to your most recent summary judgment filings. Defendant respectfully requests an extension of 21 days from the date Defendant receives a final copy of your deposition transcript. Alternatively, Defendant requests 21 additional days from tomorrow.

Thank you for your consideration of this request.

Sincerely,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR  72701
479.575.5401 (office)
479.575.5046 (fax)
479.856.4348 (cell)

Monday, October 1, 2012 3:50:55 PM Central Daylight Time

**Subject:** Re: October 15 deposition
**Date:** Monday, October 1, 2012 3:47:56 PM Central Daylight Time
**From:** Scott Varady
**To:** David Stebbins
**CC:** Kim Harriman

Dear Mr. Stebbins,

Based on your response, I recommend that you file whatever you believe is appropriate with the Court. I have already filed a motion this morning, and I do not believe that your response is sufficiently reliable to withdraw our motion. In the motion, we are seeking to have your deposition taken on October 8th.

Sincerely,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR  72701
479.575.5401 (office)
479.575.5046 (fax)
479.856.4348 (cell)

---

**From:** David Stebbins <stebbinsd@yahoo.com>
**Reply-To:** David Stebbins <stebbinsd@yahoo.com>
**Date:** Monday, October 1, 2012 3:03 PM
**To:** Scott Varady <svarady@uark.edu>
**Subject:** October 15 deposition

Varady,

Barring exceptional circumstances (such as my own hospitalization), I will make every attempt possible - to the extent I am physically able - to attend my deposition on October 15.

Sincerely,
David Stebbins

**Subject:** Case No. 10-5125
**Date:** Monday, October 1, 2012 1:17:04 PM Central Daylight Time
**From:** David Stebbins
**To:** Kitty_Gay@arwd.uscourts.gov, Scott Varady

Dear Ms. Gay,

I understand that the University of Arkansas has filed - or is in the process of filing - a motion for extension of time to respond to my motion for summary judgment. Normally, motions for extension of time are ruled on extremely quickly - often within the same business day that they are filed.

I am writing this email to you to request that Hon. Hendren withhold judgment on that motion until the attached response in opposition has been filed. I wish for him to consider the contents of this response. I expect to have this response in opposition mailed to the Court by the end of the day, which means it should only take 1-2 days to actually be filed. Hon. Hendren may wish to review this unsigned and exhibit-less response in opposition in the meantime, so that when the real thing actually gets filed, he can hit the ground running when it comes to considering it; he'll only have to see the exhibit.

Thank you, and please ask Hon. Hendren to postpone his disposition of Defendants' motion.

Sincerely,

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                              PLAINTIFF

vs.                                      Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                                      DEFENDANTS

## RESPONSE IN OPPOSITION TO MOTION FOR EXTENSION OF TIME

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following response in opposition to Defendant's Motion for Extension of Time to Respond to my Motion for Summary Judgment.

Defendant claims that it needs this extension because information obtained in my deposition will potentially be relevant to the Summary Judgment. However, they have failed to qualify this answer with anything specific. Specifically, what information do they expect to get? If they cannot provide anything specific, then they are merely stalling for time, and their motion should be denied accordingly. See Matsushita Elec. Industrial Co. v. Zenith Radio Corp., 475 US 574, 586 (1986) ("[T]he issue of fact must be 'genuine.' When the moving party has carried its burden under Rule 56(c), its opponent must do more than simply show that there is some metaphysical doubt as to the material facts." Internal citations omitted.). Unless they have a tangible plan, then the Court should not delay my justice simply on the off chance that it can be useful to them.

For that matter, why do they suddenly *need* the deposition? When moving for leave to take my deposition beyond the discovery cut-off date, they specifically said that it's okay if the Court *doesn't* grant that leave, because they already have enough evidence to support summary judgment in their favor.

The only explanation I can think of for this sudden change of mindset is that, when I filed

the motion for summary judgment, I gave a legal argument that they did not anticipate: That, without reasonable accommodations first being exhausted, there is no direct threat.

However, if that is what they intend to depose me about, they still should not be granted this leave. Why not? Because they *did* anticipate this legal argument! See Exhibit A, an email, dated October 30, 2010, sent to Luitenant Vance Rice, who, at the time, was serving as liaison between myself and other UA staff. As you can see, I explained to them the fallacy behind their legal logic that direct threat = on-the-spot expulsion.

They chose to spend their entire discovery focused on proving that I was a direct threat. However, they had been informed, long before the discovery actually began, that there is more to the direct threat exception than *just* proving that I'm a safety risk.

However, because they were notified of this legal nuance well in advance, it is entirely their fault for not making discovery on it beforehand, and they should reep the consequences accordingly.

Therefore, the motion for extension of time to respond to my motion for summary judgment should be denied.

David Stebbins<br>
123 W. Ridge St.,<br>
APT D<br>
Harrison, AR 72601<br>
870-204-6516<br>
stebbinsd@yahoo.com