U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 0 3 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                    PLAINTIFF

vs.                                    Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                               DEFENDANTS

## MOTION FOR PROTECIVE ORDER

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion for protective order against the University of Arkansas.

I have done my very best to cooperate with their attempts to take my deposition, but they are not interested. They have literally stated that my own hospitalization is not an excuse for me not attending the deposition. I'm not making this up.

Please find enclosed Exhibit A, an email conversation following up on a phone call I made to defense counsel.

For the reasons set forth in the brief, I respectfully request that the Defendants be ordered to cooperate with me in scheduling the deposition the same that I am ordered to cooperate with them.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

Exh. A

Subject: Re: October 15 deposition
From: Scott Varady (svarady@uark.edu)
To: stebbinsd@yahoo.com;
Cc: harriman@uark.edu;
Date: Monday, October 1, 2012 3:47 PM

Dear Mr. Stebbins,

Based on your response, I recommend that you file whatever you believe is appropriate with the Court. I have already filed a motion this morning, and I do not believe that your response is sufficiently reliable to withdraw our motion. In the motion, we are seeking to have your deposition taken on October 8th.

Sincerely,
Scott

T. Scott Varady
Office of the General Counsel
421 Administration Building
University of Arkansas
Fayetteville, AR 72701
479.575.5401 (office)
479.575.5046 (fax)
479.856.4348 (cell)


**From:** David Stebbins < >
**Reply-To:** David Stebbins < >
**Date:** Monday, October 1, 2012 3:03 PM
**To:** Scott Varady < >
**Subject:** October 15 deposition

Varady,

Barring exceptional circumstances (such as my own hospitalization), I will make every attempt possible - to the extent I am physically able - to attend my deposition on October 15.

Sincerely,
David Stebbins

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

72701459353

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701