UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                                             PLAINTIFF

vs.                                             Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                                            DEFENDANTS

### BRIEF IN SUPPORT OF MOTION FOR PROTECIVE ORDER

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following brief in support of my motion for protective order.

**Background**

1. I am currently filing suit against the University of Arkansas for disability discrimination in violation of the Rehabilitation Act of 1973. I have Asperger Syndrome, and the UA failed to provide the appropriate reasonable accommodations.

2. Discovery is over, but the Defendants secured leave from this Court to take my deposition beyond the discovery cut-off date. I was ordered to fully cooperate with their attempts to schedule said deposition, under pain of sanctions should I fail to do so.

3. When cooperating with their attempts, I managed to secure the agreement of my mother to take me to Fayetteville (as I do not currently have an automobile of my own), so long as she has no other commitments of her own.

4. She cannot take me to Fayetteville on October 8 because she had her own court appearance where she was scheduled to plead to a charge of selling tobacco to a minor, and the Circuit Court of Taney County, MO (she works at a gas station in Ridgedale, MO, which, despite being in an entirely different state, is still within driving distance from Harrison, AR). However, I did manage to arrange for her to take me to Fayetteville on October 15. I reminded her that, since I was paying her the $128 that the UA was sending me to cover my travel expenses, that

attempt in good faith to resolve the issue with the opposing party before resorting to Court action, which Exhibit a clearly shows me doing.

Upon the Court determining that a protective order is appropriate, one of the ways it can protect a party is by "specifying terms, including time and place, for the disclosure or discovery." See Fed. R. Civ. P. 26(c)(1)(B). Accordingly, I ask that the Court exercise the authority thereby invested in it by ordering Defendant to cooperate with me just as much as I have to cooperate with them in the scheduling of this discovery.

It is so requested on this 2nd day of October, 2012.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com