```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

**DAVID STEBBINS**                                                    **PLAINTIFF**

     v.    Civil No. 10-5125

**UNIVERSITY OF ARKANSAS, and**
**G. DAVID GEARHART, in his**
**Official Capacity as Chancellor**
**of the University of Arkansas,**
**Fayetteville**                                                     **DEFENDANTS**

### O R D E R

  Now on this 4th day of October, 2012, comes on for consideration plaintiff's **Renewed Motion For Issuance Of Subpoena** (document #145). In it, Stebbins asks the Court to issue a subpoena for his mother, Rita F. Stebbins. Stebbins states that he needs his mother as a witness to testify that he has Asperger Syndrome, and that he did not "threaten" UA on December 5, 2007, they just "took it that way."

  Neither of the things Stebbins wants this witness to testify about will justify the issuance of a subpoena for her appearance. It is not disputed that Stebbins has Asperger Syndrome, and Mrs. Stebbins cannot offer admissible evidence on the issue of whether Stebbins made a threat on December 5, 2007. She was not there and she is not an expert on what constitutes a threat. All she can offer is her lay opinion, which would not meet the requirements of **F.R.E. 701**, as it is neither "rationally based on [her] perception" nor helpful to "determining a fact in issue."

**IT IS THEREFORE ORDERED** that plaintiff's **Renewed Motion For Issuance Of Subpoena** (document #145) is **denied.**

**IT IS SO ORDERED.**

                                                   **/s/ Jimm Larry Hendren**
                                                   **JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT JUDGE**