WESTERN DISTRICT ARKANSAS
FILED
OCT 0 9 2012
CHRIS R. JOHNSON, CLERK
                  DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                                PLAINTIFF

vs.                                         Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                                     DEFENDANTS

## MOTION *IN LIMINE*

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion *in limine*:

I ask that every exhibit introduced in my motion for summary judgment be admissible, even Defendant's Responses to my Requests for Admissions.

I ask that all evidence regarding my felony charge be inadmissible.

I ask that any evidence that (a) was accumulated after the discrimination occurred, and (b) is used to attempt to prove that I am a danger to Defendant, its personnel, and its clientel, to be inadmissible at trial.

Wherefore, premises considered, I respectfully request that this motion in limine be granted.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601

72701 #5353

U.S. District Court
35 E. Mountain St.,
Room 510
Fayetteville, AR 72701

Freedom
FOREVER