```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

DAVID STEBBINS                                          PLAINTIFF

        v.        Civil No. 10-5125

UNIVERSITY OF ARKANSAS, and
G. DAVID GEARHART, in his
Official Capacity as Chancellor
of the University of Arkansas,
Fayetteville                                           DEFENDANTS

## O R D E R

Now on this 6th day of November, 2012, come on for consideration defendants' **Motion To Compel Plaintiff's Deposition, Or In The Alternative, Motion For Sanctions** (document #147) and plaintiff's **Motion for Protective Order** (document #152). Both motions relate to plaintiff's deposition, and are moot now that such deposition has occurred.

**IT IS THEREFORE ORDERED** that defendants' **Motion To Compel Plaintiff's Deposition, Or In The Alternative, Motion For Sanctions** (document #147) is **denied as moot**.

**IT IS FURTHER ORDERED** that plaintiff's **Motion for Protective Order** (document #152) is **denied as moot**.

**IT IS SO ORDERED.**

                                      /s/ Jimm Larry Hendren
                                      JIMM LARRY HENDREN
                                      UNITED STATES DISTRICT JUDGE