U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 07 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                         PLAINTIFF

vs.                                    Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                                  DEFENDANTS

### REPLY TO RESPONSE TO MOTION *IN LIMINE*

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following reply to Defendant's Response to my motion *in limine*:

#### Defendant's Response is untimely

The Motion *in limine* was filed on October 9, 2012. Under Local Rule 7.2(b), Defendant's deadline to respond was October 24, 2012. Their response, however, came on November 2, 2012. Therefore, their response should not be considered when deciding this motion.

#### Here is an explanation as to WHY my history is inadmissible.

Defendants seem to feel like the inadmissibility of my past does not make any sense. Apparently, they do not understand *why* my past is inadmissible.

I once read in a Tom Clancey novel that the law "doesn't have to make sense." I do not think that is necessarily true; I think a better way to say it is that... the law is counter-intuitive. The law almost always makes sense, but you have to look at it from a different perspective.

That being said, here is an example. While I was in jail, two other inmates filed complaints against me. They accused me of threatening to stab them, just like I allegedly did my father. Robert King – the Chief Investigator for Boone County – looked on the security cameras and found that my accusers were flat-out lying. No charges were pressed?

So, if I didn't threaten to stab them, then why did they *accuse* me of threatening to stab

them? The answer: they simply did not like me, and they wanted to get even with me because I annoyed them about something.

Why did they choose to accuse me *specifically* of threatening to stab them? Because that is what I my charges were; it was the reason I was there. Therefore, when deciding what to accuse me of in order to slander my name, they picked something they felt would be *believable*.

And that, Your Honor, perfectly encapsulates why my history is inadmissible in a court case. It is not just for the sake of inconveniencing the accusing party (which, in this case, is the Defendants); if it were admissible, it would be too easy for anyone who just doesn't like me to *claim* that I acted in conformity therewith, just in an attempt to get even with me, or, in Defendant's case, just in an attempt to avoid liability. It is inadmissible because it is a cheap, prejudicial way of influencing the trier of fact without actually proving that I am guilty of the thing I am being charged with at that exact point in time.

I hope this helps not only the Court to why it should grant the motion *in limine*, but also the Defendants to understand why they have been barking up the wrong tree for so long (focusing on incidents where I allegedly became violent). My history is inadmissible, and justifiably so.

## Conclusion

Wherefore, premises considered, I respectfully request that the motion *in limine* be granted.

*David Stebbins*
David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701

Liberty FOREVER