U. S. DISTRICT CO
WESTERN DISTRICT AR
FILED
NOV 13 2012
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                              PLAINTIFF

vs.                                  Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                                  DEFENDANTS

## MOTION FOR CONTINUANCE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion for continuance.

This case is currently set for trial on December 3, 2012. However, Defense Counsel does not believe that the trial can be over with in only one sitting. This is troublesome. I have a disorderly conduct trial scheduled at the Boone County Misdemeanor Court on December 5, and my felony trial has been rescheduled for December 6. In other words, I *must* be back in Harrison for those two dates.

Defense Counsel fears that the trial in this case could take up to three days. He feels it can be crammed into only two, but he is not 100% certain of that. If he is not certain, then neither am I.

Currently, the only other scheduling conflict I have is Case No. 11-3078 in this Court, which is set for trial on January 14, 2013. This is the only other scheduling conflict this Court would need to work around.

I conferred with Varady about this continuance, and he has no objections to same.

I apologize for not bringing this to the Court's attention sooner, but I only learned today that Varady estimates (albeit generously) a three-day trial. Once I learned of this, I wasted no time in requesting this continuance.

This motion is expressly exempted from requiring a brief under Local Rule 7.2(d)(1) (this

is a request to "extend" the performance of an action, that action being... to have the trial).

Wherefore, I respectfully request that this continuance be granted.

*David S Stebbins*
David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com