## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 12-3567

In re: David Anthony Stebbins

Petitioner

___

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:10-cv-05125-JLH)

___

**MANDATE**

In accordance with the judgment of 11/12/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 12, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit