# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-3567
_____

In re: David Anthony Stebbins

Petitioner

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:10-cv-05125-JLH)
_____

**JUDGMENT**

Petitioner's motion for leave to proceed on appeal in forma pauperis has been considered by the Court and is granted.

The petition for writ of mandamus has also been considered by the court and is denied.

The mandate shall issue forthwith.

November 12, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans