UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**DAVID A. STEBBINS**                      **PLAINTIFF**

vs.                      Civ. No. 10-5125

**UNIVERSITY OF ARKANSAS**                  **DEFENDANTS**

## SECOND MOTION *IN LIMINE*

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following second motion *in limine*.

I have received the Defendant's Pretrial Disclosures. Having them in hand, I request the following relief:

1. That Carla Brown (Witness #4 that Defendant *plans* to call) not be allowed to testify.

2. That David D. Stebbins (Witness #7 that Defendant *plans* to call) not be allowed to testify.

3. That Jeanne McLachlin not be allowed to testify.

4. That Defendant's Exhibits #6 - #18 (except for #17) be inadmissible.

5. That the transcripts of the depositions be inadmissible except for purposes of impeachment.

It is so requested on this 15th day of November, 2012.

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com