U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 27 2012
CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                                          PLAINTIFF

vs.                                    Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                              DEFENDANTS

### THIRD MOTION IN LIMINE

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following third motion in limine.

For the reasons discussed in the incorporated brief, I ask that the Defendants be barred from offering any evidence regarding the following issues:

1. My alleged failure to request a specific accommodation, and

2. My alleged failure to not administratively appeal the decision of the All-University Judicial Board.

3. I also request that any evidence they introduce regarding prior bad acts – such as previous familial violence – be inadmissible, save for what is absolutely necessary to adjudicate my lack of entitlement to any particular prospective injunctive relief.

Wherefore, premises considered, I respectfully request that this motion be granted.

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St
APT D
Harrison, AR 72601

U.S. District Court
35 E. Mountain St.
Room 510
Fayetteville, AR 72701