IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

## MINUTES

CASE NO: 10-5125

Plaintiff: **DAVID A. STEBBINS**             Judge: **JIMM LARRY HENDREN**

   Atty: PRO SE                              Court Reporter: THERESA SAWYER
                                             Clerk: JUNE NEWLAND

Defendant: **UNIVERSITY OF ARKANSAS**         Date: DECEMBER 3, 2012

   Atty: T. SCOTT VARADY

ACTION: **BENCH TRIAL (Day 1)**

| Time | |
|---|---|
| 8:38 am | COURT CONVENES for Pretrial conference |
| | Plaintiff Statement |
| | Defendant Statement |
| | Testimony of behalf of plaintiff: |
| | 1. David A. Stebbins |
| 9:33 | RECESS |
| 9:50 | CONVENE |
| | Testimony cont. |
| 11:00 | RECESS |
| 11:16 | CONVENE |
| | Testimony cont. |
| | 2. Rita Stebbins |
| 12:15 pm | RECESS for lunch |

| 1:31 pm | CONVENE |
| --- | --- |
|  | Defense moves for partial Rule 50 Judgment; Court takes under advisement |
|  | Testimony on behalf of the Defendant: |
|  | 1. Sue Theiss |
|  | 2. David D. Stebbins |
| 2:45 pm | RECESS |
| 3:05 pm | CONVENE |
|  | 3. Debbie Hudson |
|  | 4. Jo Ann Pepper |
|  | Court will recess until 8:30 am tomorrow at which time a decision will be made |
|  | regarding the testimony of Carla Brown |
| 4:15 pm | ADJOURN |