IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

## MINUTES

CASE NO: 10-5125

Plaintiff: **DAVID A. STEBBINS**    Judge: **JIMM LARRY HENDREN**

   Atty: PRO SE    Court Reporter: THERESA SAWYER
                                                     Clerk: JUNE NEWLAND

Defendant: **UNIVERSITY OF ARKANSAS**    Date: DECEMBER 4, 2012

   Atty: T. SCOTT VARADY

ACTION: **BENCH TRIAL (Day 2)**

| Time | |
|---|---|
| 8:34 am | COURT CONVENES |
| | Argument made regarding testimony of Carla Brown |
| 8:58 | RECESS |
| 9:18 | CONVENE |
| | Court rules on issue: Objection overruled; Carla Brown will be allowed to testify |
| 9:37 | RECESS |
| 9:48 | CONVENE |
| | Testimony on behalf of Defendant continues: |
| | 5. Judy Schwab |
| | 6. Lt. Vance Rice |
| 10:36 | RECESS |
| 10:51 | CONVENE |

|          | 7. Anne Jannarone |
|----------|-------------------|
| 11:51 am | RECESS for lunch |
| 1:20 pm  | CONVENE |
|          | 8. Carla Brown |
| 2:40     | RECESS |
| 2:54     | CONVENE |
|          | 9. Monica Holland |
|          | Defense rests and renews former motion |
|          | Closing Statement- Plaintiff |
|          | Closing Statement - Defendant |
|          | Taken under advisement |
| 5:02 pm  | ADJOURN |
|          | |
|          | |
|          | |
|          | |