Court's Copy
# LIST OF PLAINTIFF'S EXHIBITS

*10-5125* (handwritten)

*12/3 m Adm* — 1. Exhibit A – Defendant's Response to Plaintiff's First Request for Admissions.

2. Exhibit B – Defendant's Response to Plaintiff's First and Second Interrogatories.

3. Exhibit C – Defendant's Response to Plaintiff's Second Request for Production.

4. Exhibit D – Plaintiff's Credit Report as of June 5, 2012.

5. Exhibit E – Webpage of Defendant's website, proving that they receive FAFSA.

6. Exhibit F – A computer disk containing the audio recording of the AUJ hearing. *Not received – pla states on file with Clerk's office. CD retrieved from Clerk's file. J.N.*

7. Exhibit G – Email sent to Chancellor Gearhart on June 13, 2010.

8. Exhibit H – Explanation of illegality of UA's actions

*12/3 m Adm* 9. Exhibit I - Signed Contract with Father

10. Exhibit J - Previous version of Exhibit I

11. Exhibit K - Email conversation documenting negotiation history

12. Exhibit L – Another email conversation documenting negotiation history

Pla Witnesses
12/3/12   1. David A. Stebbins
12/3/12   2. Rita Stebbins

Exhibits retained by JLH Chambers

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

___Western___ DISTRICT OF ___Arkansas___

David A. Stebbins

V.

University of Arkansas

## EXHIBIT AND WITNESS LIST

Case Number: 10-5125

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jimm Larry Hendren | Pro Se | T. Scott Varady |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/3/2012 | Theresa Sawyer | June Newland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 12/3/12 | ✓ | ✓ | OCSSE Referral Form, Sue Theiss |
|  | 2 | 12/3/12 | ✓ | ✓ | Information Report, Debbie Hudson |
|  | 3 | 12/3/12 | ✓ | ✓ | Memo froom Desiree' Blackmon to Monica Holland |
|  | 4 | 12/3/12 | ✓ | ✓ | E-mail from Monica Holland to David Stebbins |
|  | 5 | 12/3/12 | ✓ | ✓ | Decision of Hearing form |
|  | 6 | 12/3/12 | ✓ | ✓ | Letter from David Stebbins to the Treasury Office |
|  | 7 | 12/4/12 | ✓ | obj | Information Report, Heather Applegate |
|  | 8 | 12/3/12 | ✓ | ✓ | Memorandum from Jo Ann Pepper to Monica Holland |
|  | 9 | 12/4/12 | ✓ | ✓ | Code of Student Life |
|  | 10 | 12/4/12 | ✓ | ✓ | Memorandum from Monica Holland for the file of David Stebbins |
|  | 11 | 12/4/12 | ✓ | obj | E-mail exchanges between Monica Hlland and David Stebbins |
|  | 12 | 12/4/12 | ✓ | obj | Information Report, Monica Holland |
|  | 13 | 12/4/12 | ✓ | ✓ | Judicial Affairs Referral form re: Distraught Student |
|  | 14 | 12/4/12 | ✓ | ✓ | Judicial Affiars Referral form re: Disruptive Student |
|  | 15 | 12/3/12 | ✓ | ✓ | Letter from Monica Holland to David Stebbins |
|  | 16 | 12/4/12 | ✓ | obj | Handwritten note from Monica Holland |
|  | 17 | 12/4/12 | ✓ | obj | Handwritten note from Monica Holland |
|  | 18 | 12/4/12 | ✓ | ✓ | Vista Health Ft. Smith Discharge Summary and notes |
|  | 19 | 12/4/12 | ✓ | ✓ | E-mail from Monica Holland to David Stebbins |
|  | 20 | 12/3/12 | ✓ | ✓ | Pre-Hearing Interview and Hearing Option from David Stebbins |
|  | 21 | 12/4/12 | ✓ | ✓ | E-mail exchanges between Monica Holland and David Stebbins |
|  | 22 | 12/3/12 | ✓ | ✓ | Agenda All-University Judicial Board |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___3___ Pages

≠AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | | CASE NO. |
|---|---|---|---|---|---|---|
| | David A. Stebbins | | vs. | University of Arkansas | | 10-5125 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 23 | 12/3/12 | ✓ | ✓ | Decision of Hearing form |
| | 24 | 12/3/12 | ✓ | ✓ | Letter from Monica Holland to David Stebbins |
| | 25 | 12/4/12 | ✓ | ✓ | E-mail exchanges between Monica Holland and David Stebbins |
| | 26 | 12/4/12 | ✓ | ✓ | E-mail exchanges between Monica Holland and David Stebbins |
| | 27 | 12/4/12 | ✓ | ✓ | E-mail exchanges between Monica Holland and David Stebbins |
| | 28 | 12/4/12 | ✓ | ✓ | Memorandum from Monica Holland for David Stebbins file |
| | 29 | 12/4/12 | ✓ | ✓ | Ozark Guidance Records (Includes 2 waivers) |
| | 30 | 12/4/12 | ✓ | ✓ | E-mail from Jeffrey L. Evans to Monica Holland |
| | 31 | | | | Correspondence between Gwen Gresham and Monica Holland |
| | 32 | 12/3/12 | ✓ | ✓ | E-mail exchanges between Monica Holland and David Stebbins |
| G | 33 | 12/4/12 | ✓ | ✓ | E-mail from David Stebbins to Chancellor G. David Gearhart |
| | 34 | 12/4/12 | ✓ | ✓ | E-mail from Lt. Vance Rice to David Stebbins |
| | 35 | 12/4/12 | ✓ | ✓ | E-mail exchanges from Lt. Vance Rice and David Stebbins |
| | 36 | 12/4/12 | ✓ | ✓ | E-mail from David Stebbins to Lt. Vance Rice |
| | 37 | ~~12/4/12~~ | | | Memorandum from Monica Holland for David Stebbins file |
| | 38 | 12/3/12 | ✓ | ✓ | Center for Educational Access Registration Form |
| | 39 | 12/4/12 | ✓ | ✓ | Center for Educational Access Registration Meeting Summary |
| | 40 | 12/4/12 | ✓ | ✓ | Center for Students With Disabilities Contact Sheet |
| | 41 | 12/4/12 | ✓ | ✓ | Medical Records Submitted to Center for Educational Access |
| F | 42 | 12/4/12 | ✓ | ✓ | David Stebbins All-University Judicial Board Hearing CD |
| | 43 | 12/4/12 | ✓ | ✓ | Center for Educational Access Contact Sheet |
| | 44 | 12/4/12 | ✓ | ✓ | Center for Educational Access Student Registration Status Form |
| | 45 | 12/4/12 | ✓ | ✓ | Center for Educational Access Contact Sheet |
| | 46 | 12/4/12 | ✓ | obj | UA 504/ADA Grievance Procedure |
| | 47 | 12/3/12 | ✓ | ✓ | Jo Ann Pepper Memorandum for Loan File Writing-Off of Debt  Single page |
| | 48 | 12/4/12 | ✓ | ✓ | Subpoena to Testify at a Deposition in a Civil Action, Carla Brown |
| | 49 | 12/4/12 | ✓ | ✓ | Ozark Guidance, Inc. Diagnostic Interview/History |

Page 2 of 3 Pages

AO 187A (Rev. 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | | CASE NO. |
|---|---|---|---|---|---|---|
| | David A. Stebbins | | vs. | University of Arkansas | | 10-5125 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 50 | 12/3/12 | ✓ | obj | Domestic Battery in the Second Degree Document |
| | 51 | | | | Domestic Batter in the First Degree Document |
| | 52 | 12/3/12 | ✓ | ✓ | Complaint, David A. Stebbins v. David D. Stebbins |
| | 53 | 12/3/12 | ✓ | obj. | Petition to Confirm Arbitration Award, David A. Stebbins v. Rita F. Stebbins |
| | 54 | | | | Complaint to Confirm Arbitration Award, David A. Stebbins v. David D. Stebbins |
| | 55 | | | | Contractual Agreement Between David A. Stebbins and David D. Stebbins |
| | 56 | | | | Untitled Document |
| | | 12/3/12 | | | 1. Sue Theiss |
| | | 12/3/12 | | | 2. David D. Stebbins |
| | | 12/3/12 | | | 3. ~~Dorothy Evans~~ Debbie Hudson |
| | | 12/3/12 | | | 4. Jo Ann Pepper |
| | | 12/4/12 | | | 7. Annie Jannarone |
| | | 12/4/12 | | | 9. Monica Holland |
| | | | | | Jeanne McLachlin |
| | | 12/4/12 | | | 8. Carla Brown |
| | | 12/4/12 | | | 5. Judy Schwab |
| | | 12/4/12 | | | 6. Vance Rice |
| | | | | | Florence Johnson |
| | | | | | ~~6. 11. Ora Vance~~ |

Page 3 of 3 Pages

Exhibits retained by JLH Chambers.