IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DAVID STEBBINS**                                                                **PLAINTIFF**

       v.                Civil No. 10-5125

**UNIVERSITY OF ARKANSAS, and
G. DAVID GEARHART, in his
Official Capacity as Chancellor
of the University of Arkansas,
Fayetteville**                                              **DEFENDANTS**

**J U D G M E N T**

Now on this 28th day of December, 2012, for reasons set forth in a Memorandum Opinion issued contemporaneously herewith, plaintiff's claims in this case are **denied and dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                                  **/s/ Jimm Larry Hendren**
                                                                   **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**