# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-2465
_____

David Anthony Stebbins

Plaintiff - Appellant

v.

University of Arkansas; Office of the Chancellor

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:10-cv-05125-JLH)
_____

## CORRECTED JUDGMENT

The court's judgment dated November 10, 2011, stating that the judgment of the district court is affirmed in accordance with the opinion is hereby corrected to indicate that, in accordance with the opinion of November 10, 2011, the appeal is dismissed for lack of jurisdiction.

October 18, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans