# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

May 5, 2014

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

    Re:  David Anthony Stebbins
          v. University of Arkansas
          No. 13-9288
          (Your No. 13-1105)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

                                   Sincerely,

                                   **Scott S. Harris**, Clerk