# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:**     Mr. Christopher R. Johnson

**FROM:**   Michael E. Gans, Clerk of Court

**DATE:**   May 21, 2014

**RE:**     13-1105  David Stebbins v. University of Arkansas, et al

           District Court/Agency Case Number(s):  5:10-cv-05125-JLH

_____

       Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.


SRD